**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, ANDRE OBERHOLZER, NORMAN ROSENBERG, and LEE BIENSTOCK,<br><br>                              Defendants. | **Case No. 1:23-cv-09476-KPF**<br><br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S NOVEMBER 3, 2023 ORDER** |

Plaintiff Joe Naclerio ("Plaintiff") hereby responds to the Court's November 3, 2023 Order directing Plaintiff to advise the Court in writing of the date and manner in which he published the statutorily required notice (the "Notice") informing putative class members of: (1) the pendency of the above captioned action, the claims asserted therein, and the purported class period; and (2) their right to file a motion for appointment as lead plaintiff within 60 days after publication of the Notice.  Dkt. No. 7.  On October 27, 2023, counsel for Plaintiff caused the Notice to be published via *Globe Newswire*, a national business-oriented newswire service.  A copy of the Notice is appended hereto as Exhibit A.

Dated:  November 16, 2023

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Attorneys for Plaintiff*