UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOE NACLERIO, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v.-

DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, ANDRE OBERHOLZER, NORMAN ROSENBERG, and LEE BIENSTOCK,

                Defendants.

23 Civ. 9476 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    This Order serves to amend the Court's prior Order, issued November 17, 2023, regarding the schedule for motions to serve as lead plaintiffs in this action. (Dkt. #9). Consistent with the 60-day timeline provided in 15 U.S.C. § 78u-4(a)(3)(A)(i), and as indicated in Plaintiff's notice, issued October 27, 2023, members of the purported class have until **December 26, 2023**, to move the Court to serve as lead plaintiffs. Accordingly, it is hereby:

    ORDERED that motions to serve as lead plaintiffs shall be filed by **December 26, 2023**;

    ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **January 11, 2024**.

    IT IS FURTHER ORDERED that a conference shall be held at **11:00 a.m.** on **January 18, 2024**, in Courtroom 618, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

SO ORDERED.

Dated:    December 22, 2023
             New York, New York

                                                                 KATHERINE POLK FAILLA
                                                                United States District Judge