UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, ANDRE OBERHOLZER, NORMAN ROSENBERG, and LEE BIENSTOCK,<br><br>          Defendants. | Case No.  1:23-cv-09476-KPF |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF JOE NACLERIO FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Joe Naclerio ("Naclerio"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Naclerio's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Naclerio's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on October 27, 2023;

Exhibit C:    Shareholder Certification executed by Naclerio;

Exhibit D:    Declaration executed by Naclerio; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 26, 2023.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1