# EXHIBIT A

**DocGo Inc. (DCGO)**
**Class Period: November 8, 2022 to September 17, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $5.7008 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Joe Naclerio | 11/8/2022 | 200 | $7.3950 | ($1,479) | | | | | | | |
| Joe Naclerio | 11/10/2022 | 100 | $7.8700 | ($787) | | | | | | | |
| Joe Naclerio | 3/17/2023 | 200 | $8.0015 | ($1,600) | | | | | | | |
| **Joe Naclerio** | | **500** | | **($3,866)** | | **0** | | **$0** | **500** | **$2,850** | **($1,016)** |

*Avg Closing Prices from September 18, 2023 to December 15, 2023