# EXHIBIT B

 
GlobeNewswire
by notified

NEWSROOM    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action Against DocGo Inc. and Certain Officers – DGCO

October 27, 2023 17:18 ET| Source: **Pomerantz LLP**   **Follow**

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**

NEW YORK, Oct. 27, 2023 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against DocGo Inc. ("DocGo" or the "Company") (NASDAQ: DGCO) and certain officers. The class action, filed in the United States District Court for the Southern District of New York, and docketed under 23-cv-09476, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired DocGo securities between November 8, 2022 and September 17, 2023, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act").

If you are a shareholder who purchased or otherwise acquired DocGo securities during the Class Period, you have until December 26, 2023 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

DocGo offers mobile health and medical transportation services for various health care providers in the U.S. and the United Kingdom. In that capacity, the Company purports to leverage its



NEWSROOM      SERVICES ⌄      CONTACT US      FRANÇAIS      SIGN IN      REGISTER

revenue, help provide efficient and effective capital allocation and create low-risk opportunities for significant growth."

In November 2022, DocGo announced that Defendant Anthony Capone ("Capone") would be succeeding Defendant Stan Vashovsky ("Vashovsky") as Chief Executive Officer ("CEO") effective January 1, 2023. In a press release detailing the leadership transition, Defendant Vashovsky was quoted stating, in relevant part, "[w]e are very fortunate to have someone with [Defendant Capone's] skill set and track record to take the reigns as CEO next year, and I have every confidence in the continued growth and success of this company."

In spring 2023, several thousand international migrants arrived in New York City seeking, among other things, employment and/or asylum. In response, New York City Mayor Eric Adams ("Mayor Adams") announced a new policy calling for the city to relocate migrants outside of New York City's five boroughs. To oversee the relocation program, New York City awarded DocGo a no-bid $432 million contract (the "Relocation Contract") that took effect in early May 2023. The contract required DocGo to house migrants and provide them with services including case management, medical care, food, transportation, lodging, and round-the-clock security.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) DocGo's executive hiring processes were inadequate to fully review and vet the professional and academic backgrounds of job candidates; (ii) the foregoing increased the likelihood of disruptive executive turnover; (iii) contrary to its representations to investors, DocGo had overstated the efficacy of its mobile health and medical transportation services, the very services contemplated by the Relocation Contract; (iv) all of the foregoing, once revealed, was likely to subject DocGo to significant reputational and/or regulatory scrutiny that would negatively impact the Company's



NEWSROOM    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

On July 30, 2023, the *New York Times* published an article reporting on a "rocky" start to DocGo's migrant relocation efforts in New York City. The *New York Times* article reported that asylum-seekers have complained of threats and "broken promises" after New York City awarded DocGo the Relocation Contract. Specifically, the article stated that "[l]ocal authorities have expressed frustration at the lack of coordination between DocGo and agencies that could provide services to the migrants; local security guards hired by DocGo have repeatedly threatened the migrants; and finding steady work has been nearly impossible[.]" DocGo's $432 million contract nearly matches the Company's total 2022 revenue of roughly $441 million.

Following publication of the *New York Times* article, DocGo's stock price fell $0.53 per share, or 6.29%, to close at $7.89 per share on July 31, 2023.

Then, on August 22, 2023, the *Albany Times Union* published an article reporting that the New York Attorney General ("AG") had opened an investigation into DocGo and cautioned the Company to cease limiting migrants' speech or movement. Specifically, the AG's Civil Rights Bureau sent a letter sent to DocGo's attorneys detailing "serious concerns" it had regarding potential violations of state and federal laws in its handling of the Relocation Contract.

Then, on September 6, 2023, New York City Comptroller Brad Lander ("Comptroller Lander") announced that his office was declining to approve the Relocation Contract. Comptroller Lander noted in a letter to Department of Housing & Preservation Development commissioner Adolfo Carrión Jr. that his decision to reject the Relocation Contract was "due to numerous outstanding concerns" including "[i]nsufficient budget detail to justify over $432 million in contract value," "[i]nconclusive reasoning as to the selection of the vendor and contradictory statements about their fiscal ability to provide contracted services," "[i]nadequate vendor responsibility determination, contract oversight and subsequent questions



Comptroller Lander's objections and ultimately did so.

On this news, DocGo's stock price fell $0.61 per share, or 7.47%, to close at $7.55 per share on September 6, 2023.

Then, on September 14, 2023, the *Albany Times Union* published an article reporting that Defendant Capone had falsified portions of his professional biography regarding his educational history. On the following day, September 15, 2023, DocGo disclosed Capone's resignation as CEO in a filing with the Securities and Exchange Commission.

On this news, DocGo's stock price fell $0.76 per share, or 11.76%, to close at $5.70 per share on September 15, 2023.

Finally, on September 18, 2023, Comptroller Lander announced that his office was commencing a real-time audit of operations and invoices incurred by DocGo in connection with the Relocation Contract. Specifically, Comptroller Lander noted that his office has "serious concerns about the selection of this vendor and its performance of contract duties."

On this news, DocGo's stock price fell $0.41 per share, or 7.19%, to close at $5.29 per share on September 18, 2023.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

 
rswilloughby@pomlaw.com

888-476-6529 ext. 7980

---

**Tags**

Class Action

## Recommended Reading

December 22, 2023 14:13 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investor of AlloVir, Inc. - ALVR**

NEW YORK, Dec. 22, 2023 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of AlloVir, Inc. ("AlloVir" or the "Company") (NASDAQ: ALVR). Such investors are advised to contact...

December 22, 2023 14:07 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims on Behalf of Investor of Brooge Energy Limited - BROG**

NEW YORK, Dec. 22, 2023 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of Brooge Energy Limited ("Brooge" or the "Company") (NASDAQ: BROG).   Such investors are advised to...

## Explore







**Puma Exploration Closes $290,000 Charity Flow-Thro...**

December 22, 2023 14:00 ET

**New to The Street Announces its Five Corporate Gue...**

December 22, 2023 13:41 ET

**Grand Cayman Web Expert & SEO Qamar...**

December 22, 2023 13:10 ET

●  ○  ○  ○  ○

Case 1:23-cv-09476-KPF    Document 14-2    Filed 12/26/23    Page 7 of 7



NEWSROOM    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:    in

### Management

· Home                     · Legal

· Newsroom                 · Contact us

· RSS Feeds

Case 1:23-cv-09476-KPF    Document 14-2    Filed 12/26/23    Page 7 of 7



NEWSROOM    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER