UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:23-cv-09476-KPF |
|  | : |  |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | : | NOTICE OF MOTION FOR |
|  | : | APPOINTMENT AS LEAD PLAINTIFF |
| vs. | : | AND APPROVAL OF LEAD PLAINTIFF'S |
|  | : | SELECTION OF LEAD COUNSEL |
| DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, ANDRE OBERHOLZER, NORMAN ROSENBERG, and LEE BIENSTOCK, | : |  |
|  | : |  |
|  | : |  |
| Defendants. | : |  |

4854-5391-9127.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Genesee County Employees' Retirement System (the "Retirement System"), will move on January 18, 2024 at 11:00 a.m., in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order appointing the Retirement System as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*, and approving the Retirement System's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, the Retirement System submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  December 26, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

- 1 -

4854-5391-9127.v1