UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JOE NACLERIO, Individually and on Behalf
of All Others Similarly Situated,

                           Plaintiff,

       vs.

DOCGO INC., STAN VASHOVSKY,
ANTHONY CAPONE, ANDRE
OBERHOLZER, NORMAN ROSENBERG,
and LEE BIENSTOCK,

                           Defendants.

---------------------------------------------------------------- x

:   Civil Action No. 1:23-cv-09476-KPF

:   CLASS ACTION

:   DECLARATION OF DAVID A.
:   ROSENFELD IN SUPPORT OF MOTION
:   FOR APPOINTMENT AS LEAD
:   PLAINTIFF AND APPROVAL OF LEAD
:   PLAINTIFF'S SELECTION OF LEAD
:   COUNSEL

4877-6976-4759.v1

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Genesee County Employees' Retirement System (the "Retirement System") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Globe Newswire,* a national business-oriented wire service, on October 27, 2023;

Exhibit B:    The Retirement System's Sworn Certification; and

Exhibit C:    Chart of the Retirement System's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of December, 2023.

_____
*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4877-6976-4759.v1