# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Genesee County Employees' Retirement System** | 01/20/2023 | 420 | $8.88 | $3,728.00 | 11/07/2023 | 6,100 | $6.36 | $38,792.95 | |
| | 01/23/2023 | 1,080 | $9.28 | $10,021.21 | 11/08/2023 | 1,520 | $5.94 | $9,024.09 | |
| | 01/24/2023 | 1,290 | $9.32 | $12,028.22 | 11/09/2023 | 6,540 | $5.75 | $37,625.27 | |
| | 01/25/2023 | 1,380 | $9.35 | $12,904.66 | 11/10/2023 | 1,450 | $5.76 | $8,346.35 | |
| | 01/26/2023 | 2,530 | $9.80 | $24,800.58 | 11/13/2023 | 650 | $5.74 | $3,732.11 | |
| | 01/27/2023 | 60 | $9.78 | $586.61 | 11/14/2023 | 3,590 | $6.09 | $21,879.61 | |
| | 01/30/2023 | 1,650 | $9.74 | $16,068.86 | 11/15/2023 | 2,390 | $6.08 | $14,525.46 | |
| | 01/31/2023 | 560 | $9.80 | $5,486.10 | | | | | |
| | 02/01/2023 | 330 | $9.80 | $3,232.52 | | | | | |
| | 02/06/2023 | 350 | $9.80 | $3,429.02 | | | | | |
| | 02/07/2023 | 2,960 | $9.68 | $28,664.34 | | | | | |
| | 03/29/2023 | 2,120 | $8.50 | $18,016.82 | | | | | |
| | 03/30/2023 | 1,520 | $8.61 | $13,080.51 | | | | | |
| | 03/31/2023 | 1,360 | $8.64 | $11,743.74 | | | | | |
| | 04/03/2023 | 2,580 | $8.57 | $22,102.09 | | | | | |
| | 08/09/2023 | 2,050 | $10.48 | $21,485.64 | | | | | |
| **Movant's Total** | | **22,240** | | **$207,378.90** | | **22,240** | | **$133,925.84** | **($73,453.06)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
  will be used depending on which value is higher.

Prices listed are rounded to two decimal places.