UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
JOE NACLERIO, Individually and on Behalf : Civil Action No. 1:23-cv-09476-KPF
of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
          Plaintiff, :
: ORDER APPOINTING LEAD PLAINTIFF
    vs. : AND APPROVING LEAD PLAINTIFF'S
: SELECTION OF LEAD COUNSEL
DOCGO INC., STAN VASHOVSKY, :
ANTHONY CAPONE, ANDRE :
OBERHOLZER, NORMAN ROSENBERG, :
and LEE BIENSTOCK, :
:
          Defendants. :
:
----------------------------------------x

4894-3156-1111.v1

Having considered Genesee County Employees' Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. All securities class actions arising out of substantially similar facts and claims on behalf of purchasers of DocGo Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3. Genesee County Employees' Retirement System is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4. Genesee County Employees' Retirement System's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    (a) the briefing and argument of any and all motions;

    (b) the conduct of any and all discovery proceedings including depositions;

    (c) settlement negotiations;

    (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

    (e) the preparation and filing of all pleadings; and

      (f)    the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED: January 17, 2024
       New York, New York

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

- 2 -