UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, and ANDRE OBERHOLZER,<br><br>               Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:  No. 1:23-cv-09476-KPF<br>:<br>:<br>:<br>:<br>:<br>x |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **DECLARATION OF JASON J. MENDRO IN SUPPORT OF DEFENDANTS DOCGO INC., VASHOVSKY, AND OBERHOLZER'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

I, Jason J. Mendro, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a lawyer at Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036, and counsel of record in this case for Defendants DocGo Inc., Stan Vashovsky, and Andre Oberholzer.  I submit this declaration in support of Defendants DocGo Inc., Vashovsky, and Oberholzer's Motion to Dismiss the Amended Complaint for Violation of the Federal Securities Laws.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Amended Complaint (ECF No. 43).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a BTIG Report on DocGo Inc. by David Larsen and Jenny Shen, dated September 19, 2023.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a BTIG Report on DocGo Inc. by David Larsen, dated August 18, 2023.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a *Times Union* article titled "DocGo CEO's comments on contracts appear inaccurate," dated September 10, 2023.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a page from the New York State Department of Health's publicly available website titled "How to Apply for NY Medicaid."    I accessed this webpage on June 21, 2024, at the web address "https://www.health.ny.gov/health_care/medicaid/how_do_i_apply.htm."

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the Refinitiv StreetEvents transcript of Anthony Capone's interview with analyst Richard Close at Canaccord Genuity's Growth Conference on August 9, 2023.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from DocGo Inc.'s annual report on Form 10-K for the year ending December 31, 2022, filed with the U.S. Securities and Exchange Commission on March 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of June, 2024 in Washington, D.C.

*/s/ Jason J. Mendro*
JASON J. MENDRO