UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated, | x : : : : : : : : : : : : : x | |
| Plaintiff, | | |
| v. | | No. 1:23-cv-09476-KPF |
| DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, and ANDRE OBERHOLZER, | | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION OF JASON J. MENDRO IN SUPPORT OF DEFENDANTS DOCGO INC., VASHOVSKY, AND OBERHOLZER'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

# EXHIBIT 2



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

# DocGo, Inc.
# (DCGO, Buy, $13 PT)

September 19, 2023

David Larsen, CFA
(212) 738-6161  dlarsen@btig.com
Jenny Shen
(212) 738-6136  jshen@btig.com

Capone Resigns; Lee Bienstock Appointed CEO; NY Contract Sounds On-Track, DCGO Is Well Suited for Southern Border Project; Trim PT to $13

**WHAT YOU SHOULD KNOW:** DCGO recently announced that former CEO Anthony Capone has resigned after admitting that he did not earn a graduate degree in Computer Science, from Clarkson University. This news comes following several newspaper articles reported on the topic. DCGO is replacing Mr. Capone with Lee Bienstock, the company's President and Chief Operating Officer, and it is our understanding that Stan Vashovsky may be returning indefinitely, to help Lee with the transition to the CEO role. Mr. Vashovsky is a proven operator, he co-founded the business, and operated as CEO from 2015-2022. Mr. Bienstock has been with DCGO for under ~2 years, and prior to DCGO he was with Google (GOOGL, NR), for ~11+ years. Given the fairly negative headlines that have been weighing on DocGo for the past few weeks, the news of Mr. Capone's departure may actually act as a positive catalyst for the stock, longer-term. We estimate that Mr. Bienstock has been heavily involved with both the potential Southern Border deal as well as the City of NY migrant services relationship. Given how much demand there is for healthcare related to migrants in NY, we believe that the contract continues to operate as expected, and we believe that it is likely that the deal with NYC will continue beyond 2024E.

- **Misstatements and negative news articles are disappointing.** We are negatively surprised that former CEO Anthony Capone had previously indicated that he had earned a graduate degree from Clarkson University, when in reality the school has no record of him attending the institution. Other news articles have also reported that the size of the Southern Border contract that DCGO is currently bidding on is likely in the range of ~$1-$2B over 5 years and not the ~$4B+ highlighted by Mr. Capone. News articles have also highlighted various security guard incidents, with migrants. All of these unfavorable headlines have caused shares of DCGO to pull-in from ~$9 per share at 8/31/23 to ~$5 on 9/18/23.

- **We still view the revenue and earnings power of the business as being resilient.** With respect to the southern border contract, DCGO has highlighted to us that their estimated or projected scope of work has varied, and we estimate that the contract covers up to ~80+ sites. The number of sites being serviced can drive the size of the bid, this is a very complex and labor-intensive job, and we believe that there are ~7 finalists. Furthermore, it is likely in our view that the scope and timing of the contract could expand for the winning bidder. What starts off as a ~$1-$2B deal, could turn into ~$4B over ~5+ years, in our view.

- **The Southern Border contract is still substantial.** We have spoken with DCGO extensively about the Southern Border and New York contracts. With respect to both the Southern Border, and services in Albany, the National Guard has been deployed. For New York, DCGO has been requiring ~2-3 weeks notice, to stand-up sites of care, not rapid turn-around times. Furthermore, if the number of migrant encounters on the Southern Border declines from ~2 - 2.5M per year to ~500K per year, there will still be a significant long-term need for healthcare services for migrants at the border, in our view. Our forward estimates are unchanged, though we lower our PT to $13 on lower sentiment and headline risk.

- **Valuation:** DCGO currently trades at EV / 0.6x 2024E sales. Our PT of $13 is based on the stock trading at EV / 1.7x 2024E sales.

## Company Data

| | |
| --- | --- |
| Closing Price | $5.30 |
| Price Target | $13.00 |
| Market Cap (M) | $550.09 |
| Enterprise Value (M) | $368.00 |
| Shares Out (M) | 103.79 |
| Avg Daily Vol-3 Months (M) | 0.95 |
| Dividend / Yield | $0.00 / 0.0% |

## Revisions

| | Previous | Current |
| --- | --- | --- |
| Rating | Buy | Buy |
| Price Target | $15.00 | $13.00 |
| FY23E REV | 545.18 | 545.18 |
| FY24E REV | 685.87 | 685.87 |
| FY23E EBITDA | 52.02 | 52.02 |
| FY24E EBITDA | 81.79 | 81.79 |

## Revenue (M)

| FY Dec | 2022A | 2023E | 2024E |
| --- | --- | --- | --- |
| Q1 | 117.89 | 113.00**A** | 154.38 |
| Q2 | 109.52 | 125.49**A** | 162.73 |
| Q3 | 104.32 | 147.00 | 178.25 |
| Q4 | 108.79 | 159.69 | 190.51 |
| **FY REV** | 440.52 | 545.18 | 685.87 |
| FY EV/S | 0.8x | 0.7x | 0.5x |
| FY P/S | 1.2x | 1.0x | 0.8x |

## EBITDA (Adjusted)

| FY Dec | 2022A | 2023E | 2024E |
| --- | --- | --- | --- |
| Q1 | 13.60 | 5.60**A** | 19.48 |
| Q2 | 12.30 | 9.10**A** | 19.31 |
| Q3 | 8.40 | 16.90 | 21.12 |
| Q4 | 6.80 | 20.42 | 21.88 |
| **FY EBITDA** | 41.30 | 52.02 | 81.79 |
| FY EV/ EBITDA | 8.9x | 7.1x | 4.5x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## Investment Thesis

We rate shares of DocGo (DCGO) Buy. DCGO is an industry market leader due mainly to its breadth and depth of services and solutions in the mobile health and medical transportation space with mobile care, telehealth, and on-demand medical mobility capabilities. We like DCGO's competitive standing in the industry for both its mobile health and transportation solutions. DCGO's range of mobile health solutions is highlighted by the company's ability to accommodate a range of needs for a wide client base. DCGO impacts nearly every stakeholder in the healthcare universe. Its customers include hospitals and health systems, health plans, and governments and municipalities, which have aligned objectives and realize cost-savings with DCGO, but the company's reach extends beyond them to healthcare professionals who benefit from increased productivity and patients themselves who see improved care and outcomes. There is a growing shift away from fee-for-service pricing and care models and towards value-based ones that DCGO is built to support. Mobile health and medical transportation fit into the VBC puzzle, and DCGO has positioned itself as a leader to capture opportunities in the growing spaces. We estimate that the TAM for mobile health is ~$265B and that the TAM for transportation services is $7B-$13B. Both markets are still growing after new trends that developed out of the pandemic. DCGO continues to expand into high-value areas like remote patient monitoring that integrate with its existing offerings and bolster its cross-selling opportunities. We like the low market penetration rate for both of DCGO's services, and we also like DCGO's ~53% y/y revenue growth in its core business, steady margins, and strong pipeline of partnerships and backlog growth. We like DCGO's business model that prioritizes profitability alongside top-line growth and its management team with significant experience in the health tech space.

## Upcoming Catalysts

- Shift to value-based care benefits DCGO and aligns stakeholder objectives
- Changes to Medicare and Medicaid push payers to find cost-saving solutions
- New partnerships with health plans and systems materially increasing patient base
- Rolling out remote patient monitoring with more offerings expected

## Base Case Assumptions: **$13 Price Target**

- Continued revenue growth in the core business of ~40%+ y/y
- Consistent wins with large customers and growing its robust pipeline and backlog
- Continued evidence of DCGO and its clinician network's savings and outcomes
- Targeting relationships with health plans while maintaining a diversified client base
- Minimal impact from a recession in 2023E or 2024E, solid labor market
- Steadily adding clinicians to its network to address different care needs and areas
- Maintaining relationships with current customers and cross-selling other offerings
- Offerings from competitors remain fragmented and lack a comparable breadth

## Upside Scenario: **$20/sh**

- Rapid revenue growth through large wins and increased market penetration
- Opening new geographic markets by entering new states and countries
- A faster than anticipated roll out of partnerships and new programs
- A strong rebound in hospital volumes with more spending on DCGO's services
- Increased shift to alternative care delivery methods over brick-and-mortar
- Large and long-term migrant resettlement contracts in cities and at the U.S. border

## Downside Scenario: **$3/sh**

- A recession may add pressure to hospital budgets and spending on tech solutions
- DCGO's cost-savings and care outcomes may become less differentiated
- Competition may develop their own technology that is similar to DCGO's
- Remote patient monitoring and other pilot programs may fail to gain traction
- Increased preference for in-person care over home health and telehealth options
- Large customers may choose not to renew contracts if DCGO decides to raise rates

## Price Performance



Source: FactSet

## Company Description

Founded in 2015, DocGo (DCGO) provides mobile health solutions and medical transportation services for hospitals and health systems, health plans, and governments and municipalities. The company's mobile health segment, which makes up ~64% of total revenues, offers touchpoints for patients throughout their entire care journey. DCGO's network of 5,000+ clinicians and extensive technology enables it to connect mobile and virtual care and provide a comprehensive suite of solutions that includes medicine administration, preventative care and patient monitoring, among others. The transportation services segment makes up the remaining ~36% of revenue and provides emergency response and non-emergency transport.



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

## Negative Headlines Weigh on the Stock but the Business Model Stands

The former CEO of DocGo, Anthony Capone, has resigned following a series of news articles highlighting that within his formal bio, there were material misstatements on his educational background.  Mr. Capone had previously indicated that he earned a masters degree from Clarkson University, but the school has no record of him attending classes there, according to various news articles.  The stock has also come under significant pressure following a series of unfavorable headlines, and news articles, regarding DCGO's contract with the City of New York, certain sub-contracted security guards not being properly licensed while having some incidents with migrants, and the size of the potential contract on the Southern Border has come into question.  While all of these are negatives weighing on the share price, we still believe that DCGO's business model is resilient, and the company itself is far larger than one person.  Given the influx of migrants in both New York, and along the Southern border, we expect demand for DCGO's medical services to remain robust.  We like how DCGO supports health plans, health systems, and a variety of other providers and government entities.  We believe that the need for mobile and tele-health services will increase longer-term, we believe that DocGo can effectively close gaps in care, and we also believe that this change in leadership is a positive for the stock.

### Headlines have been Unfavorable

Shares of DCGO have come under significant pressure in recent weeks, for a variety of reasons.  Several challenges that DCGO has been facing are as follows:

- The Times Union has reported that former CEO Anthony Capone falsified portions of his professional biography regarding his educational history, and the Times Union is reporting that on August 9th, during an investor conference, Capone reiterated that his graduate degree was in Computational Learning Theory, from Clarkson University.  The news article states that Clarkson University has no record of him attending school there.  Given these material misstatements, DocGo is replacing Anthony Capone with Lee Bienstock.  While the news about these mis-representations is disappointing, the announced change in CEO may actually act as a positive catalyst for the stock.  We believe that Stan Vashovsky, co-founder of DocGo will be returning to the office full-time, possibly through year-end or longer, to assist Lee Bienstock with the transition to the CEO role.  We also like how DCGO will likely seek to fill the newly vacant President and COO role with a seasoned healthcare executive.  Furthermore, we would remind investors that in 8 of the past 8 quarters DCGO has exceeded consensus revenue expectations, and in 6 of the past 8 quarters, DCGO has exceeded consensus EBITDA expectations.  We believe that DCGO is far larger than a single executive, and we believe that the infrastructure, technology systems, and services that DCGO provides are durable.
- The Time Union has also highlighted that the potential U.S. Customers and Border Protection contract is worth under $4B, and that it is likely worth ~half of the ~$4B that has been talked about by former CEO Anthony Capone.  Our view, based on discussions with DCGO management, is that the number of sites that DCGO was considering supporting, as part of the Southern Contract, may have varied.  We estimate that the current contract is for ~80 sites of care, based on language in the document itself.  We also believe that like any other contract, the total size of the arrangement can grow over time, as vendors deliver on expected results.  A ~$1-2B deal on the southern border could grow to ~$4B+ over time.  Investor expectations could have been managed better, by highlighting that the initial value of the deal, in year-1, could start off in the ~$1-2B range over ~5 years, but then could grow to ~$4B+ over a longer period of time.  Regardless of how well investor expectations may or may not have been set, we still believe that the ultimate contact size could grow to be ~$4B+ over time, and we estimate that there are ~7 finalists that are bidding on the contract.  We also believe that prior to ~2020, there were ~500,000 migrant encounters each year.  Even if the Southern Border becomes far more restrictive in future months or years, we believe that there will always be a need for health-services along the border.
- New York City Comptroller Brad Lander has also tried to reject the city's contract with DCGO, though New York Mayor Adams seems to be supporting DCGO and the ~$430M contract with New York City.  We continue to believe that New York City will honor the deal, and on Sunday night, 9/17/23, DCGO highlighted to us that the contract with New York has been officially registered which allows DCGO to start receiving payments for work completed.  While ~half of DCGO's revenue may be coming from a single client, the City of New York, over the coming year, we still believe that the contract will be honored.  DCGO is also working with city and state

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

officials, to have more time and notice to stand-up clinics.  Instead of rushing to service migrants with minimal time notice, which can surprise local residents, DCGO is working with government officials to work with local communities so that residents are not surprised in an unfavorable manner, as migrants arrive in various New York neighborhoods.

### The U.S. Border Contract is Large, DCGO is Well Suited for the Task

The U.S. Customs and Border Protection (CBP) has more than 60,000 employees and is one of the largest law enforcement organizations in the U.S.  Within CBP, the U.S. Border Patrol (USBP) is responsible for patrolling the country's borders and is seeking a targeted and flexible healthcare company to support medical operations along the Southwest Border (SWB) and provide medical services to people in CBP custody. The number of encounters at the SWB is on track to be another record year in 2023 after a record year in 2022.  Furthermore, encounters have continued to increase as concerns over the pandemic subside. Typically the migrant population has endured physically demanding and poor living conditions that have likely adversely affected their health. CBP is considering bids for a contract which has an anticipated base period of 12 months, followed by four additional 12 month option periods (see the contract here: CBP Medical Screening Services Southwest Border Contract). In September 2022, CBP tried to award the contract to Vighter (Private), a medical provider that contracts with government agencies, but this was blocked when Loyal Source Government Services and two other companies filed protests. Loyal Source is a workforce solutions provider that focuses on government healthcare and provides medical screening services for CBP. However, Loyal Source has come under scrutiny after a child contracted the flu while in CBP custody and passed away. The protests were rejected, and the contract was re-opened. DCGO highlighted that the delay in awarding the contract has been a positive and allowed it to gain more experience with its current government initiatives and submit a compelling bid. We believe that there are currently seven finalists under consideration.  In the chart below we can see that in 2020 there were ~458,088 encounters on the Southwest Border, and this has increased to 2M+ annually in 2022 and 2023E.

**Exhibit 1: Southwest Border Encounters by Month**



| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 (FYTD) | 231,541 | 235,204 | 252,325 | 157,361 | 156,632 | 193,260 | 211,999 | 206,701 | 144,566 | 183,503 | | | 1,973,092 |
| 2022 | 164,837 | 174,845 | 179,253 | 154,874 | 166,010 | 222,574 | 235,785 | 241,136 | 207,834 | 200,162 | 204,087 | 227,547 | 2,378,944 |
| 2021 | 71,929 | 72,113 | 73,994 | 78,414 | 101,099 | 173,277 | 178,795 | 180,597 | 189,034 | 213,593 | 209,840 | 192,001 | 1,734,686 |
| 2020 | 45,139 | 42,643 | 40,565 | 36,585 | 36,687 | 34,460 | 17,106 | 23,237 | 33,049 | 40,929 | 50,014 | 57,674 | 458,088 |

*Source: U.S. Customs and Border Protection*



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

We estimate that from 2014-2018 there were on average ~501K migrant encounters with CBP each year along the south west border.  If the U.S. migrant policy changes, and if the Southern Border is tightened with a decline in border encounters each year, then the long-term revenue potential for this contract may come under some pressure.  However, we also believe that there will likely always be a need for health services along the southern border.  While ~2M+ encounters each year is a lot, we also view ~500K+ per year as being very substantial.

**Exhibit 2: Southwest Border Encounters by Month, 2014 - 2019**



*Source: U.S. Customs and Border Protection*

## The Contract is Medically Focused with the Goal of Filling Unmet Healthcare Needs

Concerns have emerged surrounding DCGO's ongoing contract with the City of New York which began in May 2023.  The one-year contract has a total value of ~$432M, of which we estimate that ~$300M is expected to flow through to DCGO.  DCGO would be responsible for providing healthcare services to migrant populations that are entering the city and that are being transported upstate.  Shares of DCGO have come under pressure following news reports that DCGO was using unlicensed security guards at some NY Shelters, and there are some other news reports highlighting that some security services workers have mis-treated several of the migrants.  DCGO highlighted to us that they would have preferred to use large national security services firms when dealing with migrants, but they were provided a short-list of security vendors to select from, based on the City of New York's wishes.

One specialist we spoke with, from Guidepoint highlighted that she is not surprised that confrontations have occurred with security guards, and she highlighted to us that when working with migrants and the homeless population, it is very normal for there to be conflict.  However, DCGO was not involved with selecting the vendors that are providing security, transportation, and lodging for the migrants which are the areas where conflicts have arisen.  Management highlighted that the city selected the short-list of vendors and some of them are smaller and less experienced at handling large-scale human services contracts. We believe that DCGO has still performed at a high level by working through the challenges and we believe that DCGO is well-positioned for the CBP contract. Like the NYC contract, the CBP contract is medically focused and, based on discussions that we have had with



management, DCGO would not be responsible for the majority of security, transportation, or lodging components along the Southern border.  Typically there are some security protocols that DocGo would need to adhere to and address, but broadly speaking, security services along the southern border would be provided by the national guard.  Vighter, the provider that was previously awarded the contract, is a healthcare company which leads us to believe that DCGO would be well-equipped to handle the healthcare needs along the border.

A summary of some of the efforts included in the contract's scope of work, that the vendor would need to do are:

• Administers medical supplies,

• Administration and Program Management to include staffing, recruiting, vetting, scheduling, source selection of medical candidates, training, security background investigations, and other corporation and government duties,

• Conducts and documents enhanced medical monitoring as required or directed for persons in CBP custody,

• Conducts and documents Medical Assessments, as required or directed for persons in CBP custody,

• Conducts and documents Medical Encounters as required or directed for persons in CBP custody,

• Conducts frontline medical services,

• Conducts medical logistics support,

• Conducts medical quality management/oversight and assurance,

• Coordinates referrals to local health systems for additional evaluation and treatment as required or directed,

• Deploys and establishes medical teams and units as required or directed,

• Documents medical information as required or directed in the CBP Electronic Medical Record,

• Facilitates Medication Management for persons in CBP custody,

• Maintains 24-hour shifts, 365 days per year at most locations as directed,

• Provides follow-up care after referral to a local health system or hospitalization,

• Provides contract programmatic, medical, and security analysis and reporting,

• Provides supervisory physician oversight, patient safety risk monitoring, total and medical quality management, and regional pediatric advisory services,

• Provides telehealth/telemedicine/tele-reach back capability as required or directed for forward medical locations and remote medical personnel. This capability can also be tied into staffing shortage issues, reach-back needs, and overall efficiencies for a specific medical unit,

• Provides urgent/emergent medical advice or care as required or directed for CBP personnel,

• Testing and vaccine administration,

As we can see, the list above in our view is a comprehensive healthcare services project.  In our view, DocGo would be well-suited to address these needs.  DCGO is flexible, they have an army of Emergency Medical Technicians (EMTs) and Paramedics as well as mobile healthcare providers, with robust and extensive tele-health capabilities and solutions.  If we assume that there are ~80 sites that would need healthcare services, testing, vaccinations, and medical care, then DocGo would in our view be able to be nimble, flexible, and mobile.

## Task Overview

The various tasks that the winning vendor and staff would perform include front-line medical services, medical logistics support, administration and program management, medical data reporting, sentinel events reporting, procurement of medical supplies and equipment, and medical quality management. We provide a detailed breakdown of some of the key tasks outlined in the contract and how DCGO is well-positioned in our view to be a leading contender under consideration.  Our main take-away from a review of the contract is that the deal is a healthcare services contract, and it sounds like DocGo would be well-suited to deliver on these needs.

**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

**Medical Services and Support**

Medical Services and Support involves establishing, staffing, and operating medical units (MUs) at medical priority facilities (MPFs). The necessary staffing required by the contract includes Physicians, Regional Pediatric Advisors, Patient Safety Risk Manager, Program Support/Specialist, Physicians Assistants (PAs), Nurse Practitioners (NPs), Licensed Vocational Nurse/Licensed Practical Nurse, Paramedics (LVN/LPN), Emergency Medical Technicians (EMTs), Certified Medical Assistants (CMAs), and Certified Nursing Assistants (CNAs). MUs should be able to support all populations, encompassing adults, children, and pregnant women. The core functions of MUs include:

• Initial Health Interviews and Medical Assessments as required by DHS/CBP Medical Directives, and utilizing standardized CBP forms,

• Onsite conduct of medical encounters - diagnosis and treatment of basic medical conditions,

• Referral to the local health system for complex, urgent, or emergent health conditions,

• Coordination and conduct of follow-up care as appropriate,

• Public health/Infectious disease support to include infectious disease testing and vaccination as required, for COVID-19 and other infectious diseases like Influenza,

• Medication management,

• Enhanced medical monitoring for persons requiring additional or ongoing attention, such as temperature checks, symptom checks, medication administration, and isolation or quarantine,

• Exit Health Interviews/Medical Summaries,

• Documentation of all medical information in the CBP EMR.

Personnel should be able to be shifted and the number of available staff by skill level should be able to be increased as required. Certain regions may experience unplanned surges, but the locations are primarily Border Patrol States, forward operating bases (FOBs), and Ports of Entry (POEs) located along the SWB. When we spoke with an industry expert who has experience managing large city departments and who oversaw medical services for the NYC Department of Social Services and Department of Homeless Services during the pandemic when DCGO worked with the city, DCGO was very responsive and accommodating for the scale and level of expertise required. DCGO typically utilizes EMTs, but in some cases the city needed more specialized healthcare professionals like RNs. DCGO was able to come up with a staffing plan quickly during a period where there was a shortage of providers and resources were being allocated sparingly, which leads us to believe that DCGO will be able to handle potential increases in staffing needed by CBP. DCGO has a network of staffing agencies that it works with that represents 1M+ clinicians, so it can rapidly scale. The contract requires that MUs are functional at locations on a 24 hours per day / 7 days per week basis. The contract does not require ambulances, other medical transport vehicles, and mobile medical clinics and units to be provided, but DCGO has the mobile health and transportation services to do so if needed.



**Exhibit 3: Frontline Medical Organization Chart**



*Source: U.S. Customs and Border Protection*

The contract highlights that an efficient and effective management strategy should be taken at each location. Efficiencies to complement medical units (MUs) and their efforts should be continually developed. DCGO operates with a focus on margins, so its work is streamlined to be efficient and productive. It has aligned efforts to help reduce healthcare waste as well. The contract states that a live dashboard showing what medical staff are on hand at specific units at any given time should be available or, at a minimum, a system to track schedules. DCGO's capacity as a technology-driven healthcare company should give it an advantage when managing and tracking MUs in our view because it already has the technology infrastructure in place. The capabilities required in the contract are similar to its current platform that efficiently schedules medical vehicles and teams and tracks them as they travel.

**Exhibit 4: DCGO Scheduling Portal**



*Source: Company Documents*



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

### Program Management, Administration, and Expectations

The contract states that Project Managers (PMs) and Deputy Project Managers (DPMs) should be available to provide regional coordination, management, and oversight of medical personnel and key tasks. PMs and DPMs conduct monthly situational reports to recommend best practices, challenges, risks, issues, and other considerations for the facilities. The government can perform periodic audits on the systems. The credentials of medical personnel should be managed and tracked, with continuous training conducted. Employees are required to work at least 20 hours every two months in the MUs to ensure that they maintain current skills. All contract healthcare practitioners should also have applicable insurance coverage to include malpractice insurance.

### Medical Quality Management (MQM)

Personnel for an appropriate national level leadership team must be provided. Regional leadership should also be provided. The proper level of clinical oversight and supervision must be ensured, with periodic visits at facilities. A comprehensive Patient Safety Risk Management Program should be established and administered as part of a Medical Quality Management Plan that is reviewed yearly. Risk management strategies should be in place to monitor incidents and risk on a continuous basis and promote best practices to reduce patient safety risks, hazardous conditions, and ensure quality in service delivery. CBP and the government may request reports with medical recommendations on specific topics, course of action recommendations, feedback on pilot program suggestions, and other medical expertise.

### Electronic Medical Record (EMR) Application System

Regular reporting of medical support efforts and medical key tasks are required. The CBP EMR system provided by CBP is required to be utilized to document medical information that includes initial health interviews, medical assessments, medical encounters, medical summaries, medication management, enhanced medical monitoring actions, and other relevant documentation. The contract highlights that the CBP EMR system should also be utilized to perform all chart reviews, medical supervision, and to obtain statistical information. CBP EMR training will be conducted by CBP and is required for all contract staff that will be inputting medical information into the system. DCGO's staff is already accustomed to routinely working with patient dashboards and handling electronic health information.

**Exhibit 5: DCGO Patient Dashboard**



*Source: Company Documents*



## Quotation Preparation and Consideration Factors

The contract states that quotes are prepared in four volumes 1) Corporate Experience, 2) Cost/Price, 3) Technical Capabilities and Approach, and 4) Past Performance. Corporate Experience includes the vendor's experience in rapidly deploying and retaining appropriately credentialed and qualified staff. Once acquired, they must be continuously tracked and managed. Medical staff must be able to meet 24/7 requirements and staffing gaps must be mitigated. Experience providing staff in remote environments like the southwest U.S. border is a positive as well. Cost/Prices includes the direct labor base used based on estimated hours and rates, travel, and other direct costs that include consultants and subcontractors as well as materials and equipment. Technical Capabilities and Approach includes the operational approach to staffing, medical services, medical quality management, rapid mobilization of capabilities, management of CBP medical facilities, and total quality control and management. Past Performance includes the current and previous performance in industry or government for similarly sized and scoped projects.

### DCGO is Well-Positioned in the Contract Evaluation Process in our View

Proposals will be evaluated based on the best overall value provided to the government. The major factors are ranked in descending order of importance: 1) Corporate Experience, 2) Technical Capabilities and Approach, 3) Past Experience, and 4) Cost/Price. DCGO's current contract with the City of New York to provide medical services to large volumes of migrant populations, along with its work during the pandemic to administer vaccines and tests, have given the company extensive experience in handling large-scale government contracts. Government is DCGO's largest customer segment, making up 60% of revenue, and its services have ranged from providing urgent care for low-income communities to drug addiction treatment as well as assisting homeless shelter programs and street medicine programs.

### Exhibit 6: DCGO Experience with Government Partners



*Source: Company Documents*

### The Contract Could Grow in Size in our View

The contract does highlight that the contractor will be responsible for physical security or work areas and CBP furnished equipment.  One of the documents within the bid contract, which is ~94 pages long, includes extensive requirements around respecting and protecting sensitive information.  While the vast majority of security services on the Southern Border will be handled by the National Guard, it is very normal for DocGo or other health-services companies to have a security guard present with the healthcare providers doing the actual work.  The vast majority of security will be provide by the National Guard and the Federal government, and there will likely be some

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

security component sub-contracted by DocGo.  The vast majority of this southern border contract in our view is for healthcare services, which is exactly the business that DCGO is in.  We also find it interesting that the performance under this contract will be closely monitored and evaluated under the Contractor Performance Assessment Reporting System (CPARS).

We expect that the contract will start out small and work up to a larger scale.  We estimate that the initial size of the contract is ~$1-$2B, and according to management, the project lead at DCGO that is responsible for the contract bid and its negotiations is experienced in dealing with government contracts.  He highlighted that contracts often grow significantly over time as they expand and potentially include more services. CBP cited in its contract that it currently has 80+ sites along the border that healthcare medical practitioners may be required to work out of, depending on the need. Operations will likely start in only a fraction of the 80+ sites with the opportunity to cover more. From what we understand, the seven finalists are aware of the total dollar amount of the base contract and the contract may also be divided and subcontracted to multiple vendors. The ~$4B value of the contract over five years that DCGO has mentioned is the overall long-term potential opportunity of the contract but it may be far lower at the onset. The award is projected to be announced soon, and it is very possible in our view that DCGO could win at least a portion of this deal.  DCGO has established a good relationship with New York City during the pandemic for its medical services provided to the city's homeless population.  While there has been significant negative headlines around DocGo, and the stock, we still believe that the core business itself is functioning well, and we believe that the workers and providers of care are high-quality.  We believe that DCGO is well-suited for the contract on the Southern border.

**BTIG**

David Larsen / 212-738-6161

## DocGo, Inc. Income Statement

| $ Thousands | F2022A FY:22A | MAR '23 1Q:23A | JUN '23 2Q:23A | SEP '23 3Q:23E | DEC '23 4Q:23E | F2023E FY:23E | MAR '24 1Q:24E | JUN '24 2Q:24E | SEP '24 3Q:24E | DEC '24 4Q:24E | F2024E FY:24E | F2025E FY:25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Breakdown** | | | | | | | | | | | | |
| **Primary geographical markets** | | | | | | | | | | | | |
| United States | $419,578 | $98,910 | $112,603 | $132,302 | $143,723 | $487,537 | $138,945 | $146,452 | $160,428 | $171,456 | $617,281 | $759,183 |
| % Rev | 95.2% | 87.5% | 89.7% | 90.0% | 90.0% | 89.4% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 92.0% |
| y/y growth | 35.7% | -14.0% | 5.9% | 30.6% | 48.4% | 16.2% | 40.5% | 30.1% | 21.3% | 19.3% | 26.6% | 23.0% |
| United Kingdom | 20,938 | 14,093 | 12,884 | 14,700 | 15,969 | 57,646 | 15,438 | 16,272 | 17,825 | 19,051 | 68,587 | 66,016 |
| % Rev | 4.8% | 12.5% | 10.3% | 10.0% | 10.0% | 10.6% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 8.0% |
| y/y growth | 120.4% | 396.6% | 302.0% | 393.0% | 34.0% | 175.3% | 9.5% | 26.3% | 21.3% | 19.3% | 19.0% | -3.7% |
| | | | | | | | | | | | | |
| Transportation services | $114,624 | $40,056 | $45,422 | $51,190 | $59,146 | $195,814 | $50,070 | $52,235 | $60,404 | $66,835 | $229,545 | $254,795 |
| % Rev | 26.0% | 35.4% | 36.2% | 34.8% | 37.0% | 35.9% | 32.4% | 32.1% | 33.9% | 35.1% | 33.5% | 30.9% |
| y/y growth | 36.0% | 44.0% | 104.8% | 85.0% | 60.0% | 70.8% | 25.0% | 15.0% | 18.0% | 13.0% | 17.2% | 11.0% |
| Mobile health | $325,891 | $72,947 | $80,065 | $95,812 | $100,546 | $349,370 | $104,314 | $110,489 | $117,849 | $123,672 | $456,324 | $570,404 |
| % Rev | 74.0% | 64.6% | 63.8% | 65.2% | 63.0% | 64.1% | 67.6% | 67.9% | 66.1% | 64.9% | 66.5% | 69.1% |
| y/y growth | 39.0% | -19.0% | -8.3% | 25.0% | 40.0% | 7.2% | 43.0% | 38.0% | 23.0% | 23.0% | 30.6% | 25.0% |
| **Total revenue** | **$440,516** | **$113,003** | **$125,487** | **$147,002** | **$159,692** | **$545,184** | **$154,384** | **$162,725** | **$178,253** | **$190,507** | **$685,868** | **$825,199** |
| % sequential growth | | 3.9% | 11.0% | 17.1% | 8.6% | | -3.3% | 5.4% | 9.5% | 6.9% | | |
| y/y growth | 38.2% | -4.1% | 14.6% | 40.9% | 46.8% | 23.8% | 36.6% | 29.7% | 21.3% | 19.3% | 25.8% | 20.3% |
| **Cost of revenues** | **$285,795** | **$81,226** | **$83,618** | **$94,528** | **$100,631** | **$360,004** | **$97,077** | **$103,550** | **$113,465** | **$121,954** | **$436,045** | **$510,182** |
| % Rev | 64.9% | 71.9% | 66.6% | 64.3% | 63.0% | 66.0% | 62.9% | 63.6% | 63.7% | 64.0% | 63.6% | 61.8% |
| % sequential growth | | 22.4% | 2.9% | 13.0% | 6.5% | | -0.2% | 6.7% | 9.6% | 7.5% | | |
| y/y growth | 36.8% | 4.2% | 19.2% | 32.7% | 51.6% | 26.0% | -12.5% | 23.8% | 20.0% | 21.2% | 21.1% | 17.0% |
| **Gross Profit** | **$154,721** | **$31,776** | **$41,869** | **$52,474** | **$59,061** | **$185,180** | **$57,307** | **$59,175** | **$64,787** | **$68,553** | **$249,823** | **$315,017** |
| margin | 35.1% | 28.1% | 33.4% | 35.7% | 37.0% | 34.0% | 37.1% | 36.4% | 36.3% | 36.0% | 36.4% | 38.2% |
| y/y bps | 69 | -573 | -256 | 400 | -200 | -116 | 900 | 300 | 65 | -100 | 246 | 175 |
| y/y growth | 41.0% | -20.4% | 6.4% | 58.7% | 39.3% | 19.7% | 80.3% | 41.3% | 23.5% | 16.1% | 34.9% | 26.1% |
| **Operating expenses:** | | | | | | | | | | | | |
| General and administrative | $103,403 | $29,220 | $30,797 | $33,810 | $36,729 | $130,557 | $35,817 | $37,752 | $41,355 | $44,198 | $159,121 | $195,160 |
| % Rev | 23.5% | 25.9% | 24.5% | 23.0% | 23.0% | 23.9% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.7% |
| y/y growth | 38.1% | 22.5% | 25.0% | 52.4% | 12.3% | 26.3% | 22.6% | 22.6% | 22.3% | 20.3% | 21.9% | 22.6% |
| Depreciation and amortization | 10,566 | 3,649 | 3,831 | 4,557 | 4,950 | 16,988 | 5,403 | 5,695 | 6,239 | 6,668 | 24,005 | 33,008 |
| % Rev | 2.4% | 3.2% | 3.1% | 3.1% | 3.1% | 3.1% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 4.0% |
| y/y growth | 40.7% | 65.8% | 88.0% | 51.2% | 49.5% | 60.8% | 48.1% | 48.7% | 36.9% | 34.7% | 41.3% | 37.5% |
| Legal and regulatory | 8,781 | 3,638 | 2,405 | 2,793 | 3,034 | 11,870 | 3,088 | 3,254 | 3,565 | 3,810 | 13,717 | 20,630 |
| % Rev | 2.0% | 3.2% | 1.9% | 1.9% | 1.9% | 2.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.5% |
| y/y growth | 124.7% | 169.9% | -21.4% | 26.9% | 39.8% | 35.2% | -15.1% | 35.3% | 27.6% | 25.6% | 15.6% | 50.4% |
| Technology and development | 5,385 | 1,864 | 2,574 | 2,646 | 2,874 | 9,958 | 3,088 | 3,254 | 3,565 | 3,810 | 13,717 | 24,756 |
| % Rev | 1.2% | 1.6% | 2.1% | 1.8% | 1.8% | 1.8% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 3.0% |
| y/y growth | 62.2% | 63.2% | 124.2% | 92.7% | 67.0% | 84.9% | 65.7% | 26.4% | 34.7% | 32.6% | 37.7% | 80.5% |
| Sales, advertising and marketing | 4,755 | 307 | 685 | 735 | 798 | 2,526 | 1,235 | 1,302 | 1,426 | 1,524 | 5,487 | 8,252 |
| % Rev | 1.1% | 0.3% | 0.5% | 0.5% | 0.5% | 0.5% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 1.0% |
| y/y growth | -0.1% | -75.6% | -31.5% | 709.0% | -66.8% | -46.9% | 302.0% | 89.9% | 94.0% | 90.9% | 117.2% | 50.4% |
| **Total operating expenses** | **$132,890** | **$38,679** | **$40,293** | **$44,542** | **$48,387** | **$171,900** | **$48,631** | **$51,258** | **$56,150** | **$60,010** | **$216,048** | **$281,805** |
| % Rev | 30.2% | 34.2% | 32.1% | 30.3% | 30.3% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 34.2% |
| y/y bps | 55 | 894 | 300 | 263 | -861 | 136 | -273 | -61 | 120 | 120 | -3 | 265 |
| y/y growth | 40.8% | 29.8% | 26.4% | 54.3% | 14.3% | 29.4% | 25.7% | 27.2% | 26.1% | 24.0% | 25.7% | 30.4% |
| **Total expenses** | **$418,684** | **$119,905** | **$123,911** | **$139,070** | **$149,018** | **$531,904** | **$145,708** | **$154,808** | **$169,615** | **$181,963** | **$652,094** | **$791,987** |
| % Rev | 95.0% | 106.1% | 98.7% | 94.6% | 93.3% | 97.6% | 94.4% | 95.1% | 95.2% | 95.5% | 95.1% | 96.0% |
| y/y bps | -14 | 1,467 | 555 | -137 | -661 | 252 | -1,173 | -361 | 55 | 220 | -249 | 90 |
| y/y growth | 38.0% | 11.2% | 21.4% | 38.9% | 37.1% | 27.0% | 21.5% | 24.9% | 22.0% | 22.1% | 22.6% | 21.5% |
| **Income (loss) from operations** | **$21,832** | **($6,903)** | **$1,576** | **$7,932** | **$10,675** | **$13,280** | **$8,676** | **$7,917** | **$8,638** | **$8,543** | **$33,774** | **$33,212** |
| margin | 5.0% | -6.1% | 1.3% | 5.4% | 6.7% | 2.4% | 5.6% | 4.9% | 4.8% | 4.5% | 4.9% | 4.0% |
| y/y bps | 14 | -1,467 | -555 | 137 | 661 | -252 | 1,173 | 361 | -55 | -220 | 249 | -90 |
| y/y growth | 42.2% | -168.4% | -78.9% | 88.9% | 13224.1% | -39.2% | -225.7% | 402.4% | 8.9% | -20.0% | 154.3% | -1.7% |
| **Other income (expenses):** | | | | | | | | | | | | |
| Interest income (expense), net | $763 | $809 | $522 | $500 | $500 | $2,331 | $500 | $500 | $500 | $500 | $2,000 | $2,000 |
| Loss on remeasurement of warrant liabilities | 1,127 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss on equity method investments | 9 | (115) | (91) | (100) | (100) | (406) | (100) | (100) | (100) | (100) | (400) | (400) |
| Loss on disposal of fixed assets | (21) | (55) | (99) | (100) | (100) | (353) | (100) | (100) | (100) | (100) | (400) | (400) |
| Other income (expenses) | (928) | 215 | (920) | (400) | (400) | (1,505) | (400) | (400) | (400) | (400) | (1,600) | (1,600) |
| **Total other income (expenses)** | **950** | **854** | **(587)** | **(100)** | **(100)** | **67** | **(100)** | **(100)** | **(100)** | **(100)** | **(400)** | **(400)** |
| Net (loss) income before income tax benefit (expense) | $22,782 | ($6,049) | $989 | $7,832 | $10,575 | $13,347 | $8,576 | $7,817 | $8,538 | $8,443 | $33,374 | $32,812 |
| Income tax benefit (provision) | 7,961 | 2,130 | 355 | 500 | 500 | 3,485 | 500 | 500 | 500 | 500 | 2,000 | 2,000 |
| **Net (loss) income** | **$30,743** | **($3,919)** | **$1,344** | **$8,332** | **$11,075** | **$16,832** | **$9,076** | **$8,317** | **$9,038** | **$8,943** | **$35,374** | **$34,812** |
| y/y growth | 60.3% | -141.8% | -88.6% | 237.8% | 54.9% | -45.3% | -331.6% | 519.0% | 8.5% | -19.2% | 110.2% | -1.6% |
| Net (loss) income attributable to noncontrolling interests | ($3,841) | ($453) | $3,355 | $3,400 | $3,400 | $9,702 | $3,400 | $3,400 | $3,400 | $3,400 | $13,600 | $13,600 |
| **Net (loss) income attributable to stockholders** | **$34,584** | **($3,466)** | **($2,011)** | **$4,932** | **$7,675** | **$7,130** | **$5,676** | **$4,917** | **$5,638** | **$5,543** | **$21,774** | **$21,212** |
| y/y growth | 45.7% | -132.6% | -115.8% | 56.4% | -4.8% | -79.4% | -263.8% | -344.5% | 14.3% | -27.8% | 205.4% | -2.6% |
| **Other comprehensive (loss) income** | | | | | | | | | | | | |
| Foreign currency translation adjustment | $774 | $244 | $406 | $400 | $400 | $1,449 | $400 | $400 | $400 | $400 | $1,600 | $1,600 |
| **Total comprehensive (loss) income** | **$35,358** | **($3,222)** | **($1,605)** | **$5,332** | **$8,075** | **$8,579** | **$6,076** | **$5,317** | **$6,038** | **$5,943** | **$23,374** | **$22,812** |
| y/y growth | 48.8% | -130.3% | -112.6% | 56.7% | -6.0% | -75.7% | -288.6% | -431.2% | 13.2% | -26.4% | 172.5% | -2.4% |
| **Net (loss) income per share:** | | | | | | | | | | | | |
| Basic | $0.34 | ($0.03) | ($0.02) | $0.05 | $0.07 | $0.07 | $0.05 | $0.05 | $0.05 | $0.05 | $0.20 | $0.19 |
| Diluted | $0.34 | ($0.03) | ($0.02) | $0.05 | $0.07 | $0.07 | $0.05 | $0.05 | $0.05 | $0.05 | $0.21 | $0.20 |
| **Weighted-average shares outstanding:** | | | | | | | | | | | | |
| Basic | 101,228 | 102,579 | 103,586 | 103,909 | 104,265 | 104,265 | 105,657 | 106,693 | 107,026 | 107,393 | 107,393 | 110,615 |
| y/y growth | 26.1% | 2.4% | 4.3% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Diluted | 102,976 | 102,579 | 103,586 | 104,181 | 104,006 | 104,006 | 103,605 | 104,622 | 105,223 | 105,046 | 105,046 | 106,096 |
| y/y growth | 8.6% | -11.3% | -10.1% | -3.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |

Source: Company documents, BTIG Research

David Larsen
(212) 738 6161
dlarsen@btig.com

## DocGo, Inc. Income Statement (cont'd)

| $ Thousands | F2022A FY:22A | MAR '23 1Q:23A | JUN '23 2Q:23A | SEP '23 3Q:23E | DEC '23 4Q:23E | F2023E FY:23E | MAR '24 1Q:24E | JUN '24 2Q:24E | SEP '24 3Q:24E | DEC '24 4Q:24E | F2024E FY:24E | F2025E FY:25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reconciliation of net income (loss) to adjusted EBITDA** | | | | | | | | | | | | |
| Net income (loss) | $30,700 | ($3,900) | $1,300 | $8,332 | $11,075 | $16,807 | $9,076 | $8,317 | $9,038 | $8,943 | $35,374 | $34,812 |
| Net interest expense (income) | (800) | (800) | (500) | (500) | (500) | (2,300) | (500) | (500) | (500) | (500) | (2,000) | (2,000) |
| Income tax | (7,900) | (2,100) | (300) | (500) | (500) | (3,400) | (500) | (500) | (500) | (500) | (2,000) | (2,000) |
| Depreciation & amortization | 10,600 | 3,600 | 3,800 | 4,557 | 4,950 | 16,908 | 5,403 | 5,695 | 6,239 | 6,668 | 24,005 | 33,008 |
| Other (income) expense | (200) | (100) | 1,100 | 600 | 600 | 2,200 | 600 | 600 | 600 | 600 | 2,400 | 2,400 |
| **EBITDA** | **$32,400** | **($3,300)** | **$5,400** | **$12,489** | **$15,625** | **$30,214** | **$14,080** | **$13,612** | **$14,877** | **$15,211** | **$57,780** | **$66,220** |
| Non-cash stock compensation | 8,100 | 8,500 | 3,400 | 4,410 | 4,791 | 21,101 | 5,403 | 5,695 | 6,239 | 6,668 | 24,005 | 28,882 |
| Non-recurring expense | 800 | 400 | 300 | 0 | 0 | 700 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Adjusted EBITDA** | **$41,300** | **$5,600** | **$9,100** | **$16,899** | **$20,416** | **$52,015** | **$19,483** | **$19,308** | **$21,116** | **$21,879** | **$81,785** | **$95,102** |
| margin | 9.4% | 5.0% | 7.3% | 11.5% | 12.8% | 9.5% | 12.6% | 11.9% | 11.8% | 11.5% | 11.9% | 11.5% |
| y/y bps | 150 | -658 | -398 | 344 | 653 | 17 | 766 | 461 | 35 | -130 | 238 | -40 |
| y/y growth | 64.5% | -58.8% | -26.0% | 101.2% | 200.2% | 25.9% | 247.9% | 112.2% | 25.0% | 7.2% | 57.2% | 16.3% |

Source: Company documents, BTIG Research

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## BTIG Covered Companies Mentioned in this Report

DocGo, Inc. (DCGO, Buy, $13 PT; Closing Price: $5.30)

American Well Corp. (AMWL, Neutral, Closing Price: $1.18)

Sharecare, Inc. (SHCR, Buy, $5 PT;  Closing Price: $0.94)

Teladoc Health, Inc. (TDOC, Neutral, Closing Price: $19.10)

Uber Technologies, Inc. (UBER, Buy, $70 PT;  Closing Price: $62.72)



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, David Larsen, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Jenny Shen, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

#### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of September 19, 2023):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 260 | 61.6% | Buy | 73 | 28.1% |
| Neutral | 156 | 37.0% | Neutral | 24 | 15.4% |
| Sell | 6 | 1.4% | Sell | 1 | 16.7% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### DocGo, Inc. (DCGO, Buy, $13 PT)

**Valuation:** DCGO currently trades at EV / 0.5x 2024E sales. Our PT of $13 is based on the stock trading at EV / 1.7x 2024E sales. DCGO is trading below the payer facing sub-sector average of EV / 1.4x 2024E sales as well as below peers like Teladoc (TDOC, Neutral) which is trading at EV / 1.4x 2024E sales. Although DCGO does not have extremely high EBITDA or gross margins, margins have been resilient throughout changing healthcare and financial dynamics. Currently, mobile health makes up ~64% of total revenue and transportation services make up the remaining ~36%, but DCGO expects mobile health to make up 70%+ of revenue by 2023YE. DCGO is actively shifting its priorities and introducing new revenue segments. We like how DCGO provides value for



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

stakeholders throughout the healthcare ecosystem, and our view is that it is making the correct decision to pursue health plans as the top client type to sell to given DCGO's scale. DCGO has extensive technology powering its robust platform, and the company has shown its ability to continue to innovate and adapt to customer needs.

**Risks:** DCGO faces competition from healthcare companies that offer solutions in areas that overlap with DCGO's, such as Teladoc (TDOC, Neutral) and Amwell (AMWL, Neutral) with offerings in telehealth and Oak Street (CVS, Not Rated) with in-person care options. Although the solutions that each of these competitors currently offers are fragmented, which differentiates DCGO, they may choose to create more comprehensive suites of solutions and introduce new offerings that can compete in each area against DCGO. DCGO also faces pressure from technology companies that are increasingly getting involved in the healthcare space, including Amazon's (AMZN, Not Rated) acquisition of OneMedical and Uber's (UBER, Buy, $60 PT; Analyst: Jake Fuller) initiatives through Uber Health. Large tech companies have extensive resources and experience in developing complex technologies. If DCGO's services and solutions become less differentiated or if competitors develop technology that is similar, DCGO could face a significant decline in its competitive edge. DCGO relies on a strong retention rate as it pursues additional wins and introduces new offerings, so a crowded market with more options presented to customers could cause DCGO to lose share. A recession and macroeconomic instability may also trigger hospitals to tighten budgets and rein in spending on health-tech. This may lead health plans to prioritize other areas. DCGO relies on continued trends of patients seeking out alternate care channels, whether in the home or virtually, so a full return to in-person visits could negatively affect DCGO. DCGO is also working through concerns that have recently emerged related to its migrant services contract with the City of New York. Headline risk does remain though, and will likely continue.



**DocGo, Inc. Rating History as of 09/15/2023**

### American Well Corp. (AMWL, Neutral)

**Valuation:** We rate shares of AMWL Neutral. The stock is currently trading at (0.3x) EV / 2025E sales, which is below the health-tech payer group average of 1.2x. Our view is that many other stocks in the sector, such as Sharecare (SHCR, Buy, $5 PT), will deliver higher organic revenue growth, with higher margins. BTIG does not provide price targets on Neutral-rated stocks.

**Risks:** Amwell is a health-tech company that faces all of the standard risks for the industry. These include volatility in demand in telehealth due to the pandemic, a history of operating losses, the rapid rate of technology advancements, a highly competitive telehealth market, significant customer concentration, a complicated and evolving healthcare regulatory environment, protection of intellectual property, the risk of litigation, governance and control and internal controls and reporting.



### American Well Corp. Rating History as of 09/15/2023



B:Buy N:Neutral S:Sell NR:Not rated UR:Under review I:Initiation of Coverage D:Dropped Coverage

### Sharecare, Inc. (SHCR, Buy, $5 PT)

**Valuation:** SHCR trades at EV / 0.5x 2025E sales. Our PT of $5 is based on EV / 3.0x 2025E sales. Our view is that as EBITDA improves, and as costs are taken out of the business, investor sentiment will also improve. We also expect to see continued momentum in the Enterprise and Provider divisions in terms of revenue growth.

**Risks: Sharecare operates in a rapidly evolving industry with fast-paced technological change.** As a digital health company, Sharecare faces competition for both health-based solutions and technological products. Because its new products and services rely on new technology, the market sees increased pressure on rapid technological evolution for companies to remain competitive. This fast timeline creates a small window of opportunity for Sharecare to gain a dominant share of the market and therefore they must move quickly in order to attract new clients.**As a younger and growing company, Sharecare faces competition from more established players.** Many of the competitors in the space are more mature public companies in comparison to Sharecare's recent IPO. Because these companies are more established, they may have a "leg-up" in operating in an ever-changing technological landscape, and therefore may be better suited to gain market share.**Sharecare derives most of its revenue from a small number of clients.** The loss of a major client or re-negotiation of a longstanding contract can impact revenue streams. Additionally, a deterioration in the financial condition of any major client increases Sharecare's credit risk and may negatively impact net income.**Sharecare's sales cycles are long and varied.** For Sharecare, sales cycles vary widely from 6 months to over a year, potentially creating difficulties in accurately predicting revenues. This is because clients diligently evaluate Sharecare's solutions which is often a lengthy process. Additionally, Sharecare expends many resources during these sales cycles, increasing the opportunity cost of losing out on a sale that is many months in the making. In the future, sales cycles could lengthen as Sharecare grows and implements a new salesforce, increasing the unpredictability of its revenue streams.**Sharecare relies in part on existing clients renewing contracts.** Sharecare has created a growth strategy that targets the renewal of contracts from existing clients as well as creating new offerings for these customers, in addition to attracting new clients. It also finds a significant opportunity in cross-selling provider solutions to enterprise clients, further emphasizing the opportunity existing clients provide. Current contracts often range for 3-5 years for enterprise clients, though Sharecare supports several 10-year contracts. For employer contracts, Sharecare has created a range of 2–4-year terms. Should clients neglect to renew contracts, predictable revenue streams may decline or grow volatile.**Enterprise client's success translates into success for Sharecare.** Sharecare charges enterprise client's fees based on the number of individuals enrolled in certain solutions. Therefore, if these clients see diminished growth or loss of members or employees, Sharecare's revenue could decrease. This may happen due to a variety of reasons such as a decrease in employer-sponsored healthcare or more cost-effective solutions by competitors.**Sharecare's content creation on its platform subjects the company to liabilities.** Disseminating healthcare information forces Sharecare to face the fragmentation in the healthcare industry which creates opportunities for incomplete or inconsistent data. Sharing this data via third parties may subject the company to the liabilities associated with wrongful delivery of healthcare services or incorrect healthcare information. This can result in reputational damage for Sharecare, harming the financial condition of the company.**COVID-19 has substantially disrupted the healthcare industry.** Many of Sharecare's clients saw interference of their normal business operations due to the pandemic, forcing resources to be redirected toward the care of COVID patients, creating resource and capital shortages. Clients were forced to suspend non-essential healthcare operations, impacting their businesses and financial outflow to Sharecare. Additionally, the re-direction of resources to addressing COVID resulted in reduced demand for some of Sharecare's solutions, impacting revenue streams.**Sharecare relies on internet infrastructure, bandwidth providers and third parties to implement software

**BTIG**

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**solutions for clients.** Relying on these third parties exposes Sharecare to the risks of disruptions to their solutions should these third parties fail to deliver. Sharecare's platform requires accessibility to third-party services and products that continuously evolve, and this may create difficulties and challenges for the Sharecare platform to adapt quickly. Sharecare also signs licensing agreements for these services and a lack of availability of these agreements can impact the services the company can provide.**Security breaches expose Sharecare to the liabilities of data leakages.** Sharecare deals with protected health information (PHI) and personally identifiable information (PII) that the company uses to create their solutions for customers. Though Sharecare takes numerous measures to protect against data breaches, these safeguards may not be enough. Should this information become compromised, Sharecare's reputation could be harmed as well as subjecting the company to potential theft of information, liability under certain laws, and lost revenue.**Failure to comply with HIPAA and other regulations can jeopardize the company's operations.** Sharecare must follow regulations enforced by the FDA, the FTC and the U.S. Department of Health and Human Services (HHS) among others. These regulating bodies enforce HIPAA which protects PHI and PII data that must be used by healthcare providers. Sharecare works with numerous third parties on its platform that may require use of PHI or PII and though safeguards are in place, it is possible that HIPAA violations may take place which could result in fines. Additionally, the many restrictions regarding data create limitations for Sharecare's business and new solutions, which could slow innovative processes.**Sharecare is currently an "emerging growth company," though as it grows, it could lose this designation.** Due to the JOBS act, Sharecare is afforded certain exemptions from public companies' regulations, which can be advantageous. As Sharecare grows, it may lose this designation of an "emerging growth company," subjecting it to additional regulations by the SEC, which could inhibit the company's ability to certify internal controls, negatively affecting the value of SHCR stock.**As a newly public company, Sharecare must adjust to new regulations.** Previously Sharecare was not held to the requirements of the Exchange Act, the regulations of the Nasdaq, and many other regulations. Becoming a public company forces Sharecare to adapt to these new regulations, which will likely increase compliance costs such as accounting and legal fees. This could increase the number of resources and time devoted to compliance rather than other business activities, potentially hampering operations. Additionally, Sharecare's business operations and financial conditions is more visible to competitors and third parties which could result in litigation.



BTIG LLC served as Capital Markets Advisor to Sharecare, Inc. in its Merger with Falcon Capital Acquisition Corp.

## Teladoc Health, Inc. (TDOC, Neutral)

**Valuation:** TDOC is trading at EV / 9.1x our 2025E EBITDA, which compares to the sub-sector average of 14.1x. BTIG does not provide price targets for Neutral-rated stocks.

**Risks:** Teladoc faces a wide array of risks that are typical of healthcare technology firms. These include changes in laws that could threaten the business model and restrict services, changes in government and healthcare regulations, changes in reimbursement, the firm's reliance on a slew of third-party vendors and physicians, changes in exchange rates and international laws and rules, rapid changes in the technology industry, debt and business integration risk, a highly competitive industry, a long sales cycle, and software development, coding and R&D efforts.





### Teladoc Health, Inc. Rating History as of 09/15/2023

Closing Price — Price Target

B:Buy N:Neutral S:Sell NR:Not rated UR:Under review I:Initiation of Coverage D:Dropped Coverage

## Uber Technologies, Inc. (UBER, Buy, $70 PT)

**Valuation:** Our $70 PT is based on the following: 1) 2023-2026 bookings CAGR of 14%; 2) 26% 2026 take-rate; 3) 19% 2026 EBITDA margin (5% on margin on bookings); 3) 18x 2026 EBITDA multiple and we discount back.

**Risks:** Risks to our estimates and price target include: 1) UBER faces a number of legal-regulatory challenges, including the employment status of drivers, which could have a significant impact on future earnings; 2) Investment to expand delivery operations into new categories could limit profitability over the next several years; 3) Competition in both the rideshare and delivery categories is intense, and that could present challenges to reaching long-term margin objectives.



### Uber Technologies, Inc. Rating History as of 09/15/2023

Closing Price — Price Target

B:Buy N:Neutral S:Sell NR:Not rated UR:Under review I:Initiation of Coverage D:Dropped Coverage



## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: DocGo, Inc. (DCGO)

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: American Well Corp. (AMWL)

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Sharecare, Inc. (SHCR)

BTIG LLC had an investment banking services client relationship during the past 12 months with: Sharecare, Inc. (SHCR)

BTIG LLC has received compensation for investment banking services in the past 12 months from: Sharecare, Inc. (SHCR)

BTIG LLC served as Capital Markets Advisor to Sharecare, Inc. in its Merger with Falcon Capital Acquisition Corp.

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Teladoc Health, Inc. (TDOC)

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Uber Technologies, Inc. (UBER)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.