UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated, | x<br>:<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :   No. 1:23-cv-09476-KPF<br>: |
| DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, and ANDRE OBERHOLZER, | :<br>:<br>: |
| Defendants. | :<br>x |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**<u>DECLARATION OF JASON J. MENDRO IN SUPPORT OF DEFENDANTS DOCGO INC., VASHOVSKY, AND OBERHOLZER'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS</u>**


# EXHIBIT 3



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

# DocGo, Inc.
# (DCGO, Buy, $15 PT)

August 18, 2023

Delivering Effective Care on the Street, in the Home, or Wherever there is a Need; Initiate with a Buy and $15 PT

David Larsen, CFA
(212) 738-6161  dlarsen@btig.com

**WHAT YOU SHOULD KNOW:** We are initiating coverage of DocGo (DCGO) with a Buy rating and a PT of $15. The company has 2 divisions including 1) Transportation, which consists of ambulance and transport services; and 2) Mobile Health, which leverages the use of lower-cost EMTs, paramedics, licensed practical nurses (LPNs), and other clinical staff, to deliver care where it is needed. With the pandemic, municipalities such as the city of New York, and NYC Health + Hospitals used DCGO to provide COVID testing and vaccinations for the homeless population; DCGO is using mobile clinics to provide care to rural communities in Dollar General (DG, Not Rated) locations in several areas in Tennessee; DCGO recently won a ~$430M contract with the City of NY to assist with migrant relocation services; and DCGO is in the process of bidding on a multi-billion dollar contract related to migrant services on the border. The company has a deep, and very robust, technology platform that shows which care-units are available for services, where they are located, and the skills available within certain teams. We like how DCGO continues to win larger contracts, and the ability for DCGO to be "mobile" with "transport" means that it can work across the entire healthcare and human-services eco-system to deliver value. The COVID pandemic has transformed the market into one where providers need to be able to go to the patient, and deliver care in the most effective manner, at a reasonable price.

- **Mobility and Transportation Services deliver care where, when, and how it is needed.** The most interesting thing about the Mobility division is DCGO's ability to transform into whatever the client needs. The mobility unit serves hospitals and health systems, in conjunction with transport, by visiting patients and members in the home. Likewise, mobility can provide care to the homeless on the street, which prevents overcrowding of ERs in large cities, and mobility can also connect with members in the community to close gaps in care for health plans. This flexibility in the care model, and success with working with the city of New York, has enabled DCGO to win a large ~$430M contract relocating migrants from NYC to the Albany region, and it is possible that more wins for the border and other cities may be announced. We also like how DCGO recently won contracts with several health plans to close gaps in care for ~$250 per gap. If we assume ~70,000+ lives and multiple closures per individual, along with Remote Patient Monitoring (RPM) services, we estimate these deals could be worth ~$20M+ annually. The competence, energy, disciplined pricing, and technology are enabling DCGO to continue to grow, win share, and bid on larger deals. Please see page 32, which includes takeaways from a KOL call on DCGO.

- **The business model works.** We like how DCGO operates on an extensive, and very robust, database that shows which clinicians are where, and what they are doing. We model ~$686M in 2024E revenue, with a 12% adjusted EBITDA margin. If we exclude the impact from COVID testing, revenue growth in 2Q:23 was +53% y/y, and we expect steady margin expansion, coming mainly from a decline in contract labor costs, improving inflation trends, better gas prices, improved rates where teams are priced on a per-day basis, and as projects launch we expect profitability to continue to rise as DCGO gets past start-up costs. DCGO is also well-capitalized with over $100M of cash on the balance sheet, and is focused on profitability.

- **Valuation:** DCGO currently trades at EV / 1.2x 2024E sales. Our PT of $15 is based on the stock trading at EV / 2.0x 2024E sales.

PLEASE READ: IMPORTANT DISCLOSURES AND ANALYST'S CERTIFICATION APPEAR IN APPENDIX     WWW.BTIG.COM

## Company Data

| | |
|---|---|
| Closing Price | $9.38 |
| Price Target | $15.00 |
| Market Cap (M) | $973.55 |
| Enterprise Value (M) | $826.00 |
| Shares Out (M) | 103.79 |
| Avg Daily Vol-3 Months (M) | 0.71 |
| Dividend / Yield | $0.00 / 0.0% |

## Revisions

| | Previous | Current |
|---|---|---|
| Rating | - | Buy |
| Price Target | - | $15.00 |
| FY23E REV | - | 545.18 |
| FY24E REV | - | 685.87 |
| FY23E EBITDA | - | 52.02 |
| FY24E EBITDA | - | 81.79 |

## Revenue (M)

| FY Dec | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 | 117.89 | 113.00**A** | 154.38 |
| Q2 | 109.52 | 125.49**A** | 162.73 |
| Q3 | 104.32 | 147.00 | 178.25 |
| Q4 | 108.79 | 159.69 | 190.51 |
| **FY REV** | **440.52** | **545.18** | **685.87** |
| FY EV/S | 1.9x | 1.5x | 1.2x |
| FY P/S | 2.2x | 1.8x | 1.4x |

## EBITDA (Adjusted)

| FY Dec | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 | 13.60 | 5.60**A** | 19.48 |
| Q2 | 12.30 | 9.10**A** | 19.31 |
| Q3 | 8.40 | 16.90 | 21.12 |
| Q4 | 6.80 | 20.42 | 21.88 |
| **FY EBITDA** | **41.30** | **52.02** | **81.79** |
| FY EV/ EBITDA | 20.0x | 15.9x | 10.1x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year



## Investment Thesis

We rate shares of DocGo (DCGO) Buy. DCGO is an industry market leader due mainly to its breadth and depth of services and solutions in the mobile health and medical transportation space with mobile care, telehealth, and on-demand medical mobility capabilities. We like DCGO's competitive standing in the industry for both its mobile health and transportation solutions. DCGO's range of mobile health solutions is highlighted by the company's ability to accommodate a range of needs for a wide client base. DCGO impacts nearly every stakeholder in the healthcare universe. Its customers include hospitals and health systems, health plans, and governments and municipalities, which have aligned objectives and realize cost-savings with DCGO, but the company's reach extends beyond them to healthcare professionals who benefit from increased productivity and patients themselves who see improved care and outcomes. There is a growing shift away from fee-for-service pricing and care models and towards value-based ones that DCGO is built to support. Mobile health and medical transportation fit into the VBC puzzle, and DCGO has positioned itself as a leader to capture opportunities in the growing spaces. We estimate that the TAM for mobile health is ~$265B and that the TAM for transportation services is $7B-$13B. Both markets are still growing after new trends that developed out of the pandemic. DCGO continues to expand into high-value areas like remote patient monitoring that integrate with its existing offerings and bolster its cross-selling opportunities. We like the low market penetration rate for both of DCGO's services, and we also like DCGO's ~53% y/y revenue growth in its core business, steady margins, and strong pipeline of partnerships and backlog growth. We like DCGO's business model that prioritizes profitability alongside top-line growth and its management team with significant experience in the health tech space led by CEO Anthony Capone. We rate shares of DocGo Buy.

## Upcoming Catalysts

- Shift to value-based care benefits DCGO and aligns stakeholder objectives
- Changes to Medicare and Medicaid push payers to find cost-saving solutions
- New partnerships with health plans and systems materially increasing patient base
- Rolling out remote patient monitoring with more offerings expected
- Potential acquisition by a health plan or tech company interested in healthcare

## Base Case Assumptions: **$15 Price Target**

- Continued revenue growth in the core business of ~40%+ y/y
- Consistent wins with large customers and growing its robust pipeline and backlog
- Continued evidence of DCGO and its clinician network's savings and outcomes
- Targeting relationships with health plans while maintaining a diversified client base
- Minimal impact from a recession in 2023E or 2024E, solid labor market
- Steadily adding clinicians to its network to address different care needs and areas
- Maintaining relationships with current customers and cross-selling other offerings
- Offerings from competitors remain fragmented and lack a comparable breadth

## Upside Scenario: **$30/sh**

- Rapid revenue growth through large wins and increased market penetration
- Opening new geographic markets by entering new states and countries
- A faster than anticipated roll out of partnerships and new programs
- A strong rebound in hospital volumes with more spending on DCGO's services
- Increased shift to alternative care delivery methods over brick-and-mortar
- Large and long-term migrant resettlement contracts in cities and at the U.S. border

## Downside Scenario: **$5/sh**

- A recession may add pressure to hospital budgets and spending on tech solutions
- DCGO's cost-savings and care outcomes may become less differentiated
- Competition may develop their own technology that is similar to DCGO's
- Remote patient monitoring and other pilot programs may fail to gain traction
- Increased preference for in-person care over home health and telehealth options
- Large customers may choose not to renew contracts if DCGO decides to raise rates

## Price Performance



Source: FactSet

## Company Description

Founded in 2015, DocGo (DCGO) provides mobile health solutions and medical transportation services for hospitals and health systems, health plans, and governments and municipalities. The company's mobile health segment, which makes up ~64% of total revenues, offers touchpoints for patients throughout their entire care journey. DCGO's network of 5,000+ clinicians and extensive technology enables it to connect mobile and virtual care and provide a comprehensive suite of solutions that includes medicine administration, preventative care and patient monitoring, among others. The transportation services segment makes up the remaining ~36% of revenue and provides emergency response and non-emergency transport.



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

## Key Investment Considerations

**DocGo is a high-growth industry leader that provides technology-driven, proactive healthcare.** DocGo, Inc. (DCGO) is an innovative market leader that is helping to drive the transformation of the healthcare industry in the United States by shifting care away from episodic brick-and-mortar care towards proactive value-based mobile and virtual care. DCGO provides clinical services and solutions to healthcare systems, health plans, and governments and municipalities that drive better health outcomes, improve access to care, and reduce overall costs. DCGO's underlying advanced proprietary technology is the core of the company and drives DCGO's value. Its platform is also the key differentiator that gives it an edge over competitors. DCGO's segments can be broken out into two areas, which are its (1) mobile health solutions; and (2) transportation services.

**DCGO has solid revenue streams with good cross-selling abilities.** DCGO's two business segments make up the entirety of its revenue. The two revenue streams both operate in large TAMs that are seeing strong and growing demand. They are closely connected and can be cross-sold as they are often both applicable to the same patients and situations. The same target client base, health systems and health plans, also need both mobile health and transportation services. For example, hospitals that offer in-home visits to their patients may choose to accommodate transportation needs for patients during emergency situations or for follow-up in-person visits. DCGO's mobile health and transportation services segments can both leverage the same technology and platforms.

**DCGO's extensive technology is highly complex and difficult to replicate.** DCGO has framed itself as a tech company that is at the cross-section between healthcare and technology. Its platform was built from the ground up in-house, and an extensive amount of time, resources, and money were dedicated to the process to ensure that it is a comprehensive solution that is user-friendly. These investments have resulted in a robust platform that runs on complex proprietary technology. The technology is difficult to replicate and is closely integrated with EHRs, connected vehicles, and connected medical devices. DCGO processes millions of historical and user data points on a regular basis and requires minimal human intervention. The platform is entirely cloud-based and routinely has automated deployments to ensure that it is updated and running smoothly.

**DCGO's services are deeply involved throughout the patient care journey.** DCGO has offerings that address every step of the proactive care continuum, starting from medical transport through post-discharge mobile health visits, remote patient monitoring, urgent care mobile health visits, and finally to preventative care mobile health visits. DCGO takes a clinical approach to patient health that follows a 12-month cycle of wellness. Unlike a traditional hospital whose relationship with its patients often ends as soon as they leave, discharge is only one step in the extensive relationship that DCGO has with its patients. DCGO's medical team engages with patients and provides consistent oversight that is cost-effective compared to expensive and fragmented in-person check-ins.

**Several different stakeholders derive value from DCGO's services and solutions**. DCGO impacts nearly every party in the healthcare universe and is at the center of where their objectives meet. It provides value to healthcare professionals by relieving administrative burdens and freeing up their time to focus on high-priority and more meaningful tasks. Productive providers benefit hospitals and health systems who want to treat the highest acuity patients and ensure that resources and beds are being spent in the most efficient ways possible. Patients receive comprehensive care in the comfort of their homes through in-home or virtual visits. Underserved populations may struggle to access healthcare and can receive care more easily with DCGO. DCGO's preventative care approach prevents issues before they arise and addresses them before they escalate, which leads to healthier patients overall. Healthier members benefit health plans through cost-savings and lower claims costs. Aligned incentives are important for DCGO because they strengthen its value proposition and give it more areas that DCGO can sell into.

**DCGO is targeting health plans.** Federal and local government organizations are currently DCGO's largest customer segment, making up 64-65% of its total revenue. Hospitals and health systems are also important to the company and were the initial customer base that DCGO focused on. However, DCGO is increasingly prioritizing its payer and corporate vertical which remains small now, making up less than 10% of revenue, but is DCGO's fastest-growing customer base. We like DCGO's shift towards health plans because they are generally well-insulated from volatility, and have large existing membership bases to tap into. We like the recurring revenue nature of plans.

**The competitive landscape remains sparsely populated.** Our view is that virtually no one in the health tech field offers the breadth and depth of solutions that DCGO does. There are some companies that specialize in one or a

few areas of DCGO's focus, but not the entire spectrum. DCGO works with patients to address their health and wellness needs, including chronic care management, mobile urgent care, behavioral health, care gap closure and assessments, and remote monitoring. Having more touchpoints during care journeys increases DCGO's stickiness and establishes it as a top choice alongside patients' existing primary care providers or even as their designated care option.

**DCGO prioritizes margins with an eye to increasing the business's profitability.** We like that DCGO targets profitable projects and is not focused on growth at any cost. DCGO takes the initiative to address any unprofitable projects that are a drag on the business. For example, DCGO exited transportation in California because there were several external environmental headwinds, including regulations, labor, reimbursement, and legal. While reimbursement in the state was fairly similar, labor costs as a combination of worker's compensation, payroll, and tax were substantially higher than in other states, which meant that the initiative did not make sense from a margin standpoint. DCGO has reiterated that by the end of the year all of its markets will be making money. Despite the focus on profitability, DCGO is not afraid to invest in high-quality areas that can drive margins longer-term. It has higher startup costs with new projects but recognizes the need to invest in areas that will grow the business as well as the importance of maintaining and expanding its robust network of clinicians and staff.

**DCGO is mindful of potential leverage when it enters partnerships and pursues growth.** DCGO's growth strategy is to pursue partnerships with other companies so that it can leverage synergies in the relationships and reduce customer acquisition costs. DCGO actively seeks out partners in areas that it is interested in. For its remote patient monitoring (RPM) offering, DCGO's provider and payer partners already have patients that need RPM, patient care management (PCM), chronic care management (CCM), or mobile urgent care services but currently do not have access to them. Partners already have close relationships with their patients, and DCGO steps in to offer its increased value-added services to them and close care gaps. We like DCGO's approach and view it as a way for the company to grow quickly while incurring lower financial costs and operational risks.

**DCGO has been agile in its ability to address changing customer needs and market dynamics.** DCGO capitalized on the spike in demand for mobile healthcare services during the pandemic. It was able to provide large-scale testing and vaccination capabilities flexibly in areas such as homes, offices, and outdoor settings in a fashion that traditional brick-and-mortar locations could not accommodate. Doing so enabled more patients to receive care that they otherwise may not have been able to, whether for reasons relating to inaccessibility to a physical location or hesitancy about going to a physician's office. DCGO's quick response to take advantage of the pandemic dynamics is a testament to its agile model and the applicability of its services in many types of situations.

**Mobile health is introducing new services and repositioning post-COVID.** DCGO is broadening its mobile health offerings. Revenue in DCGO's mobile health segment previously relied heavily on its mass COVID testing services but has since successfully transitioned to offering a more sustainable and diversified mix of clinical services with a better opportunity to add more. DCGO is piloting new programs, and revenue in the segment excluding COVID testing, is delivering solid growth. Mobile health is expected to make up 70%+ of total revenue in 2023E.

**DCGO has a strong international presence.** DCGO has built out its presence in the U.K. considerably over the last couple of quarters and in F2Q:23, generated ~10% of total revenue from that market. Its success in the U.K. is growing, as the country only made up ~3% of DCGO's total revenue in F2Q:22 and increased 302% y/y in the most recent quarter. In October 2022, DCGO acquired Community Ambulance Service (CAS), a company located in the U.K., for ~$5.5M in cash. CAS provides emergency and non-emergency transport services, including high dependency, urgent care, mental health, and blue light transport services and diagnostics testing. It has a sizeable fleet of 300+ ambulances in service in the U.K. It is often challenging for companies to break into international markets, so the acquisition was a quick way for DCGO to establish a foundation that it can build off. DCGO is in the process of registering the "DocGo" world mark and design in the E.U., which we view as an indication that the company can further expand its international presence.

**DCGO's leadership team and personnel, with strong backgrounds in healthcare and technology, drive its mission.** DCGO has a network of 5k+ medical clinicians who are thoroughly and routinely trained. The management team brings experience from healthcare companies that range from large corporations to small startups as well as technology companies that specialize in innovative technologies like artificial intelligence and machine learning.



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

The team is led by CEO Anthony Capone and CFO Norm Rosenberg, who have extensive experience leading companies at the intersection of healthcare and tech.

## Upcoming Catalysts

**Home healthcare is expanding and becoming more widely applicable.** To date, home healthcare has primarily taken place following a hospitalization, such as post-surgery, and is provided by nurses or physical, occupational, and speech therapists. Homecare can be generally intermittent, not lasting longer than ~2 months, and frequently homecare is provided for the elderly or disabled. DCGO is opening up home healthcare to a wider range of situations like primary care and DCG is supporting all populations.

**Remote patient monitoring is expected to be a fast-growing segment.** Currently, DCGO's RPM offering is a pilot program in its early stages. The company has highlighted repeatedly that it expects RPM to be a fast-growth business segment. DCGO projects that it will be providing RPM and CCM services to 50k+ patients by the end of 2023, and the services are expected to be ~12% of total revenue in 2025E. We believe the space is a natural one for DCGO to expand into because it is an efficient way to leverage its existing technology and mobile health and virtual care capabilities to provide care for various patient needs, whether it be for chronic conditions or post-discharge care. DCGO is also targeting high-value patients that would be good candidates for RPM and/or CCM. For example, in cardiology, we estimate that 30-50% of patients may meet the medical necessity requirements for an RPM solution. Of those, about half may meet the need for management services. The proportion increases with more complex conditions, so many patients receiving nephrology care could benefit from both RPM and CCM. Patients undergoing dialysis typically do not only have kidney disease but also may have diabetes and hypertension too. DCGO aims to add capabilities in endocrinology and pulmonology to its RPM offering. The opportunity in monitoring and management services is robust and closely correlated with DCGO's other offerings.

**Recent wins are driving the business.** In April 2023, DCGO announced a partnership with Fresenius Medical Corporation (Private), the largest kidney dialysis company in the U.S. that manages a vast pool of 300k patients. DCGO is assisting Fresenius to offer RPM, CCM, and mobile urgent care services. The partnership is valuable because DCGO can work closely with Fresenius and its affiliate nephrology practices to identify and enroll patient cohorts that would benefit from DCGO's RPM/CCM program. The initial enrollment started in May with several markets expected to roll out more aggressively in 3Q:23. Revenues associated with RPM and CCM are expected to be a material revenue contributor for DCGO in 2024E, with an early impact recognized in 2023E. DCGO estimates a revenue potential PMPM of ~$250, of which ~$100 is from RPM and the remaining ~$150 from CCM. The initiative is also expected to generate 50%+ gross margins when fully implemented. DCGO has a $325M backlog.

**The NYC migrant contract is valued at nearly an entire year's worth of revenue and opens up a large new TAM.** DCGO's one-year contract with the City of New York to provide services for and help to resettle migrants started in May 2023 and is worth $432M. Although ~$120M is expected to pass through, a ~$310M revenue contribution is still a significant sum compared to the ~$440M in revenue that DCGO reported in 2022. Entering into the market for migrant social work and services opens up various new opportunities for DCGO, as it is actively in discussions with other cities to provide similar services and potentially at the U.S. southern border as well. While there has been some unfavorable media coverage of this contract, the KOL we spoke with highlighted that it is very normal to have some friction between lower-income and homeless populations and caregivers.

**Mobile clinics are an expansion opportunity.** DCGO recently entered into a partnership with Dollar General to set up a mobile clinic in front of stores at three locations on select dates. The clinics offer preventive care, urgent care, and chronic condition management. They can perform many of the same services that traditional clinics can, such as physicals and routine checkups, vaccinations, and lab testing. From a logistical perspective, mobile clinics are a win-win because regular Dollar General customers can conveniently receive care and DCGO health providers can efficiently see more patients without having to travel between each one. The partnership with Dollar General is currently a limited pilot program, but Dollar General has 19k locations in the U.S., and DCGO estimates that 70% of them are attractive prospects for further expansions. Mobile clinics were popularized during the pandemic, and we believe that they are a good opportunity for DCGO to grow into.

**Increases in trip volumes and trip prices are driving transportation services.** DCGO's transportation services segment saw a +105% y/y revenue increase in 2Q:23 due to strong growth in both volumes and prices. The

increase in the number of trips in the quarter was from a combination of growth in the customer base in certain core markets, further penetration into existing clients, and recent acquisitions. The average price per trip increased to reflect a shift in mix toward higher-priced transportation options among existing customers.  DCGO also benefited from an increase in Medicare reimbursement for ambulance transportation.

**Changes to its pricing models make DCGO more value- vs. volume-oriented.** In some cases, DCGO is transitioning its services and solutions from a volume-based pricing model to a value-based one. For example, its transportation services customers are now being billed on a leased hour rate that includes a vehicle and crew suitable to each service need. The new models protect DCGO from downside volume risk and help maintain higher margins from the start.  We estimate that DCGO started the year with ~60% of its business based on a leased hour model and ~40% fee-for-service. DCGO is currently at ~75% leased hour and ~25% FFS, and it expects to reach a complete adoption of the leased model by year-end.

**Government and private health plan coverage of medical transportation is expanding.** In October 2022, the Centers for Medicare & Medicaid Services (CMS) announced an impressively high 8.7% increase for its 2023 ambulance inflation factor, which provides the basis for payment limits for ambulance services. However, coverage of non-emergency medical transportation that is not deemed to be a medical necessity is still fragmented. We estimate that only one-third of MA plans offer a transportation benefit, yet transportation is one of the top-reported barriers to accessing health services for older adults. As CMS and health plans attempt to expand access to healthcare, we expect higher demand for non-emergency medical transportation to drive DCGO's services.

**DCGO has the opportunity to expand geographically.** DCGO has a presence in ~30 states but currently provides both its mobile health and transportation services in only ~12 states. It expects to grow all its markets in 2023E in addition to expanding into new states which it can do through different channels, including with members that already have health plans and new relationships with governments and municipalities.

**The growth in value-based payment arrangements is expected to continue.** A survey conducted by the Health Care Payment Learning & Action Network found that 83% of health payer respondents believe alternative payment model (APM) activity will increase. Within APM, 34% think that FFS shared-risk, procedure-based bundled and episode payments will increase the most, and 24% think that traditional and utilization-based shared-savings will increase the most. In 2022, 48% of eligible Medicare beneficiaries were enrolled in MA plans, and MA enrollment is expected to increase to 61% of eligible beneficiaries by 2031. Government plans are currently only small revenue contributors for DCGO, with Medicare representing just 7.6% of revenue and Medicaid representing 1.8% in 2022.

**Health plans are coming under pressure and need productive solutions to keep claims costs low.** Substantially lower 2024 MA rates and RADV audits, along with Medicaid redetermination, have created significant headwinds for health plans and left them looking for ways to minimize costs. Increasing hospital volumes after the pandemic as people feel more comfortable going to in-person visits and resuming expensive non-essential procedures could put more pressure on health plans.  It is becoming increasingly important for plans to manage costs and ensure that members remain healthy and out of hospitals, which is where DCGO provides value. DCGO currently has 19 open deals with health plans and at-risk provider groups in its sales pipeline. It anticipates that they will open up 250k patients that it can provide medical care to over the next 6-12 months. We like DCGO's increased focus on the value-based space and we view it as positioning itself well to potentially take on risk in the future.

**DCGO is actively rolling out its cost-savings initiatives.**  DCGO has expanded its business through strategic mergers and acquisitions that have provided new markets and patients to tap into and deliver its clinical services and solutions to. DCGO's recent acquisition in 1Q:23 of Cardiac Remote Monitoring Solutions (CRMS) helps it address the cardiac segment, which is one of the fastest-growing subspecialties in RPM. The acquisition gives DCGO access to ~400k patients that it can offer RPM and CCM services to.  DCGO is taking several steps to accelerate its rapid normalization initiative. Although still early on in the process, DCGO has already seen material improvements. Minimizing the impact of staffing agency labor constitutes a significant portion of the effort. DCGO's agency labor utilization rate dropped from 52% to 41% after changing relationships with staffing agencies. DCGO is using competitive pricing and aims to decrease the number of agencies to five from 20. It expects to continue to see improvements to labor costs. DCGO also had a 40% decline in the number of rental vehicles utilized after replacing them with owned or leased units, which are about half the cost. Lastly, extremely high mobile health overtime



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

rates that the company saw in 4Q:22 and early in 1Q:23 are subsiding and are currently at ~7%, near its long-term expectation of 5% after peaking at 17%. We like that DCGO is being proactive at minimizing inefficiencies.

## Company Overview

Founded in 2015, DocGo (DCGO) provides mobile health solutions and medical transportation services that serve hospitals and health systems as well as health plans. The company's mobile health solutions, which make up ~64% of total revenue, are driven by its in-home care visits that integrate with its telehealth capabilities. DCGO supports an array of areas within mobile health, including bedside procedures, medicine administration, preventative care and patient monitoring. It connects deployable mobile care with virtual telehealth to provide patients with the entire care continuum they need. Transportation services, which make up the remaining ~36% of total revenue, provide emergency response and non-emergency transportation services. DCGO provides its clinical services and solutions to a diverse client base that includes hospitals and health systems, health plans, and governments and municipalities. The technology that both of DCGO's business segments are built around is proprietary and highly complex. Many clients do not have the resources or time to create similar capabilities in-house. DCGO derives revenue from contracts with partners that allow it to tap into their existing patient base. It also charges a fixed rate by mobile urgent care unit for its mobile health segment and by leased hour for its medical transportation segment. DCGO is a market leader in its breadth of clinical services and solutions and differentiates itself from competitors in both the healthcare and technology sectors that may, in many cases, only have a limited number of point solutions to address a few care areas.

## Investment Thesis

We rate shares of DocGo (DCGO) Buy. DCGO is an industry market leader due mainly to its breadth and depth of services and solutions in the mobile health and medical transportation space with mobile care, telehealth, and on-demand medical mobility capabilities. We like DCGO's competitive standing in the industry for both its mobile health and transportation solutions. DCGO's range of mobile health solutions is highlighted by the company's ability to accommodate a range of needs for a wide client base. DCGO impacts nearly every stakeholder in the healthcare market. Its customers include hospitals and health systems, health plans, and governments and municipalities, which have aligned objectives and realize cost-savings with DCGO, but the company's reach extends beyond them to healthcare professionals who benefit from increased productivity and patients themselves who see improved care and outcomes. There is a growing shift away from fee-for-service pricing and care models and towards value-based ones that DCGO is built to support. Mobile health and medical transportation fit into the VBC puzzle, and DCGO has positioned itself as a leader to capture opportunities in the growing space. We estimate that the TAM for mobile health is ~$265B and that the TAM for transportation services is $7B-$13B. Both markets are still growing after new trends that developed out of the pandemic. DCGO continues to expand into high-value areas like remote patient monitoring that integrate with its existing offerings and bolster its cross-selling opportunities. We like the low market penetration rate for both of DCGO's services, and DCGO generates ~$440M+ in revenue annually. We also like DCGO's ~53% y/y revenue growth in its core business, steady margins, and strong pipeline of partnerships and backlog growth. We like DCGO's business model that prioritizes profitability alongside top-line growth and its management team with significant experience in the health tech space led by CEO Anthony Capone. We rate shares of DocGo Buy.

## DCGO Aims to Disrupt the Broken U.S. Healthcare System

In 2021, the U.S. spent $4.3T on healthcare, which was nearly 17% of the country's GDP and on a per capita basis was more than double the global average. However, despite being the country that spends the most on healthcare, it has not translated into healthier people. The U.S. ranks among the lowest health metrics of OECD countries. It lags behind in several key health metrics and outcomes, such as life expectancy and quality of primary care, and has a high frequency of unmanaged conditions like asthma and diabetes. The amount of healthcare spending in the U.S. wasted annually on issues that DCGO aims to address totals $612.4B.

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**Exhibit 1: DCGO Targeting Healthcare Spending Waste Areas**



*Source: Company Documents*

DCGO's goal is to address the entire care ecosystem that is currently episodic and balances the shift to proactive, value-driven care. Episodic care entails managing for a particular "episode" of care that has a foreseeable "endpoint." It also includes urgent care, which is reactionary after patients reach a point where they already need treatment for acute and chronic illnesses and injuries. DCGO aims to address episodic and urgent care needs and also prioritizes proactive care. Proactive care includes chronic care which addresses pre-existing or long-term illness and preventative care which requires routine screening, check-ups, and patient counseling to prevent illnesses, disease, or other health problems to avoid having issues escalate and potentially require urgent care. DCGO is facilitating the shift from traditional care that is delivered in brick-and-mortar locations to nimble and convenient mobile and virtual care that is delivered in the comfort of patients' homes.

**Exhibit 2: DCGO Care Model and Offerings**



*Source: Company Documents*

In-home care is especially valuable for certain demographics, such as the elderly or those with special needs. However, it is not limited to only these areas and it is relevant to all populations. DCGO says that it is focused on delivering "the medical house call, modernized." It integrates telehealth in its home visits. A specially trained mobile health LPN travels to the home and conducts the visit in-person, but a board-licensed professional directs the entire visit virtually. DCGO also leverages virtual visits for less urgent needs that do not need to be addressed in-person and for routine patient monitoring visits. Although telehealth use is not at the peak that it reached



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

during the height of the pandemic, recent trends show that it is expected to be here to stay and used as a tool, rather than a complete replacement, alongside in-person visits. In-home care is seeing a similar sentiment. Patients appreciate being able to receive care at home with 70% reporting that they are comfortable with in-home care and that it helps alleviate anxiety and improve communication. At the same time and importantly, 73% say that they are confident in the quality of care they receive at home and 85% of those say they would recommend it to others. DCGO combines the best of both worlds to ensure that patients are comfortable with the care that they receive.

**Exhibit 3: Virtual Care Remains Strong Post-Pandemic**



*Source: U.S. Department of Health and Human Services*

Value-based and managed care contracts are growing rapidly. Currently, ~48% of Americans with Medicare are enrolled in Medicare Advantage and ~71% with Medicaid are enrolled in Medicaid Managed Care, totaling 87M people enrolled in managed care plans. This number is expected to continue to increase, as MA enrollment is projected to surpass traditional Medicare enrollment in 2023. On the Medicaid side there were 41 states that used capitated managed care models for Medicaid services in 2022. In our view, DCGO has a significant runway ahead with government plans. Medicare represented 7.6% of revenue in 2022 and Medicaid represented only 1.8%. It is positioned to take advantage of the shifting dynamics as plans increasingly favor value-based risk-bearing plans that can help decrease costs and increase care quality. DCGO has 19 open deals in its sales pipeline with health plans and at-risk provider groups and expects to provide medical care to 250k+ patients in the next 6-12 months.

**Exhibit 4: MA Enrollment Growth as a Percentage of Eligible Beneficiaries**



*Source: Kaiser Family Foundation*



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

## Hospitals are Recovering and DCGO is Increasing its Focus on Payers

DCGO started its business by selling into hospitals and health systems. However, the pandemic has shown how susceptible those are to various factors, including the number of people seeking out care and what types of care they require. As hospitals return to normal dynamics, there is still variability across the board. One industry analysis found that almost all hospital and health system executives surveyed project outpatient volumes to increase in 2023, with 40% expecting increases of 10%+. The rebounding hospital environment and budgets are positives for DCGO, with the majority of leaders saying that they are projecting budget increases for digital care. However, we still like that DCGO is working on increasing its presence among payers, which we view as the most valuable group to sell into. Payers generally are less susceptible to negative external shocks, unlike hospitals which can react heavily to volume fluctuations as seen during the pandemic. Payers are currently DCGO's smallest client group, contributing less than 10% of total revenue, but are growing rapidly. DCGO's goal is to leverage the large number of members that payer customers have already so it does not have to reach out to patients itself. DCGO recently announced new partnerships with EmblemHealth (Private) and Blue Cross Blue Shield of Tennessee (Private) which will open up access to 3.2M and 3.5M covered lives, respectively. DCGO estimates that there is an opportunity to provide its services to ~20M+ covered lives. DCGO currently has relationships with several leading payers, including UnitedHealthcare (UNH, Not Rated), Aetna (CVS, Not Rated), and Cigna (CI, Not Rated). Having strong relationships is important if DCGO decides to bear risk in the future because it will already have the touchpoints, and trust, in place.

**Exhibit 5: Customer Revenue Mix**

 **Government** (60% of revenues)
- Urgent care for low-income communities
- Drug addiction treatment
- Homeless shelter programs
- Street medicine programs

**Payers** (<10% of revenues)
- Annual physical program
- At-home urgent care
- Hospital readmission reduction programs
- Unnecessary ER visit program

 **Hospitals** (30% of revenues)
- Pre/post-surgical program
- Emergency department readmission reduction program
- Remote patient monitoring

**Events** (<10% of revenues)
- Medical services at sports arenas
- Employee health at convention centers
- Medical standby at concerts and film shoots

*Source: Company Documents*

## Strong Revenue Growth and Profitability

DCGO has delivered solid quarterly revenue growth despite facing a tough comp over the last couple of quarters. DCGO benefited considerably during the pandemic from COVID testing revenue, which at its peak was as much as 41% of its total revenue. Total revenue increased 14.6% y/y in 2Q:23, and the key in our view is that revenue excluding testing actually increased by a strong ~53% y/y. DCGO has two solid revenue streams between medical transportation services and mobile health. While the gap between them based on a percentage of total revenue is still wide, it is expected to start to narrow. DCGO also has a near-term revenue opportunity that it is targeting with its remote patient monitoring offering. We like DCGO's strong core business revenue growth and we like how the company has maintained and even expanded adjusted EBITDA margins in 2022 amidst the lumpiness in revenue.



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

**Exhibit 6: DCGO Revenue Breakdown**



*Source: Company Documents, June 2023*

DCGO has emphasized that revenue growth is important, but its greater focus is on profitability. When it assesses any new project, it considers the profit from day one and the timeline required to reach mature profitability targets. It has a thorough understanding of the costs associated with what are often very labor-intensive projects. Closely managing costs is particularly important in an inflationary environment with increasing wages. DCGO expects its mobile health team to see increased efficiency at lower costs over time after a project launch. Reaching its target economics would result in margins increasing from 35% to 50%. DCGO assumes that target economics will generally be reached 90+ days after a project launch.

**Exhibit 7: Mobile Health Unit Economics**

| LABOR COST | PROJECT LAUNCH ECONOMICS | TARGET PROJECT ECONOMICS | | ASSUMPTIONS | PER SITE PER DAY |
|---|---|---|---|---|---|
| APP | $6,750 | $4,750 | | Hours per shift | 10 |
| Admin | $18,205 | $14,245 | | # of APP | 5 |
| Social Worker | $1,905 | $1,545 | | # of Admin | 55 |
| Case Worker | $7,680 | $5,120 | | # of Social Worker | 3 |
| RN | $1,460 | $1,140 | | # of Case Worker | 16 |
| Supervisor | $3,900 | $3,900 | | # of RN | 2 |
| Total Labor Cost | $39,900 | $30,700 | | # of Supervisor | 6 |
| | | | | % of Agency Staff (Launch) | 90% |
| Supplies Cost | $600 | $600 | | % of Agency Staff (Mature) | 10% |
| Total Gross Cost | $40,500 | $31,300 | | | |
| | | | | | |
| Leased hour revenue | $62,300 | $62,300 | | | |
| Effective margin | 35% | 50% | | | |

*Source: Company Documents*

As of 2Q:23, DCGO has a backlog of $325M, which is largely driven by a multi-year municipal mobile health contract in addition to several smaller wins. DCGO doubled its total number of active RFPs over the last couple of quarters and currently has ~70 active RFPs pending award. It was previously bidding on 2-3 RFPs per month in the $2-$10M annual revenue range and is now bidding on 2-3 RFPs per week with opportunities in the $30-$50M+



annual revenue range. DCGO has launched multiple tools to help it capture these opportunities better, including a finder and dashboard. The average RFP process typically lasts six months from posting to award and has an additional 30-60 days until the start date.

## Significant TAM

DCGO estimates that its mobile health segment has a total addressable market of $265B. This figure is based on a study conducted by McKinsey & Company that analyzed survey data from physicians who serve predominantly Medicare FFS and MA patients. It found that $265B worth of care services, representing up to 25% of the total cost of care, for Medicare FFS and MA beneficiaries could shift from traditional facilities to the home by 2025 without seeing a reduction in quality or access. Because the study focused on Medicare beneficiaries, we believe that DCGO's mobile health TAM may be greater than the $265B figure once those covered by private health insurance and Medicaid, in addition to those who are out of network and uncovered, are all factored in. DCGO estimates that its transportation services segment has a TAM of $7B-$13B. Although small compared to its mobile health TAM, current coverage for medical transportation services, particularly for non-emergency situations, is fragmented. This leaves room for the TAM to potentially expand as coverage for it increases. Geographically, DCGO is focused on New York and New Jersey, but has a presence in ~30 total states along with the U.K. We see significant opportunities to expand into new states, further its penetration into existing ones, and build out its international presence.

**Exhibit 8: DCGO Geographic Presence**



*Source: Company Documents*

## The Opportunity and Human Element of Migrant Resettlement Programs

DCGO was awarded a one-year $432M contract by the City of New York, which took effect in May 2023, to resettle migrants and asylum seekers upstate in Albany County and assist their transition with various services. After DCGO worked with NYC to provide mass COVID testing and vaccination services for underserved and unsheltered individuals during the pandemic, it established a good relationship with the city that has extended to addressing longer-term and larger-scale situations. The contract's $432M value makes up ~10% of the city's two-year cost for migrant care and almost matches the company's entire $440M of revenue that it had in 2022. The city requested that DCGO provide some ancillary services outside of healthcare, including food and legal services, which DCGO estimates totals ~$120M of the contract that it does not book as revenue. In most cases DCGO is also not responsible for housing. However, the contract is still significant and we believe it opens up an extensive new TAM for DCGO to tap into. In July 2023 it was reported that NYC's 56k+ migrants outnumbered the total number of

homeless New Yorkers in local shelters. The city estimates that an average of 300-500 people arrive each day. NYC has taken steps to try and address this influx by opening more than 185 emergency shelters in addition to its 13 existing other large-scale humanitarian relief centers, but the city is at capacity and is seeking additional support. Most migrants require extensive assistance for basic necessities like healthcare, which DCGO can provide.

The migrant crisis is not exclusive to a single location. DCGO is actively in discussions with cities across the country in addition to NYC to help them with their migrant situations as well. DCGO also notes that it is mindful when it enters new markets and contracts given the extensive responsibilities that it is agreeing to take on with each one and the real human impacts that they have. It also aims to work with creditworthy municipal customers. DCGO's business has historically been concentrated in New York and New Jersey, which are surrounded by several metropolitan areas with large migrant populations, such as Boston, Philadelphia, and Washington D.C. Establishing relationships with cities is a way for DCGO to expand its brand recognition nationwide and follow-on with its other offerings and business segments. DCGO has a scalable model through its agencies that represent hundreds of thousands of total clinicians and providers, which enables it to handle large contracts like the NYC one.

**Exhibit 9: Metro Areas with the Largest Migrant Populations**



*Source: Pew Research Center*

**Improving the Quality of the U.S. Healthcare System**

Despite spending more money per capita on healthcare than any other comparable country, the U.S. fails to have the life expectancy and health outcomes to show for it. Patient satisfaction has suffered as well. A survey found that 60% of people give the overall U.S. healthcare system a C grade or lower. One of the most common criticisms is that healthcare companies are too focused on profit. Findings from another survey that compiled Americans' attitudes toward dozens of industries ranked healthcare low on the list of 39 industries, with nearly half of respondents viewing it unfavorably. DCGO has tried to brand itself as more than a healthcare company, and we see working with cities to help migrants is a step in this direction.

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH



**Exhibit 10: Unfavorable Views on the U.S. Healthcare System**

## What grade would you give the U.S. health care system overall?

share of respondents (2,519 people surveyed)



*Source: Time Magazine*

Issues related to the efforts to resettle NYC migrants upstate were mentioned in a New York Times article published in July, which revealed a lack of coordination between DCGO and the agencies providing services and discrepancies over withholding migrants' personal and medical information. DCGO has commented that there were key facts left out of the article and that DCGO's work continues to generally be well-received. DCGO is not responsible for a number of the services being provided, such as housing and security, which go through other agencies that the city chose and are not connected to DCGO.

## Care Gap Closure and Remote Patient Monitoring Opportunities with Payers

DCGO is rolling out a remote patient monitoring (RPM) program that connects primary and specialty care, multi-specialty care, hospitals, and ACOs under its single Total RPM solution. First, health practices identify patients that are eligible for and would benefit from remote monitoring and care management. Second, DCGO onboards patients through its On-Demand house calls and provides urgent care services between traditional primary and specialty care visits. Last, it monitors patient health data, sends real-time alerts to help patients stay on track, and escalates issues to its clinicians for rapid responses as needed. DCGO provides Total RPM for patients with varying chronic conditions, including diabetes, hypertension, A-fib, COPD, CHF, and others. The space presents potential expansion opportunities into other specialty areas that require careful management and qualify for RPM. DCGO has expressed interest in endocrinology and pulmonology as potential upcoming pathways. It is currently partnered with eight clinics to offer its RPM program and has seen ~90% patient adherence so far. The key to DCGO's RPM is that it is not only monitoring but also managing care which is arguably more important. Providers can conduct in-home visits if necessary and even prescribe and administer medications. RPM is an important yet often overlooked piece in the care journey puzzle.



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**Exhibit 11: Remote Patient Monitoring Market Opportunity**



*Source: Company Documents*

DCGO's RPM offering also has the potential to be sold through contracts that the company is winning with health plans to help them close care gaps. DCGO has launched care gap closure programs with four major payers which are expected to contribute ~73k patients. DCGO will receive ~$250 in reimbursement per care gap closure. The number of lives that are compliant with closing gaps will vary but some lives will have multiple gaps to close, so if we estimate 73k closures at ~$250, we estimate that the programs represent potentially ~$20M+ annually. DCGO also plans on integrating RPM and recommending it to patients that it assesses would benefit from being monitored. These opportunities are newer and not included in 2023E guidance, so they represent potential upside. We like DCGO's good cross-sell potential and its business model that is shifting towards health plans. This favorable shift results in patients being assigned to DCGO rather than having to wait for them, which can be expensive, time-consuming, and variable.

## Segment(s) Overview

DCGO has two primary segments that it operates under. Its Mobile Health Solutions bring more accessible, affordable, and efficient patient-centered healthcare outside of traditional brick-and-mortar facilities. Its Transportation Services ensures that patients are able to travel between necessary care locations reliably and efficiently. Although the two are distinct segments, the technology used between them is closely integrated and patient use-cases often apply to both.

## Mobile Health Solutions

DocGo's Mobile Health clinical services take a patient-centered approach to provide care in the comfort of a patient's home or workplace. It simplifies the complex healthcare provider system, which typically includes receptionists, nurses, lab technicians, and physicians, for the most routine tests, procedures, and interventions where they are not necessary. Instead, DCGO leverages its team of 5k+ medical clinicians, which includes Emergency Medical Technicians (EMTs), paramedics, licensed practical nurses (LPNs), registered nurses (RNs), Advanced Practice Providers (APPs), and support staff. Providing care in comfortable settings limits the need for patients to receive care in more expensive, environmentally exposed, and less comfortable settings such as emergency departments and urgent care clinics. DCGO partners with leading national health systems, insurance carriers, private organizations and employers, state and local governments, and managed care organizations to provide its mobile health solutions. Examples of partners include NYC Health + Hospitals, New York City Department of Homeless Services, Dollar General, and Mount Sinai Health System. DCGO's mobile health services



include testing and vaccinations and also services performed at events, such as on-site healthcare support at sporting events and concerts. In 2Q:23, DCGO reported a good Net Promoter Score of 89.

**Exhibit 12: Mobile Health Services and Solutions**


**Bedside Procedures**
- Vital Signs, including Pulse Oximetry
- Phlebotomy
- Rapid Testing (Blood work, urinalysis, strep, COVID & other viruses)
- Pre/Post-op Testing
- Wound Care, including DermaBond
- Ultrasound
- Asthma Treatments
- Supplemental Oxygen


**Medicine Administration**
- 40+ medications (IM/IV/SC/PO):
  - Intravenous Fluids
  - Electrolyte Replenishment (oral or IV)
  - Topical Steroids and Ointments
  - Antibiotics
  - Anti-Emetics
  - Outpatient prescriptions & first dose in-home
  - Diuretic (water pills)


**Preventative Care**
- 10+ Vaccinations
- Medicine reconciliation
- Physicals
- Mobile Health visits with MobileDoc
- Annual Physicals
- Home (environmental) evaluations before and after chemotherapy and pre/Post-op procedures


**Patient Monitoring**
- Blood pressure monitoring
- Cardiac Monitoring
- Peak Flow
- Nephrostomy Management
- Dialysis Care, including:
  - Evaluation for need of urgent dialysis
  - Further care at home vs dialysis center
  - Transport to dialysis where required

*Source: Company Documents*

DCGO's mobile health services are used in various different settings. Major customers include the City of New York, Jefferson Health (Private), and Carnival Cruise Lines (CCL, Not Rated). Having a well-balanced mix of different types of customers makes DCGO better insulated from segment-specific risks. In 2Q:23, mobile health represented ~64% of total revenue. The segment is priced based on a fixed rate per day, per vehicle, and per clinician. We estimate that DCGO charges ~$3,800 per day for a mobile urgent care unit, which includes a vehicle, driver, LPN, RN, APP, and social worker. Contracts are typically structured to be one-year with an auto-renewal feature for municipal contracts, 2-3 years for state programs, and 3+ years for federal contracts. DCGO estimates that mobile health has a large $265B TAM and a gross margin target of ~50% at scale after 3-6 months. The unit economics for its home visits are significantly superior compared to traditional care delivery methods and result in higher margins. DCGO leverages its technology to significantly reduce labor costs compared to traditional care.

**Exhibit 13: Home Visit Unit Economics**

| LABOR COST | TRADITIONAL ECONOMICS | DCGO ECONOMICS Enabled by technology |
|---|---|---|
| On-Site APP | $143 | |
| LPN | | $43 |
| Remote APP | | $25 |
| Total Labor Cost | $143 | $76 |
| Vehicle Cost | $25 | $25 |
| Total Gross Cost | $168 | $101 |
| | | |
| Contract Price | $200 | $200 |
| Effective Margin | 16% | 49% |

| ASSUMPTIONS | PER SITE PER DAY |
|---|---|
| Hours per shift | 10 |
| # of visits per shift | 7 |
| # of consults per hour, DCGO APP | 3 |
| Hourly rate, LPN | $36 |
| Hourly rate, Remote APP | $75 |
| Hourly rate, Onsite APP | $100 |

*Source: Company Documents*

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

## Transportation Services

DocGo's digitally enabled medical mobility services solutions are offered under its Ambulnz brand. Services in the segment include both emergency response and non-emergency transportation services. There are different reasons why patients may require non-emergency medical transportation, such as if they have a wheelchair, use complex or large medical equipment like a ventilator, or need to be continuously monitored while traveling. Having access to reliable and efficient transportation is important as patients travel between various clinical settings, including primary and specialty care, dialysis treatments for chronic care management, and others. As of 2022YE, DCGO operated 643 vehicles in the U.S. which included 384 ambulances, 88 wheelchair vans, and 171 basic transportation or support vehicles. Its fleet is 47% leased and 53% owned. Ambulances are typically replaced every 8-10 years, and the average age of its existing active ambulance fleet is ~4 years. In the U.K., DCGO operated an additional 395 vehicles. Different vehicle types and sizes are available in order to accommodate various patient needs. Every vehicle is equipped to connect with DCGO's proprietary technology platform, which is integrated with several of the nation's largest EHR systems, for prompt requesting and dispatching. The integration also enables a seamless transfer of patient information and discharge data to healthcare providers who can then make better decisions pertaining to the transportation needed. The platform's ShareLink technology provides real-time updates on vehicle locations and accurate estimated times of arrival.

**Exhibit 14: Transportation Services Vehicle Options**



*Source: Company Documents*

Transportation services represented ~36% of total revenue in 2Q:23. Revenue in the segment is generated from billings to third-party payors and healthcare facilities and is a combination of cash pay along with insurance, Medicare, and Medicaid coverage. Major customers include Fresenius Medical Care (Private), Northwell Health (Private), and HCA Healthcare (HCA, Not Rated). DCGO reported ~63k trips in F2Q:23 up +32% y/y with an average trip price of $390. DCGO has an existing legacy fee-for-service contract model that is expected to be transitioned to leased hourly contracts by the end of 2023. The leased hour pricing model is expected to provide higher margins and greater financial predictability along with reduced downside volume risk. The model is priced at ~$1,500 per day for a dedicated two-person crew and ambulance. Although it is a significantly smaller market than its mobile health segment, DCGO estimates that transportations services still have a sizeable TAM of $7B-$13B and a gross margin target of 35%+. The segment also naturally works with mobile health and integrates with DCGO's platform.

**Exhibit 15: Unit Economics of Leased Hour vs. FFS Model**



*Source: Company Documents*



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

## Pilot Programs

DocGo partners with household brands to provide various facets of care to patients when and where it is most convenient for them as it maintains quality of care. It is testing verticals to expand the business and potentially cross-sell into by leveraging its existing technology and platform. Pilot programs allow DCGO to assess demand in different potential areas as it works to expand.

### DocGo On-Demand

DocGo On-Demand is DCGO's 24/7 care option that utilizes its team of licensed medical professionals to provide non-emergency same-day medical care. When patients request a visit, DCGO may recommend a telehealth visit or an at-home visit depending on symptoms and provider availability in a service area. DocGo On-Demand Urgent Care currently has a physical presence in New York and New Jersey. Because DocGo On-Demand is designed to provide non-emergency care, it treats common symptoms such as cold and flu, fever, and nausea or vomiting. It also has a pediatric and family care offering that provides flu vaccines, sports physicals, asthma care, and more. In-home x-ray and ultrasound imaging services are available in select areas that DCGO is physically in, and in-home lab tests are available in certain situations. DocGo On-Demand may recommend patients be seen by a specialist as needed but does not refer to specific providers. DocGo On-Demand is currently in-network with several of the largest private insurance plans, including Aetna and CI, in addition to Medicare and MA plans. Patients pay a similar or lower amount than they would for walk-in urgent care. For patients without insurance or who are out of network, DCGO charges a flat rate of $199 for house calls and $69 for telehealth visits. Physical locations are limited now as DCGO focuses on accumulating data to study unit economics and determine expansion next steps.

**Exhibit 16: DCGO Platform Integration**



*Source: Company Documents*

### Mobile Clinics

Through DCGO's partnership with Dollar General, DocGo On-Demand has one mobile clinic unit that rotates across three Dollar General stores in Tennessee on certain dates as a part of Dollar General's Wellbeing initiative, which was rolled out in January 2023 and is still in its early stages. Clinicians at mobile clinics provide a wide range of non-emergency medical services that include urgent and preventative care, treatment of minor injuries and illnesses, annual physicals and clearances, certain vaccinations, prescriptions, and certain tests and bloodwork. Patients are seen on a walk-in and a scheduled appointment basis. The state of Tennessee also supported the pilot with funding. Mobile clinics were popularized during the pandemic to address the influx of patients requiring medical attention and to expand access to care. They were also used for COVID testing and vaccinations. However, even as the pandemic wanes, more health and community organizations are starting to use mobile units to bring primary



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

care, behavioral health, and reproductive services to more populations. There are ~2k mobile clinics in the U.S. that serve 7M at-risk patients annually. Without them, many people in under-resourced and rural areas would not be able to receive care otherwise. Mobile clinics are cost-effective compared to traditional healthcare delivery methods due to requiring less physical infrastructure and generally being smaller. In October 2022, Congress passed the MOBILE Health Care Act, which gives federally qualified health centers serving medically underserved areas greater flexibility to use federal funding to create and operate mobile units. We view the additional funding as another indicator that mobile clinics are increasingly recognized as capable of being cost-efficient yet still providing quality care.

### Alternative Care Delivery Channels are Challenging Traditional In-Person Visits

Although there were signs before, the pandemic was the key catalyst that drove the demand for safe yet effective alternatives to traditional care in a doctor's office. WebMD reports that in 2019 only 8% of Americans had ever tried telehealth, which has jumped to one-third today. At the same time, questions have emerged whether telehealth is sustainable in a post-pandemic environment. Several large hospital systems including Tenet (THC, Not Rated) and HCA have recently reported starting to see a recovery in volumes. In 2Q:23, THC reported same-hospital adjusted admission growth of +3.2% y/y, which compares to (5.3%) y/y in 2Q:22, and for THC same-facility ambulatory surgical cases increased +6.6% y/y. THC saw non-COVID same-store admissions increase +5% y/y, and surgical cases were 100%+ of pre-pandemic levels. HCA also highlighted strong volume growth with same-facility equivalent admissions up +3.7% y/y. Despite the hospital rebounds, virtual visits are not expected to completely replace in-person ones and instead, the two will work hand-in-hand for different needs and circumstances. Among those who have used telehealth, 76% say they want to keep using it after the pandemic is over. However, it is noteworthy that a study conducted by NPR, The Robert Wood Johnson Foundation, and the Harvard T.H. Chan School of Public Health found that although a large portion of patients are still using telehealth, 64% that do so report that they would have preferred an in-person visit. We like that DCGO provides both types of visits to its patients because there are pros and cons to each, and each patient has their own preferences.

### Acquisitions Present Good Future Expansion Opportunities

DCGO undertook a series of acquisitions in 2022 after only one in 2021. The company is strategically utilizing M&A to bolster its good organic growth to further enhance its operations. DCGO's recent acquisitions are positioned to expand its geographic presence as well as to improve its operational efficiencies and productivity.

**Exhibit 17: DCGO F2022 Acquisition History**

| Date | Target | Price ($M) | Description |
|---|---|---|---|
| July 6, 2022 | Government Medical Services, LLC. | $20.3 | DCGO acquired Government Medical Services (GMS) in July 2022. GMS is a medical services provider that provides licensed healthcare clinicians and is expected to improve DCGO's access to municipal contracts. |
| July 13, 2022 | Exceptional Medical Transportation, LLC. | $13.7 | DCGO acquired Exceptional Medical Transportation (Exceptional) in July 2022. Exceptional provides medical transportation services in the state of New Jersey, which is one of DCGO's core markets in addition to New York. |

*Source: Company Documents*



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**Exhibit 17 (continued): DCGO 2022 Acquisition History**

| Date | Target | Price ($M) | Description |
|---|---|---|---|
| August 9, 2022 | Ryan Brothers Fort Atkinson, LLC. | $11.4 | DCGO acquired Ryan Brothers Fort Atkinson (RB) in August 2022. RB provides medical transportation services in the state of Wisconsin, which is a market that DCGO is significantly building out its presence in. DCGO currently has six operational office locations in the state, second only to New York. |
| October 12, 2022 | Community Ambulance Services LTD | $5.5 | DCGO acquired Community Ambulance Service Ltd (CAS) in October 2022. CAS is located in the United Kingdom, and it provides emergency and non-emergency transport services, including high dependency, urgent care, mental health and blue light transport services and diagnostics testing. The acquisition is expected to increase DCGO's presence in the U.K. market and improve its access to municipal contracts. |

*Source: Company Documents*

## DCGO's Comprehensive Value Proposition for its Stakeholders

DCGO's comprehensive value proposition positively impacts several stakeholders in the healthcare ecosystem. Patients directly benefit from care that is easy-to-access and is delivered by healthcare providers who have reduced burdens and more time to prioritize the health of their patients. Health systems benefit from patients' increased efficiency and productivity, and overall healthier patients result in cost-savings for health plans.

**Exhibit 18: DCGO Value Summary for Stakeholders**



*Source: Company Documents*

**Healthcare Professionals**

The main benefit that DCGO provides for healthcare professionals and providers is time. Being able to take burdensome tasks off of their plates helps reduce burnout and free up time for them to focus on their patients. Doing so subsequently helps them provide better care for their patients and for the providers that are in risk-based arrangements where they are compensated on a performance basis, and receive financial benefits too.



**Exhibit 19: DCGO Value for Healthcare Professionals**

| Benefit | Description |
|---------|-------------|
| Reduce Burnout | The American Medical Association reported that at the end of 2021, nearly 63% of physicians reported symptoms of burnout, which is up from 38% in 2020. The pandemic magnified long-standing issues that have accelerated the physician burnout rate in the U.S. The burnout epidemic is often associated with system inefficiencies and administrative burdens. Handing over tasks to DCGO helps lighten their workload. |
| Increased Productivity | DCGO estimates that there will be a ~18-48k primary care physician shortage by 2034. Relieving some of the burden that health providers face by automating mundane time-consuming tasks and facilitating seamless integration between platforms frees up providers' time. They can then focus on more challenging and meaningful work such as spending time with their patients. |
| Value-Based Financial Incentives | Value-based programs reward healthcare providers that are in risk-based arrangements with incentive payments for the quality of care that they deliver. Providers are incentivized to ensure the health and wellbeing of their patients, which may be improved by a variety of DCGO's offerings, including routine mobile health check-ups and remote patient monitoring. |

*Source: Company Documents*

### Health Systems

Many health systems still follow a traditional model where they generate revenue based on volume. More patients being admitted into hospitals and more procedures being conducted are positives for health systems' top lines, in many cases. However, there are still areas where DCGO can provide value. Increased efficiency among health providers is an approach for them to address labor shortages and increasing wages. It also helps productively manage beds so that the highest acuity patients receive the beds that they need, which is actually a positive for a volume-based model. Readmissions are still a negative in a volume-based model, and DCGO helps reduce them.

**Exhibit 20: DCGO Value for Health Systems**

| Benefit | Description |
|---------|-------------|
| Single Platform to Manage Transportation | Many hospitals currently have an entire department that sits on the phone calling ambulance companies all day trying to arrange medical transportation. Labor shortages sometimes even result in physicians being left to handle the calls themselves, which is an inefficient use of resources. DCGO uses its proprietary technology to automate a majority of the process and for the steps that do require human intervention, they are streamlined and integrated, so users do not have to jump between several different platforms. |

*Source: Company Documents*

*HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH*



**Exhibit 20 (continued): DCGO Value for Health Systems**

| Benefit | Description |
|---------|-------------|
| Improved Bed Flow | As hospitals are seeing a return to normal volumes compared to during the pandemic, they are still struggling to get their patients into the office in a timely manner. Appointment availability for new patients increased from 6.1 days in 2020 to 8.1 days a year later. Time in the waiting area and exam rooms both increased, by four minutes and two minutes, respectively. DCGO improves bed flow by increasing scheduling efficiency. Its model also helps ensure that the sick patients who need care have easy access to it. |
| Reduced Readmissions | DCGO stays with patients even after they are discharged from the hospital. It offers transitional care management to check in with patients and is building out its remote patient monitoring solution. Even for hospitals that follow a volume-based arrangement, minimizing readmissions is important to avoid financial penalties and reduced reimbursements. |

*Source: Company Documents*

**Patients**

Transportation barriers to healthcare have a disproportionate impact on individuals who are poor or have chronic conditions, and we estimate that millions of Americans delay medical care each year because they may not have transportation. This is particularly concerning because there are populations that are sick and require access to regular and timely visits. The prevalence of chronic diseases is high, with 60% of adults having a chronic disease and 40% having two or more. It is important that they receive the care that they need because research says that even one missed appointment can lead to increased rates of patients stopping visits to their regular provider. Transportation solutions and the option of in-home care are also important for older populations. 14% of adults aged 65+ reported not having reliable access to primary care. Delaying care can result in issues being left undetected and worsening.

**Exhibit 21: DCGO Value for Patients**

| Benefit | Description |
|---------|-------------|
| Increased Accessibility and Convenience | Some patients may be physically restricted from or emotionally overwhelmed by receiving care and treatment in-person. For others, simply the convenience of in-home care or mobile clinics that are near their already commonly frequented areas is a significant benefit. |
| Better Long-Term Outcomes | Home-based primary care can significantly reduce medical emergencies, fragmented care, missed appointments, and the poor control of chronic conditions. These are the leading factors that contribute to a number of emergency department visits, readmissions, acute hospitalizations, and institutionalizations that patients are better equipped to avoid. |

*Source: Company Documents*

**Governments and Municipalities**

DCGO has established strong relationships in the public sector. It helps governments improve their population health management capabilities and execute quality improvement programs to reach underserved communities. Exhibit 22 below outlines how DCGO's relationship with the City of New York started during the pandemic to

address COVID-related needs and has since expanded to provide sustainable long-term value. The key for municipalities is to avoid extreme healthcare costs from their highest-risk members. For example, the homeless population may be 3-4% of a municipality's total population but represents 30-40% of its healthcare costs. DCGO has saved one NYC local hospital system ~$75M in ER admission costs. The initial contract in NYC was a springboard that has led DCGO to enter into more discussions with other city agencies and opened up a significant opportunity for service expansion to serve the broader 550k+ people in the U.S. that are homeless. There is also a need from underserved communities that are not traditionally thought of first, including the U.S. Department of Veterans Affairs and the Indian Health Service. DCGO currently works with some of the largest city and state government departments across the country, including the New York, New Jersey, and Florida state health departments.

**Exhibit 22: DCGO Value for Governments and Municipalities**

| Timeline | Description |
|---|---|
| Beginning of NYC Relationship | DCGO signed a contract with the NYC Department of Homeless Services in June 2020 for five of its medical teams to provide COVID testing at homeless shelters. It was a partner with 40 mobile units in 2020 and 2021. The relationship expanded to include administering COVID vaccinations, and the number of medical teams grew to 11. DCGO helped NYC launch the nation's first test-to-treat mobile program. Unlike other services that only offered testing, DCGO allowed patients to receive the necessary preliminary care on the spot if they tested positive. Doing so was more productive and made care more accessible for patients, especially those in traditionally underserved populations. |
| Current Status | What began as a relationship that was spurred by the pandemic has expanded beyond COVID to be a sustainable longer-term one. DCGO now provides medical services at shelters and offers multiple programs, such as a Street Health Outreach & Wellness Program and mobile health for migrants. DCGO has also become a systemwide medical transportation resource for NYC. |

*Source: Company Documents*

**Health Plans**

Health plans are always looking for ways to control claims costs and even more so now with headwinds from changes to Medicare Advantage and Medicaid on top of rebounding hospital admissions. Like health providers, those that have risk-based arrangements and value-based plans receive bonus payments from CMS for delivering quality patient care and cost savings. With payers, DCGO is predominantly focused on ER diversion and care gap closure. Payers are currently DCGO's smallest but fastest-growing vertical.

**Exhibit 23: DCGO Value for Health Plans**

| Benefit | Description |
|---|---|
| Lower Costs | One of DCGO's three key pillars to its proactive care delivery model is reimbursement which is driven by reduced overall costs. Its favorable health outcomes for patients by identifying issues earlier, reducing the need for readmissions, and keeping healthy people out of hospitals flow through to benefit health plans as lower claims costs. DCGO's emergency department avoidance programs have generated $200M in total cost-savings. Recent changes to Medicare Advantage and Medicaid have placed pressure on health plans and increased their demand for solutions that help keep members healthy. |

*Source: Company Documents*



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

**Exhibit 23 (continued): DCGO Value for Health Plans**

| Benefit | Description |
|---|---|
| Value-Based Financial Incentives | Health plans that are engaged in risk-based arrangements receive a portion of the shared savings generated from delivering quality care. Spending on the Medicare Advantage Quality Bonus Program Payment reached $10B in 2022. DCGO helps improve health plans' HEDIS measures and CMS star ratings which directly correlate with how much plans receive. |
| Extensive Data on Members | DCGO has many touchpoints in the patient care journey, which allow it to accumulate data along the way. Extensive data and analysis that can be passed on to health plans are important for plans when they assess the risk and costs for each member and plan accordingly. |

*Source: Company Documents*

**In-Home Care Produces Favorable Outcomes and Cost-Savings**

In-home care is closely aligned with the value-based care model. Being able to provide care for some of the sickest patients in their homes has been shown to reduce costs and improve patient and provider satisfaction significantly. The Veteran Administration's Home Based Primary Care (HBPC) program reported nearly a 60% reduction in hospital days, a 21% reduction in 30-day readmissions, and an 89% reduction in VA nursing home days. The program had the highest patient and provider satisfaction among all VA programs. MedStar Washington Hospital Center found that the positive outcomes resulted in substantial cost savings of $8.4k per patient and a total savings of $6.1M over a two-year timeframe. The improved care for patients translates to benefits for providers as well. U.S. Medical Management (USMM) operated an accountable care organization (ACO) in the U.S. In its second year, it generated $44.5M+ in shared savings on ~18k patients in 14 states which made it the fourth most financially successful ACO out of 472. The providers that participated in the risk arrangements and delivered the quality care are also rewarded for the shared savings. In 2016, CMS found that treating chronically ill Medicare beneficiaries in their homes saved an average of $1,010 per beneficiary, and the care quality that they received remained high. In-home care has proven to be effective at preventing hospitalizations by catching and treating problems early and providing high-quality acute care in the home.

**Exhibit 24: Hospital Readmissions After Major Joint Surgeries by Care Setting**



*Source: The National Association for Home Care & Hospice*



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

**DCGO Expands Access to Healthcare for Underserved Populations**

One of the biggest obstacles that healthcare providers face is ensuring that underserved patients from lower socio-economic environments and minority groups receive the healthcare they need. Limited transportation is a major reason why these populations cannot receive traditional healthcare, which is where home health provides the greatest value. Many people do not readily have access to adequate and reliable transportation, and there is often a limited number of hospitals, clinics, and pharmacies available within underserved neighborhoods, so patients may need to travel further to receive healthcare. The obstacles to receiving care can deter people from pursuing routine visits that are viewed as "non-essential" but are actually vital to maintain their overall health and wellbeing. Another significant disparity in the healthcare system is that many underserved populations are not educated on positive actions needed to stay healthy or the resources available to them. DCGO estimates that ~75% of its underserved patients either do not have a primary care provider or do not know who their PCP is. DCGO's targeted approach with a care team that provides one-on-one care in a comfortable environment for patients enhances the relationships between providers and their patients and helps educate them more thoroughly.

**Exhibit 25: Income Distribution of Home Health Users by Race and Ethnicity**



*Source: The National Association for Home Care & Hospice*

## DCGO's Technology and Platform

DCGO's proprietary technology is a key differentiator between it and its competitors. Its technology may appear to be simple and replicable, but it is actually highly complex given all the moving parts that are tightly integrated and that continuously analyze a plethora of data points in order to produce the best results. Technology is one of DCGO's three proactive care delivery model pillars. It aims to combine software, hardware, and proprietary clinical workflows. This means that DCGO has invested substantial time, resources, and money into its technology which it built from the ground up in-house. DCGO emphasizes that it has reached beyond being a healthcare company and operates with the innovative mind of a technology company. We highlight the key technological features of DCGO's platform below. We also include the screens and steps that users encounter when interacting with DCGO's web-based and mobile app.



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**Exhibit 26: DCGO Technological Key Features**

| Feature | Description |
|---|---|
| HealthPoint | DCGO's HealthPoint platform is an intuitive and user-friendly patient registration portal for patient registration, data collection, and results reporting. It manages 20k+ transports and 300k+ mobile health encounters each month. The platform is the central hub that enables services for hospital partners to be ordered and tracked real-time and has integration with EHRs so services can be ordered using existing IT systems and billing/collections are seamless. It is HIPAA-compliant and designed to manage sensitive healthcare data. |
| Dispatch | DCGO's dispatch capabilities allow equipped and credentialed field crews and clinicians to be dispatched voicelessly. Once they reach the site, they are given secure access to both the patient data and clinical workflows to provide the highest quality care. |
| Digital Requester | DCGO's requester technology provides hospitals with an efficient process that has greater visibility and means to secure the right level of transport for every patient. Digital requesting is convenient and can be done in ~2 minutes via the web, mobile, or EHR integrations such as Epic. |
| ShareLink | DCGO's ShareLink technology tracks every dispatched vehicle to provide a real-time location, estimated time of arrival, and increased transparency for hospitals, patients, and caregivers alike. DCGO's proprietary AI-powered algorithms leverage Google traffic data. |
| Reporting | DCGO's platform has reporting features built-in that utilize AI technology to analyze patient data that integrates with EHSs. It detects key patterns in patient care that lead to insights to make systems more efficient. The comprehensive suite of reports provides transparency to how the program is being used and ROI generated. |

*Source: Company Documents*

DCGO's platform is built on an ecosystem of microservices and APIs that can be leveraged by its partners in order to build custom interfaces or receive real time updates. DCGO provides hospitals with a total transportation management solution that includes both the services that DCGO directly provides and the network of ancillary providers that can offer additional capacity as needed. Alongside its core software, DCGO has partner apps and integrations with health plan data feeds, customer EHR integrations, and the Epic App Market app. Mobile health and ordering medical transport utilize the same technology. Most healthcare software is outdated, requires manual intervention, and facilitates a poor user experience. DCGO's modern platform is cloud-based and AI-powered driven by user behavior and a robust collection of millions of data points. It undergoes fully automated deployments 5-10 times per day and has weekly production releases at a minimum.



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

**Exhibit 27: DCGO Integrated Technology**



*Source: Company Documents*

DCGO's technology is an important driver of its value proposition. Hospital workers can conveniently schedule and send care teams to patients' homes to assist with different needs such as transitional care management after a hospital visit. The platform's integration with EMRs results in most fields regarding personal and insurance information already populated.

**Exhibit 28: Provider Screen to Schedule Mobile Health Visits for Patients**



*Source: Company Documents*

Behind the scenes, DCGO uses a series of algorithms to parse through a plethora of data to determine a variety of aspects of the visit, including the number of clinicians and medical equipment needed, the urgency based on the patient's health history and current status, and the amount of time that the visit may take, among others. Scheduling visits to ensure that each provider's time and resources are maximized is important. Dara is DCGO's central AI system, which manages the logistics behind the platform's scheduling, patient interactions, and resource allocation. It is the backbone of the company's technology and manages medical transportation, delivery of field-based care, dispatching, tracking, and optimization. Dara's machine learning scheduler has run millions of



permutations across five years of real-world data in addition to real-time traffic data to optimally assign resources and estimate the expected time to transfer care, at pickup and destination. It shows where each trip is in its lifetime and whether any requires attention. The platform has a trips dashboard that includes past and upcoming trips and allows the team to manage trips, move units between them, or reschedule as needed.

**Exhibit 29: Dara Scheduler that Powers DCGO's Platform**



*Source: Company Documents*

Most trips are executed without any additional human intervention outside of the clinician and patient once the scheduling is complete and the ride is ordered. DCGO has a team with access to an Uber-like perspective to track its vehicles in real-time and watch out for potential issues. In Exhibit 30 below, the image on the left is the ShareLink screen that a patient's care team and loved ones can monitor. The visit description includes the estimated time of arrival and the clinician on board. It shows the live progress of the visit as it transitions from appointment to on-scene to patient contact and finally to completion. The image on the right is the driver app that is used in the field by DCGO's mobile health and medical transport teams. Any changes and updates that the crew makes on their side are reflected accordingly in ShareLink.

**Exhibit 30: ShareLink Integration and Live Updates with Driver App Changes**

 

*Source: Company Documents*

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH



DCGO launched its mobile app in 2022, which also uses APIs from Dara. The app makes it easy for patients to schedule a mobile health visit. Patients can select the reason for their visit and provide a description to help providers be better informed and prepared. They are provided with the best time for the visit with the option to select alternatives if they wish. Users can schedule appointments for other patients such as family members as well. The app has a chat feature that allows patients to communicate with their care manager which is particularly important for DCGO's remote patient monitoring offering.

**Exhibit 31: Mobile App to Conveniently Schedule Mobile Health Visits**



*Source: Company Documents*

## DCGO Provides a Comprehensive Solution Set vs. Other HC and Technology Companies

DCGO is the only company that has touchpoints at every spot along the way of a patient's care journey. Some healthcare companies only specialize in one or two capabilities but not throughout the entire continuum. Examples include niche options, such as Teladoc (TDOC, Neutral) and Amwell (AMWL, Neutral), which primarily specialize in telehealth. DCGO has framed itself as "going beyond telehealth," and it is only one component that it offers. We include a few competitors that are similar in the way that they are only involved in a specific space, such as Signify Health (CVS, Neutral) with home health or One Medical (AMZN, Neutral) with brick-and-mortar care. We estimate that other large technology companies are also hoping to get involved in the space, including Uber (UBER, Buy, $60 PT; Analyst: Jake Fuller) with its Uber Health platform, but they do not have the healthcare expertise and experience that DCGO has.

**Exhibit 32: DCGO's Competitive Landscape**

| Company | Ticker | Rating & Target (if Applicable) | Company Description |
|---------|--------|--------------------------------|---------------------|
| Teladoc | TDOC | Neutral | Teladoc is one of the largest providers of virtual healthcare services in the world. It has a suite of solutions that encompasses 450+ medical specialties ranging from non-urgent needs to more severe chronic conditions. In 2Q:23, the company had 86M integrated care members in the U.S. and 4.7M total visits on its platform. |

*Source: Company Documents*

**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

**Exhibit 32 (continued): DCGO's Competitive Landscape**

| Company | Ticker | Rating & Target (if Applicable) | Company Description |
|---|---|---|---|
| American Well | AMWL | Neutral | Amwell is one of the largest providers of telehealth in the U.S. It serves 55+ health plans and 150+ of the country's largest health systems, which spans 2k+ hospitals. The company provides services for 80M+ covered lives and 36k+ employers. It is wrapping up its transition to its new and improved platform Converge. Converge has modules that cater to a wide range of patient and provider needs with up-sell potential between the modules. |
| One Medical | Owned by Amazon.com, (AMZN) | Not Rated | One Medical is a network of primary care retail clinics that utilize extensive technological capabilities. It uses a value-based risk-bearing approach to improve care quality, accessibility, and experience. The company sells to employers for membership fees and to hospital networks for capitated payments. |
| Signify Health | Owned by CVS Health (CVS) | Not Rated | Signify Health provides at-home care for patients by working with hundreds of payors and providers that participate in value-based care programs. In 2022, through its In-home Health Evaluations, it evaluated the whole-health needs of 2M+ health plan members. The company has a network of 10k+ clinicians. |
| DispatchHealth | Private | Not Applicable | DispatchHealth provides comprehensive care for patients in their homes that ranges from same-day, high-acuity care to a 30-day alternative to a hospital stay. It partners with most Medicare Advantage, commercial, and managed Medicaid plans. The company currently operates in 21 states. |
| Uber Health | UBER | Buy, $60 PT; Analyst: Jake Fuller | Uber Health partners with healthcare organizations to provide non-emergency medical transportation solutions. A care coordinator uses the Uber Health dashboard to request a ride or delivery for a patient or caregiver. They can coordinate notifications for the ride and track it. Uber Health leverages UBER's existing network of drivers and bills healthcare organizations standard UBER rates. |

*Source: Company Documents*



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

Each of DCGO's moving pieces may not be the most unique, but in our view all of them working together gives the company its competitive advantage. They are all tightly integrated on its platform and work hand-in-hand with one another. For example, after a patient receives in-person medical care they may want to have subsequent routine check-ins virtually. A comprehensive solution suite enables DCGO to be the go-to option for patients and all their care needs.

**Exhibit 33: Capabilities Competitive Comparison**



Note:  Accolade (ACCD, Neutral), Amwell (AMWL, Neutral), dispatch health (Private), modivcare (MODV, Not Rated), Oak Street Health (formerly OSH, now part of CVS Health, CVS, Not Rated), One Medical (formerly ONEM, now part of Amazon, AMZN, Not Rated), Teladoc (TDOC, Neutral), Uber (UBER, Buy, $60 PT; Analyst: Jake Fuller)

*Source: Company Documents*



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## Discussion with KOL Indicates That DCGO Has a Relevant and Scalable Model

We had the opportunity to speak with an industry expert who has experience managing large city departments and their widespread operations. She has had experience overseeing medical services for the NYC Department of Social Services and Department of Homeless Services. Her responsibilities included working with vendors to address city needs for various situations such as administering COVID tests and vaccines and providing isolation and quarantine shelters during the pandemic. She worked with DCGO for many of these COVID-related initiatives. The expert provided us with insights into DCGO, how it handled several large-scale social projects, and her perspective on the potential for long-term partnerships with DCGO beyond initial contracts.

The expert that we spoke with worked for the City of New York during the height of the pandemic. There were an estimated ~54-58k homeless people living in shelters during the pandemic who needed healthcare services. She noted that the city needed a fast and effective solution to vaccinate as many people as possible and that it was too large a task for the NYC Department of Health to tackle on its own, so it introduced an accelerated bidding process to find a vendor to assist. Typically, the process is longer and more vetting is done, but given the urgency of the situation, the city put out a modified RFP that was initially awarded to a federally qualified health center. However, the contract fell through, and DCGO stepped in as a key healthcare service provider for NYC during the pandemic. The expert said that there were some discrepancies during the negotiation process, and that she was not entirely satisfied with the way that DCGO priced its services. DCGO set a rate which she said equated to a multi-million dollar contract which was based on a PMPM-like pricing structure. However, she typically prefers to know each area the money is going to, such as the actual services being provided, admin, overhead, employee benefits, etc. The city was not in a position to decline the offer given the tight schedule and lack of other options. Although we understand the social and humanitarian aspect, we like that the contract was more guaranteed and less performance-based because given the massive initiative that DCGO was agreeing to take on, in our view it was warranted for DCGO to build in downside risk protection.

During our discussion the expert highlighted that DCGO was very responsive and accommodating for the scale and expertise required. DCGO typically utilizes EMTs, but the city needed more specialized healthcare professionals like RNs. DCGO was able to come up with a staffing plan quickly during a period where there was a shortage of providers and resources were being allocated sparingly. The feedback regarding DCGO's staff that she received from those who received services was good. Careful protocols were in place to ensure that vaccines were shipped and handled properly. The expert had generally positive feedback on DCGO's performance considering the challenging environment that it was operating in and the external circumstances that were outside its control. She rated DCGO's overall medical service as a 7 on a scale of 1 to 10 because she felt that DCGO could have done more outreach and have had more robust staff. However, factoring in the circumstances, she rated DCGO a 7.5-8. The expert noted that if there were 100 people waiting in line for the vaccine then all 100 of them would be vaccinated, but there was a significant number of people who were hesitant to receive the vaccine, so the vaccination rate was much lower. DCGO ended up administering ~20k vaccines.

The expert sees several areas where DCGO can provide value to NYC post-COVID. She likes that it is launching new programs to help close care gaps, which she pointed to as being her main focus before the pandemic. The quality of healthcare in the city is high, and there is a good number of providers who accept Medicaid. Care gaps stem from a lack of engagement between patients and providers, and they are magnified for unsheltered people who are forced to prioritize other areas that may be viewed as more important than receiving healthcare, such as finding a place to sleep or getting a job. She met with a number of hospitals' leadership teams to encourage them to reach out to patients more and be more flexible. She believes that that the struggle is not that there are not enough providers but that there is a lack of access to them, which DCGO can help improve with its ability to travel to patients' homes, transport them if they need to be seen at a facility, or connect with them virtually.

When asked about her thoughts on DCGO's migrant resettlement contract with NYC and the news stemming from it, she said that she was not surprised because large-scale operations like DCGO and the city's population inevitably have the risk for conflicts. NYC has policies in place that require a certain number of available beds in shelters at all times and if they are full, people are housed in hotels that are paid for by the city because shelter must be provided to everyone regardless of their status. Our view is that the amount of social work that NYC provides for unsheltered and migrant populations is an opportunity for DCGO to increasingly capitalize on using its highly aligned services.



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

Our discussion reaffirms our view that DCGO provides quality services and value for those who need it the most. We like the direction that it is heading in by working with more cities and metro areas to engage in social work. The opportunity appears to be robust and growing, with a number of applications that its business is relevant to. We believe that having a COVID vaccination initiative with the largest city in the U.S. under its belt is an important selling point for DCGO as it pursues future opportunities.

## Customer Feedback During Investor Day Shows the Value That DCGO Delivers

We had the opportunity to attend DCGO's inaugural Investor Day in June 2023, where several guests spoke about their experiences working with and using DCGO's solutions and services. They each come from different backgrounds with different objectives, but all derive value from DCGO. These speakers provided us with insights into DCGO, how it aligns with different stakeholder groups, and the growth potential for the company.

We begin by highlighting our key takeaways from Mayor Eric Adams, the mayor of New York City who has served in the role since 2022. He provided color through a government and municipality lens after the previous administration formed a relationship with DCGO and he decided to extend it after assuming his role. He highlighted NYC's transition from being reactive to proactive and finally to its current point of being predictive. An analogy that he provided to convey the transition was that the telephone has changed substantially since it was first invented to the current smartphone today. However, other areas in our lives that are just as important, such as education and the classroom, have remained virtually unchanged. On the scale of the two extremes, healthcare has historically leaned towards the classroom example. It has been slow to change, and the pandemic was a wake-up call that shed light on the importance of proactive and even predictive healthcare. Mayor Adams noted the importance of learning from the effects of the pandemic and using it as an opportunity to better address healthcare challenges. The city has strengthened its partnerships with hospitals and asylum advocacy groups to enhance quality and access to care. The goal is to have an effective modern-day response to the healthcare crisis and better prepare for future pandemics. Mayor Adams highlighted that healthcare challenges are not only a NYC problem but a nationwide one. Other mayors are also wrestling with the same problems, so he expects DCGO to be highly relevant in other municipalities too.

The second presenter that spoke at the Investor Day event was Ms. Beth Duffy, SVP of Administrative Services at Jefferson Health. Jefferson Health provides a range of primary to highly specialized care through its network of 18 hospitals and 50+ outpatient and urgent care locations across the tri-state area. Jefferson Health entered a partnership with DCGO in 2022 and since then the two have worked on a wide range of programs, including home health assessments, employee health programs, population health programs for nursing homes, and partnerships to provide services at the Philadelphia International Airport during the pandemic. DCGO was the first company to manage medical transport in nearly all of Jefferson Health's hospitals. Ms. Duffy spoke about DCGO's launch last year of the country's first all-electric, zero-emissions ambulance which it partnered with Jefferson Health for. She highlighted the initiative as an example of DCGO's ability to innovate.

In addition to inviting guest speakers who represent large partners to the event, DCGO also included clips from everyday users of its services. Users include parents and caregivers of patients as wells as patients themselves. In some cases, patients with special needs are intimidated by going to the doctor or are physically unable to. Caregivers of elderly patients need support and use DCGO as an added resource. DCGO nurses take vital signs and apply tests at patients' homes and provide transportation to hospitals if necessary, which one user noted as being one of the most trying parts of the caregiving process.

We came away from hearing guests speak at the Investor Day event with a better understanding of how DCGO provides value for various stakeholders, from large municipalities and hospital systems down to everyday users. Each speaker provided their own perspective on the company's impact, whether it be by making healthcare more accessible, lowering costs, taking on portions of the care burden, or making visits more enjoyable experiences. We believe that DCGO has touchpoints with many different customers and its use cases are fast-growing. Feedback from DCGO's partners and users seems to be very positive, and the company's mission of transforming healthcare to be proactive and on-the-go is being recognized.



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

## Management Team

### Chief Executive Officer – Anthony Capone

Mr. Anthony Capone is the Chief Executive Officer of DCGO, serving in a number of roles at the company since 2017 including President, Chief Technology Officer, and Chief Product Officer. He has over 18 years of software engineering experience and knowledge on the intersection of healthcare and AI. Mr. Capone received a graduate Computer Science degree in AI from Clarkson University.

### President and Chief Operating Officer – Lee Bienstock

Mr. Lee Bienstock is the President and Chief Operating Officer of DCGO, joining the company in 2022 after ten years at Google where he most recently served as Global Head of Enterprise Partnerships for Devices and Services. He also held positions across Google Search, YouTube, and Fiber. At DCGO, he is responsible for driving the company's strategic expansion and growth across sales, operations, product, and technology initiatives. Mr. Bienstock received an MBA from the Wharton School of Business at the University of Pennsylvania and his BS in Policy Analysis & Management with distinction from Cornell University.

### Chief Financial Officer – Norm Rosenberg

Mr. Norm Rosenberg is the Chief Financial Officer of DCGO, serving in the role since January 2023 after joining the company as Chief Financial Officer of Ambulnz Holdings, LLC in January 2020. Prior to DCGO, he held a variety of roles at AmTrust Financial including President of its direct-to-consumer division and CFO of fee companies. He has also served as CFO of companies like KDDI Global, Marsh, and IDT Telecom. Mr. Rosenberg received a master's degree from The Johns Hopkins University.

### Chief Executive Officer, Clinical Practice Group – James Powell

Mr. James Powell is the Chief Executive Officer of DCGO's Clinical Practice Group. He has 20 years of experience working as a physician executive for non-profit organizations. He was the CEO and CMO of a Federally Qualified Health Center and has experience contributing to startup healthcare IT companies as a Medical Advisor. Mr. Powell received an MD from the Ross University School of Medicine and a BA in Psychology from Binghamton University. He conducted his residency in Primary Care Internal Medicine at The University of Connecticut School of Medicine.

### Chief Product Officer – Aaron Severs

Mr. Aaron Severs is the Chief Product Officer of DCGO, serving in the role since November 2021. He has over 15 years of experience in Product, Engineering, and Executive roles at startups, public, and private/PE-backed firms. Prior to DCGO, he led a global product and engineering team at Mindbody that focused on delivering client engagement, marketing automation, and AI-enabled tools. Mr. Severs received a BA in Economics from the University of Rochester.

### Chief Technology Officer – Hawk Newton

Mr. Hawk Newton is the Chief Technology Officer of DCGO, joining the company in 2017 as a Chief Software Architect. He has over 25 years of technology experience and previously held positions at companies such as Dell, Cobalt Group, Constant Contact, and ZenDesk.



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## Financials

### Income Statement

There are several important factors to consider when evaluating the financials for DCGO and the industries that it is involved in, including mobile health, medical transportation services, and remote patient monitoring, among others. We estimate that the TAM for DCGO's mobile health segment is $265B and the TAM for its transportation services is $7B-$13B. DCGO is opening up additional market opportunities by expanding into different medical areas and piloting new programs. In our view, DCGO is well-positioned to take advantage of the increase in demand for in-home and virtual care that increased rapidly during the COVID-19 pandemic and has remained strong. Despite concerns that telehealth use may decline significantly in a post-pandemic environment and that it is of limited use in emergency situations, we have not seen material usage reductions recently, and note that people are using it as a resource alongside traditional care. More people are also using virtual visits to facilitate their primary care and chronic care needs. DCGO did, however, benefit financially from the pandemic. Revenue from its mass COVID testing services reached as high as ~41% of total revenue and after steadily declining, is expected to be negligible going forward. We like how DCGO has been able to identify new growth areas to pursue and keep other areas of the business strong.

Looking at DCGO's management guidance for 2023E, total revenue is expected to grow 23-25% y/y and more importantly, revenue excluding COVID testing is expected to grow ~50% y/y. Our revenue estimates reflect this guidance as we believe DCGO will be able to grow its top line in the high-30% range for the foreseeable future. Although not formal guidance, management provided a target of $1B in revenue by 2025E during its Investor Day in June 2023. Of the $1B target, ~60% is expected to come from mobile health, ~26% is expected to come from transportation services, and ~14% is expected to come from remote patient monitoring, which is a new segment that is projected to start contributing revenue meaningfully in 2024E. DCGO would need to consistently deliver 40-45% y/y topline growth to reach its $1B target, which we view as challenging and does not leave room for error, so our revenue estimates for 2025E come in lower than $1B.

With respect to earnings, we believe DCGO can continue to achieve strong margins by growing its top line while mindfully managing costs, and our 2023E estimates for gross profit and EBITDA reflect this expectation. We do expect some near-term cost pressures that may bleed into 2024E as labor shortages and wage inflation drive up labor costs which are DCGO's highest expense. We view maintaining and growing its medical labor force as important for the company to execute its patient care but like that it recognizes areas that it can utilize technology to help its team be more efficient and productive. DCGO is changing its pricing models for certain services and solutions to shift away from relying so heavily on volume and instead focusing on value. Doing so helps insulate it from downside risk and also increases margins. We like that DGCO is not only aiming for growth but specifically growth in high-profit areas, as it targets projects that are profitable from day one or have short timelines.

Our EBITDA estimates are ahead of consensus in 2023E driven by good top-line growth, cost-management, and high-margin opportunities. With respect to gross profit, we are ahead of consensus in 2023E as well. In 1Q:23 mobile health revenue growth was down -19% y/y but the decline improved to -8% y/y in 2Q:23. This lumpiness is being driven by COVID testing slowing down substantially and a tougher comp from the pandemic's peak. As other areas in the business normalize, we expect mobile health to recover as well. DCGO's transportation services segment has continued to be a strong and steadily growing revenue stream for the company. We believe that DCGO will deliver on its 2023E guidance, which calls for revenue growth of +23-25% y/y.



**Exhibit 34: BTIG vs. Consensus Income Statement Projections for DCGO**

| DocGo, Inc. ($ thousands) | 2021A Actual | 2022A Actual | 2023E BTIG | 2023E Consensus | (Unfav) | 2024E BTIG | 2024E Consensus | (Unfav) |
|---|---|---|---|---|---|---|---|---|
| **Income Statement Category** | | | | | | | | |
| **Revenue** | $318,719 | $440,516 | $545,184 | $538,900 | $6,284 | $685,868 | $682,000 | $3,868 |
| *y/y growth* | | 38.2% | 23.8% | 22.3% | | 25.8% | 26.6% | |
| **Gross Profit** | $109,748 | $154,721 | $185,180 | $184,000 | $1,180 | $249,823 | $251,000 | ($1,177) |
| *y/y growth* | | 41.0% | 19.7% | 18.9% | | 34.9% | 36.4% | |
| *margin* | 34.4% | 35.1% | 34.0% | 34.1% | | 36.4% | 36.8% | |
| **Adjusted EBITDA** | $25,100 | $41,300 | $52,015 | $49,000 | $3,015 | $81,785 | $76,900 | $4,885 |
| *y/y growth* | | 64.5% | 25.9% | 18.6% | | 57.2% | 56.9% | |
| *margin* | 7.9% | 9.4% | 9.5% | 9.1% | | 11.9% | 11.3% | |

*Source: BTIG Research, FactSet*

## Balance Sheet and Cash Flow Statement

As of 2Q:23A, DCGO has approximately $109.2M in cash and cash equivalents and $14.6M in restricted cash. We expect DCGO to generate cash from operations of ~$70M+ in 2024E and 2025E after it uses 2023E as a year to continue to investing in the business and growing in a post-pandemic environment.

**Exhibit 35: BTIG CFFO Projections**



*Source: BTIG Research, Company Documents*

DCGO guides for revenue and EBITDA. In the chart below we can see how, according to FactSet, DocGo has performed relative to consensus expectations. We can see that in all 8 of the past 8 quarters DCGO has exceeded consensus expectations for revenue. With respect to EBITDA, we can see that DCGO has exceeded consensus expectations in 6 of the past 8 quarters. In each of the two most recent quarters, we estimate that the EBITDA miss was due to the company recovering and repositioning itself in a post-pandemic environment. We also believe that DCGO faced headwinds from an inflationary macroenvironment. We expect a focus on margins and normalization initiatives to drive a ramp-up in profitability in 2H:23.



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

**Exhibit 36: Surprise History vs. Consensus DocGo (DCGO)**

**Sales ($M)**

| Period | Event Date | After Event | Mean | Surp (%) |
|---|---|---|---|---|
| Sep '23E | - | - | 148.9 | - |
| Jun '23 | 08 Aug '23 | 125.5 | 119.8 | 4.8 |
| Mar '23 | 09 May '23 | 113.0 | 111.5 | 1.3 |
| Dec '22 | 14 Mar '23 | 108.8 | 104.9 | 3.7 |
| Sep '22 | 08 Nov '22 | 104.3 | 97.8 | 6.7 |
| Jun '22 | 09 Aug '22 | 109.5 | 97.9 | 11.8 |
| Mar '22 | 10 May '22 | 117.9 | 103.8 | 13.5 |
| Dec '21 | 28 Jan '22 | 121.3 | 96.8 | 25.3 |
| Sep '21 | 18 Nov '21 | 85.8 | 81.1 | 5.9 |

**EBITDA ($M)**

| After Event | Mean | Surp (%) |
|---|---|---|
| - | 15.3 | - |
| 9.1 | 8.4 | 7.7 |
| 5.6 | 6.4 | -11.9 |
| 6.8 | 8.4 | -19.1 |
| 8.4 | 8.2 | 2.7 |
| 12.3 | 7.4 | 67.2 |
| 13.6 | 8.2 | 65.9 |
| 17.3 | 5.3 | 223.5 |
| 4.1 | 3.5 | 16.5 |

*Source: FactSet, Company Documents*

## Valuation

DCGO currently trades at EV / 1.2x 2024E sales. Our PT of $15 is based on the stock trading at EV / 2.0x 2024E sales. DCGO is trading below the payer facing subsector average of EV / 1.4x 2024E sales as well as below peers like Teladoc trading at EV / 1.5x 2024E sales. Although DCGO does not have extremely high EBITDA or gross margins, margins have been resilient throughout the changing healthcare and financial dynamics. Currently, mobile health makes up ~64% of total revenue and transportation services make up the remaining ~36%, but it expects mobile health to make up 70%+ of revenue by 2023YE. DCGO is actively shifting its priorities and introducing new revenue segments. We like how DCGO provides value for stakeholders throughout the healthcare ecosystem, and our view is that it is making the correct decision to pursue health plans as the top client type to sell to given their scale and opportunities. DCGO has extensive technology powering its robust platform, and the company has shown its ability to continue to innovate and adapt to customer needs.

## Risks

**Health systems and hospitals may still follow a volume-based approach which results in providers being incentivized to do so too.** JAMA reports that health system physician compensation arrangements still primarily incentivize volume over value. A study of 31 physician organizations affiliated with 22 U.S. health systems found that volume was a component of primary care and specialist compensation for most physicians' offices, ~84% and ~93%, respectively, and represented a substantial portion of compensation when included, ~68% and ~74%, respectively. Although most primary care and specialist compensation arrangements did include performance-based incentives, they averaged less than 10% of compensation. The results suggest that despite an increase in the number of payers advocating for value-based payment arrangements, health systems currently still incentivize physicians to maximize volume to maximize their own revenues. Value-based payment made up just 6.7% of total medical revenue at primary care practices and only 5.5% for surgical specialties. This misalignment between stakeholders is a risk for DCGO, which derives a significant portion of its revenue from selling into health systems and yet its value proposition is to help lower volumes and keep people out of hospitals.

**Unsettled conflicts surrounding its New York City migrant contract may result in financial repercussions and harm DCGO's image.** The ongoing issue with the NYC contract is a significant risk to DCGO's business. Details are still limited, but a potential partial or entire termination of the $432M contract would be a material financial drag for DCGO. The resulting negative public perception might also make it difficult for DCGO to pursue additional opportunities with governments and municipalities in the future. The contract has a significant human element which would provide DCGO with a significant boost to its image if executed well, but on the flipside has downside risk if handled poorly. DCGO does not have control over the extensive media coverage on the program.  The KOL we spoke with highlighted that it is very normal to have some friction between lower-income and homeless populations and caregivers.



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

**DCGO relies on the financial strength of its clients.** Despite the increasing demand for alternative care models, offering solutions outside of their core business may not be a top priority for clients when they are financially challenged. The financial strength of health systems and hospitals and their budget priorities are crucial to DCGO. Health systems' revenue is closely correlated with volumes, so if they come under pressure as they did during the pandemic, health systems may not have the means to prioritize partnerships with DCGO, which would significantly limit its growth. Thus, DCGO has substantial risk based on how healthy its clients' operations are.

**An inability to control labor costs could substantially compress DCGO's margins.** Labor expenses, which include both directly employed personnel as well as subcontracted labor, are DCGO's largest cost, representing ~69% and ~60% of its 2022 and 2021 revenues, respectively. DCGO competes in a highly competitive labor market, especially in the healthcare sector that is seeing physician shortages and increasing wages. If DCGO struggles to attract and retain talent, its already significant labor costs may increase. DCGO is working to manage risks to labor expenses by engaging in discussions with its existing staffing agencies to negotiate lower prices and reduce the number of agencies that it works with to be more efficient.

**Large technology companies may start to increase their presence in healthcare.** DCGO views itself as a technology company, but it may be difficult for it to compete against technology giants like AMZN. Not only are they pure technology companies with experience in building robust platforms and resources to invest in new initiatives, but they also have the means to invest in healthcare if they wish to get involved in the space. AMZN has expressed interest in healthcare for several years now and made its largest leap when it closed its acquisition of One Medical in February. It also announced Amazon Clinic's expansion of its telehealth offering to all 50 states. Similar moves by large tech companies that increase their healthcare presence would make the space very crowded very quickly.

**Software defects or malfunctions for its products could hurt its reputation with customers and future business prospects.** DCGO's solutions depend upon continuous, effective, and reliable operation of its software, tools, and related capabilities. Defects or malfunctions in DCGO's software could lead to disruptions for users, which could lead to reputational harm and revenue loss while these issues are being repaired. Impacts may be serious if defects or malfunctions occur during emergency situations where patients require the correct care promptly. Issues are subject to arise at several different points, including scheduling, transporting, and providing care. Impacted clients may decide not to renew their contracts and prospective clients may decide not to engage with DCGO if they view its technology as unsecure and untrustworthy.

**EMRs contain sensitive personal health information.** On top of the risk from potential defects or malfunctions in its technology and related capabilities, DCGO handles large volumes of sensitive personal information that includes Social Security numbers, medications, and insurance claims. A breach into what is expected to be protected health information may make DCGO subject to investigations and penalties. It may also decrease trust and hurt its reputation among existing and prospective clients.

**DCGO operates in a highly regulated industry.** The U.S. healthcare industry is heavily regulated. Current laws and regulations include the U.S. federal Anti-Kickback Statute (AKS), the False Claims Act (FCA), the Civil Monetary Policies law, and federal consumer protection and unfair competition laws. The Department of Justice (DoJ) and U.S. Department of Health and Human Services (HHS) regularly monitor healthcare providers, which could result in government inquiries or investigations into DCGO.

**DCGO's largest client makes up a significant portion of its total revenue.** DCGO had one customer that accounted for ~35% of revenue in 2022. If this client were to terminate early or declines to renew its existing contract, it could have a substantial negative impact on DCGO's revenue and growth. Negotiating a slight decrease in pricing terms may also scale to a larger impact due to the size of the contract with this client.

**BTIG**

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

David Larsen / 212-738-6161

| DocGo, Inc. Income Statement | F2022A | MAR '23 | JUN '23 | SEP '23 | DEC '23 | F2023E | MAR '24 | JUN '24 | SEP '24 | DEC '24 | F2024E | F2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ Thousands | FY:22A | 1Q:23A | 2Q:23A | 3Q:23E | 4Q:23E | FY:23E | 1Q:24E | 2Q:24E | 3Q:24E | 4Q:24E | FY:24E | FY:25E |
| **Revenue Breakdown** | | | | | | | | | | | | |
| **Primary geographical markets** | | | | | | | | | | | | |
| United States | $419,578 | $98,910 | $112,603 | $132,302 | $143,723 | $487,537 | $138,945 | $146,452 | $160,428 | $171,456 | $617,281 | $759,183 |
| % Rev | 95.2% | 87.5% | 89.7% | 90.0% | 90.0% | 89.4% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 92.0% |
| y/y growth | 35.7% | -14.0% | 5.9% | 30.6% | 48.4% | 16.2% | 40.5% | 30.1% | 21.3% | 19.3% | 26.6% | 23.0% |
| United Kingdom | 20,938 | 14,093 | 12,884 | 14,700 | 15,969 | 57,646 | 15,438 | 16,272 | 17,825 | 19,051 | 68,587 | 66,016 |
| % Rev | 4.8% | 12.5% | 10.3% | 10.0% | 10.0% | 10.6% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 8.0% |
| y/y growth | 120.4% | 396.6% | 302.0% | 393.0% | 34.0% | 175.3% | 9.5% | 26.3% | 21.3% | 19.3% | 19.0% | -3.7% |
| Transportation services | $114,624 | $40,056 | $45,422 | $51,190 | $59,146 | $195,814 | $50,070 | $52,235 | $60,404 | $66,835 | $229,545 | $254,795 |
| % Rev | 26.0% | 35.4% | 36.2% | 34.8% | 37.0% | 35.9% | 32.4% | 32.1% | 33.9% | 35.1% | 33.5% | 30.9% |
| y/y growth | 36.0% | 44.0% | 104.8% | 85.0% | 60.0% | 70.8% | 25.0% | 15.0% | 18.0% | 13.0% | 17.2% | 11.0% |
| Mobile health | $325,891 | $72,947 | $80,065 | $95,812 | $100,546 | $349,370 | $104,314 | $110,489 | $117,849 | $123,672 | $456,324 | $570,404 |
| % Rev | 74.0% | 64.6% | 63.8% | 65.2% | 63.0% | 64.1% | 67.6% | 67.9% | 66.1% | 64.9% | 66.5% | 69.1% |
| y/y growth | 39.0% | -19.0% | -8.3% | 25.0% | 40.0% | 7.2% | 43.0% | 38.0% | 23.0% | 23.0% | 30.6% | 25.0% |
| **Total revenue** | **$440,516** | **$113,003** | **$125,487** | **$147,002** | **$159,692** | **$545,184** | **$154,384** | **$162,725** | **$178,253** | **$190,507** | **$685,868** | **$825,199** |
| % sequential growth | | 3.9% | 11.0% | 17.1% | 8.6% | | -3.3% | 5.4% | 9.5% | 6.9% | | |
| y/y growth | 38.2% | -4.1% | 14.6% | 40.9% | 46.8% | 23.8% | 36.6% | 29.7% | 21.3% | 19.3% | 25.8% | 20.3% |
| **Cost of revenues** | **$285,795** | **$81,226** | **$83,618** | **$94,528** | **$100,631** | **$360,004** | **$97,077** | **$103,550** | **$113,465** | **$121,954** | **$436,045** | **$510,182** |
| % Rev | 64.9% | 71.9% | 66.6% | 64.3% | 63.0% | 66.0% | 62.9% | 63.6% | 63.7% | 64.0% | 63.6% | 61.8% |
| % sequential growth | | 22.4% | 2.9% | 13.0% | 6.5% | | -0.2% | 6.7% | 9.6% | 7.5% | | |
| y/y growth | 36.8% | 4.2% | 19.2% | 32.7% | 51.6% | 26.0% | -12.5% | 23.8% | 20.0% | 21.2% | 21.1% | 17.0% |
| **Gross Profit** | **$154,721** | **$31,776** | **$41,869** | **$52,474** | **$59,061** | **$185,180** | **$57,307** | **$59,175** | **$64,787** | **$68,553** | **$249,823** | **$315,017** |
| margin | 35.1% | 28.1% | 33.4% | 35.7% | 37.0% | 34.0% | 37.1% | 36.4% | 36.3% | 36.0% | 36.4% | 38.2% |
| y/y bps | 69 | -573 | -256 | 400 | -200 | -116 | 900 | 300 | 65 | -100 | 246 | 175 |
| y/y growth | 41.0% | -20.4% | 6.4% | 58.7% | 39.3% | 19.7% | 80.3% | 41.3% | 23.5% | 16.1% | 34.9% | 26.1% |
| **Operating expenses:** | | | | | | | | | | | | |
| General and administrative | $103,403 | $29,220 | $30,797 | $33,810 | $36,729 | $130,557 | $35,817 | $37,752 | $41,355 | $44,198 | $159,121 | $195,160 |
| % Rev | 23.5% | 25.9% | 24.5% | 23.0% | 23.0% | 23.9% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.7% |
| y/y growth | 38.1% | 22.5% | 25.0% | 52.4% | 12.3% | 26.3% | 22.6% | 22.6% | 22.3% | 20.3% | 21.9% | 22.6% |
| Depreciation and amortization | 10,566 | 3,649 | 3,831 | 4,557 | 4,950 | 16,988 | 5,403 | 5,695 | 6,239 | 6,668 | 24,005 | 33,008 |
| % Rev | 2.4% | 3.2% | 3.1% | 3.1% | 3.1% | 3.1% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 4.0% |
| y/y growth | 40.7% | 65.8% | 88.0% | 51.2% | 49.5% | 60.8% | 48.1% | 48.7% | 36.9% | 34.7% | 41.3% | 37.5% |
| Legal and regulatory | 8,781 | 3,638 | 2,405 | 2,793 | 3,034 | 11,870 | 3,088 | 3,254 | 3,565 | 3,810 | 13,717 | 20,630 |
| % Rev | 2.0% | 3.2% | 1.9% | 1.9% | 1.9% | 2.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.5% |
| y/y growth | 124.7% | 169.9% | -21.4% | 26.9% | 39.8% | 35.2% | -15.1% | 35.3% | 27.6% | 25.6% | 15.6% | 50.4% |
| Technology and development | 5,385 | 1,864 | 2,574 | 2,646 | 2,874 | 9,958 | 3,088 | 3,254 | 3,565 | 3,810 | 13,717 | 24,756 |
| % Rev | 1.2% | 1.6% | 2.1% | 1.8% | 1.8% | 1.8% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 3.0% |
| y/y growth | 62.2% | 63.2% | 124.2% | 92.7% | 67.0% | 84.9% | 65.7% | 26.4% | 34.7% | 32.6% | 37.7% | 80.5% |
| Sales, advertising and marketing | 4,755 | 307 | 685 | 735 | 798 | 2,526 | 1,235 | 1,302 | 1,426 | 1,524 | 5,487 | 8,252 |
| % Rev | 1.1% | 0.3% | 0.5% | 0.5% | 0.5% | 0.5% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 1.0% |
| y/y growth | -0.1% | -75.6% | -31.5% | 709.0% | -66.8% | -46.9% | 302.0% | 89.9% | 94.0% | 90.9% | 117.2% | 50.4% |
| **Total operating expenses** | **$132,890** | **$38,679** | **$40,293** | **$44,542** | **$48,387** | **$171,900** | **$48,631** | **$51,258** | **$56,150** | **$60,010** | **$216,048** | **$281,805** |
| % Rev | 30.2% | 34.2% | 32.1% | 30.3% | 30.3% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 34.2% |
| y/y bps | 55 | 894 | 300 | 263 | -861 | 136 | -273 | -61 | 120 | 120 | -3 | 265 |
| y/y growth | 40.8% | 29.8% | 26.4% | 54.3% | 14.3% | 29.4% | 25.7% | 27.2% | 26.1% | 24.0% | 25.7% | 30.4% |
| **Total expenses** | **$418,684** | **$119,905** | **$123,911** | **$139,070** | **$149,018** | **$531,904** | **$145,708** | **$154,808** | **$169,615** | **$181,963** | **$652,094** | **$791,987** |
| % Rev | 95.0% | 106.1% | 98.7% | 94.6% | 93.3% | 97.6% | 94.4% | 95.1% | 95.2% | 95.5% | 95.1% | 96.0% |
| y/y bps | -14 | 1,467 | 555 | -137 | -661 | 252 | -1,173 | -361 | 55 | 220 | -249 | 90 |
| y/y growth | 38.0% | 11.2% | 21.4% | 38.9% | 37.1% | 27.0% | 21.5% | 24.9% | 22.0% | 22.1% | 22.6% | 21.5% |
| **Income (loss) from operations** | **$21,832** | **($6,903)** | **$1,576** | **$7,932** | **$10,675** | **$13,280** | **$8,676** | **$7,917** | **$8,638** | **$8,543** | **$33,774** | **$33,212** |
| margin | 5.0% | -6.1% | 1.3% | 5.4% | 6.7% | 2.4% | 5.6% | 4.9% | 4.8% | 4.5% | 4.9% | 4.0% |
| y/y bps | 14 | -1,467 | -555 | 137 | 661 | -252 | 1,173 | 361 | -55 | -220 | 249 | -90 |
| y/y growth | 42.2% | -168.4% | -78.9% | 88.9% | 13224.1% | -39.2% | -225.7% | 402.4% | 8.9% | -20.0% | 154.3% | -1.7% |
| **Other income (expenses):** | | | | | | | | | | | | |
| Interest income (expense), net | $763 | $809 | $522 | $500 | $500 | $2,331 | $500 | $500 | $500 | $500 | $2,000 | $2,000 |
| Loss on remeasurement of warrant liabilities | 1,127 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss on equity method investments | 9 | (115) | (91) | (100) | (100) | (406) | (100) | (100) | (100) | (100) | (400) | (400) |
| Loss on disposal of fixed assets | (21) | (55) | (99) | (100) | (100) | (353) | (100) | (100) | (100) | (100) | (400) | (400) |
| Other income (expenses) | (928) | 215 | (920) | (400) | (400) | (1,505) | (400) | (400) | (400) | (400) | (1,600) | (1,600) |
| **Total other income (expenses)** | **950** | **854** | **(587)** | **(100)** | **(100)** | **67** | **(100)** | **(100)** | **(100)** | **(100)** | **(400)** | **(400)** |
| Net (loss) income before income tax benefit (expense) | $22,782 | ($6,049) | $989 | $7,832 | $10,575 | $13,347 | $8,576 | $7,817 | $8,538 | $8,443 | $33,374 | $32,812 |
| Income tax benefit (provision) | 7,961 | 2,130 | 355 | 500 | 500 | 3,485 | 500 | 500 | 500 | 500 | 2,000 | 2,000 |
| **Net (loss) income** | **$30,743** | **($3,919)** | **$1,344** | **$8,332** | **$11,075** | **$16,832** | **$9,076** | **$8,317** | **$9,038** | **$8,943** | **$35,374** | **$34,812** |
| y/y growth | 60.3% | -141.8% | -88.6% | 237.8% | 54.9% | -45.3% | -331.6% | 519.0% | 8.5% | -19.2% | 110.2% | -1.6% |
| Net (loss) income attributable to noncontrolling interests | ($3,841) | ($453) | $3,355 | $3,400 | $3,400 | $9,702 | $3,400 | $3,400 | $3,400 | $3,400 | $13,600 | $13,600 |
| **Net (loss) income attributable to stockholders** | **$34,584** | **($3,466)** | **($2,011)** | **$4,932** | **$7,675** | **$7,130** | **$5,676** | **$4,917** | **$5,638** | **$5,543** | **$21,774** | **$21,212** |
| y/y growth | 45.7% | -132.6% | -115.8% | 56.4% | -4.8% | -79.4% | -263.8% | -344.5% | 14.3% | -27.8% | 205.4% | -2.6% |
| Other comprehensive (loss) income | | | | | | | | | | | | |
| Foreign currency translation adjustment | $774 | $244 | $406 | $400 | $400 | $1,449 | $400 | $400 | $400 | $400 | $1,600 | $1,600 |
| **Total comprehensive (loss) income** | **$35,358** | **($3,222)** | **($1,605)** | **$5,332** | **$8,075** | **$8,579** | **$6,076** | **$5,317** | **$6,038** | **$5,943** | **$23,374** | **$22,812** |
| y/y growth | 48.8% | -130.3% | -112.6% | 56.7% | -6.0% | -75.7% | -288.6% | -431.2% | 13.2% | -26.4% | 172.5% | -2.4% |
| **Net (loss) income per share:** | | | | | | | | | | | | |
| Basic | $0.34 | ($0.03) | ($0.02) | $0.05 | $0.07 | $0.07 | $0.05 | $0.05 | $0.05 | $0.05 | $0.20 | $0.19 |
| Diluted | $0.34 | ($0.03) | ($0.02) | $0.05 | $0.07 | $0.07 | $0.05 | $0.05 | $0.05 | $0.05 | $0.21 | $0.20 |
| **Weighted-average shares outstanding:** | | | | | | | | | | | | |
| Basic | 101,228 | 102,579 | 103,586 | 103,909 | 104,265 | 104,265 | 105,657 | 106,693 | 107,026 | 107,393 | 107,393 | 110,615 |
| y/y growth | 26.1% | 2.4% | 4.3% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Diluted | 102,976 | 102,579 | 103,586 | 104,181 | 104,006 | 104,006 | 103,605 | 104,622 | 105,223 | 105,046 | 105,046 | 106,096 |
| y/y growth | 8.6% | -11.3% | -10.1% | -3.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |

*Source: Company documents, BTIG Research*

David Larsen
(212) 738 6161
dlarsen@btig.com

| DocGo, Inc. Income Statement (cont'd) | F2022A | MAR '23 | JUN '23 | SEP '23 | DEC '23 | F2023E | MAR '24 | JUN '24 | SEP '24 | DEC '24 | F2024E | F2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ Thousands | FY:22A | 1Q:23A | 2Q:23A | 3Q:23E | 4Q:23E | FY:23E | 1Q:24E | 2Q:24E | 3Q:24E | 4Q:24E | FY:24E | FY:25E |
| **Reconciliation of net income (loss) to adjusted EBITDA** | | | | | | | | | | | | |
| **Net income (loss)** | **$30,700** | **($3,900)** | **$1,300** | **$8,332** | **$11,075** | **$16,807** | **$9,076** | **$8,317** | **$9,038** | **$8,943** | **$35,374** | **$34,812** |
| Net interest expense (income) | (800) | (800) | (500) | (500) | (500) | (2,300) | (500) | (500) | (500) | (500) | (2,000) | (2,000) |
| Income tax | (7,900) | (2,100) | (300) | (500) | (500) | (3,400) | (500) | (500) | (500) | (500) | (2,000) | (2,000) |
| Depreciation & amortization | 10,600 | 3,600 | 3,800 | 4,557 | 4,950 | 16,908 | 5,403 | 5,695 | 6,239 | 6,668 | 24,005 | 33,008 |
| Other (income) expense | (200) | (100) | 1,100 | 600 | 600 | 2,200 | 600 | 600 | 600 | 600 | 2,400 | 2,400 |
| **EBITDA** | **$32,400** | **($3,300)** | **$5,400** | **$12,489** | **$15,625** | **$30,214** | **$14,080** | **$13,612** | **$14,877** | **$15,211** | **$57,780** | **$66,220** |
| Non-cash stock compensation | 8,100 | 8,500 | 3,400 | 4,410 | 4,791 | 21,101 | 5,403 | 5,695 | 6,239 | 6,668 | 24,005 | 28,882 |
| Non-recurring expense | 800 | 400 | 300 | 0 | 0 | 700 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Adjusted EBITDA** | **$41,300** | **$5,600** | **$9,100** | **$16,899** | **$20,416** | **$52,015** | **$19,483** | **$19,308** | **$21,116** | **$21,879** | **$81,785** | **$95,102** |
| margin | 9.4% | 5.0% | 7.3% | 11.5% | 12.8% | 9.5% | 12.6% | 11.9% | 11.8% | 11.5% | 11.9% | 11.5% |
| y/y bps | 150 | -658 | -398 | 344 | 653 | 17 | 766 | 461 | 35 | -130 | 238 | -40 |
| y/y growth | 64.5% | -58.8% | -26.0% | 101.2% | 200.2% | 25.9% | 247.9% | 112.2% | 25.0% | 7.2% | 57.2% | 16.3% |

*Source: Company documents, BTIG Research*

**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

David Larsen / 212-738-6161

| DocGo, Inc. Balance Sheet | F2022A | F2023E | F2024E | F2025E |
|---|---|---|---|---|
| $ Thousands | FY:22A | FY:23E | FY:24E | FY:25E |
| **Current assets:** | | | | |
| Cash and cash equivalents | $157,335 | $124,504 | $187,110 | $258,053 |
| Accounts receivable | 102,995 | 150,799 | 179,898 | 216,037 |
| Assets held for sale | 4,480 | 0 | 0 | 0 |
| Prepaid expenses and other current assets | 6,270 | 8,637 | 10,303 | 12,373 |
| **Total current assets** | **$271,081** | **$283,941** | **$377,311** | **$486,462** |
| | | | | |
| Property and equipment, net | $21,258 | $21,625 | $17,507 | $7,088 |
| Intangibles, net | 22,969 | 33,055 | 21,567 | 7,379 |
| Goodwill | 38,900 | 47,821 | 47,821 | 47,821 |
| Restricted cash | 6,774 | 14,601 | 14,601 | 14,601 |
| Operating lease right-of-use assets | 9,074 | 8,889 | 8,089 | 7,289 |
| Finance lease right-of-use assets | 9,040 | 9,000 | 9,000 | 9,000 |
| Equity method investment | 598 | 192 | (208) | (608) |
| Deferred tax assets | 9,958 | 11,250 | 11,250 | 11,250 |
| Other assets | 3,625 | 3,600 | 3,600 | 3,600 |
| **Total assets** | **$393,278** | **$433,973** | **$510,538** | **$593,882** |
| | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $21,583 | $8,515 | $10,158 | $12,198 |
| Accrued liabilities | 31,573 | 44,270 | 52,812 | 63,421 |
| Line of credit | 0 | 0 | 0 | 0 |
| Notes payable, current | 665 | 700 | 700 | 700 |
| Due to seller | 26,244 | 18,000 | 19,000 | 20,000 |
| Contingent consideration | 10,556 | 27,000 | 27,000 | 27,000 |
| Operating lease liability, current | 2,325 | 2,500 | 2,500 | 2,500 |
| Liabilities held for sale | 4,480 | 0 | 0 | 0 |
| Finance lease liability, current | 2,733 | 2,700 | 2,700 | 2,700 |
| **Total current liabilities** | **$100,158** | **$103,684** | **$114,870** | **$128,519** |
| | | | | |
| Notes payable, non-current | $1,237 | $1,600 | $1,600 | $1,600 |
| Operating lease liability, non-current | 7,041 | 7,200 | 7,200 | 7,200 |
| Finance lease liability, non-current | 5,914 | 6,000 | 6,000 | 6,000 |
| Warrant liabilities | 0 | 0 | 0 | 0 |
| **Total liabilities** | **$114,350** | **$118,484** | **$129,670** | **$143,319** |
| **Stockholder's equity** | | | | |
| Common stock | $10 | $10 | $10 | $10 |
| Additional paid-in-capital | 301,451 | 324,302 | 354,307 | 389,189 |
| Accumulated deficit | (28,972) | (14,323) | 21,051 | 55,863 |
| Accumulated other comprehensive loss | 741 | 1,400 | 1,400 | 1,400 |
| Total stockholders' equity attributable to DocGo Inc. | $273,231 | $311,389 | $376,769 | $446,463 |
| Noncontrolling interests | 5,697 | 4,100 | 4,100 | 4,100 |
| **Total stockholders' equity** | **$278,927** | **$315,489** | **$380,869** | **$450,563** |
| **Total liabilities and stockholders' equity** | **$393,278** | **$433,973** | **$510,538** | **$593,882** |

Source: Company documents, BTIG Research



HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

David Larsen / 212-738-6161

| DocGo, Inc. Statement of Cash Flows | F2022A | F2023E | F2024E | F2025E |
|---|---|---|---|---|
| $ Thousands | FY:22A | FY:23E | FY:24E | FY:25E |
| **Cash flows from operating activities:** | | | | |
| Net (loss) income | $30,743 | $16,832 | $35,374 | $34,812 |
| **Adjustments to reconcile net (loss) income to net cash provided by operating activities** | | | | |
| Depreciation of property and equipment | $4,114 | $8,090 | $15,025 | $24,028 |
| Amortization of intangible assets | 3,215 | 5,621 | 5,680 | 5,680 |
| Amortization of finance lease right-of-use assets | 3,236 | 3,277 | 3,300 | 3,300 |
| Loss on disposal of assets | 21 | 353 | 400 | 400 |
| Deferred tax asset | (9,958) | (1,292) | 0 | 0 |
| Loss on equity method investment | (9) | 406 | 400 | 400 |
| Bad debt expense | 3,815 | 3,977 | 6,000 | 6,000 |
| Stock based compensation | 8,055 | 21,002 | 24,005 | 28,882 |
| Loss on remeasurement of warrant liabilities | (1,127) | 0 | 0 | 0 |
| Gain on liquidation of business | 0 | 70 | 0 | 0 |
| Other | (60) | (97) | 0 | 0 |
| **Changes in operating assets and liabilities** | | | | |
| Accounts receivable | (8,416) | (47,708) | (29,099) | (36,139) |
| Prepaid expenses and other current assets | (4,181) | (2,073) | (1,667) | (2,070) |
| Other assets | 1,748 | 286 | 400 | 400 |
| Accounts payable | 3,637 | (13,077) | 1,643 | 2,041 |
| Accrued liabilities | (5,964) | 10,681 | 8,542 | 10,609 |
| **Net cash (used in) provided by operating activities** | **$28,870** | **$6,346** | **$70,005** | **$78,343** |
| | | | | |
| **Cash flows from investing activities:** | | | | |
| Acquisition of property and equipment | ($3,198) | ($6,760) | ($6,400) | ($6,400) |
| Acquisition of intangibles | (2,300) | (2,932) | (2,000) | (2,000) |
| Acquisition of business | (32,953) | (20,203) | 0 | 0 |
| Proceeds from disposal of property and equipment | 3 | 277 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 |
| **Net cash used in investing activities** | **($38,448)** | **($29,617)** | **($8,400)** | **($8,400)** |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Proceeds from revolving credit line | $0 | $0 | $0 | $0 |
| Repayments of notes payable | (925) | (225) | 0 | 0 |
| Due to seller | (2,536) | (2,452) | 1,000 | 1,000 |
| Noncontrolling interest contributions | 2,063 | 511 | 0 | 0 |
| Proceeds from exercise of stock options | 1,981 | 1,123 | 0 | 0 |
| Equity costs | (20) | (0) | 0 | 0 |
| Payments on obligations under finance lease | (2,986) | (1,396) | 0 | 0 |
| Other | (3,758) | 21 | 0 | 0 |
| **Net cash (used in) provided by financing activites** | **($6,180)** | **($2,417)** | **$1,000** | **$1,000** |
| Effect of exchange rate changes on cash and cash equivalents | 761 | 685 | 0 | 0 |
| Net increase in cash and restricted cash | (14,997) | (25,004) | 62,605 | 70,943 |
| Cash and restricted cash at beginning of period | 179,106 | 164,109 | 139,105 | 201,711 |
| **Cash and restricted cash at end of period** | **$164,109** | **$139,105** | **$201,711** | **$272,654** |

Source: Company documents, BTIG Research

**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## BTIG Covered Companies Mentioned in this Report

DocGo, Inc. (DCGO, Buy, $15 PT; Closing Price: $9.38)
Accolade, Inc. (ACCD, Neutral, Closing Price: $9.64)
American Well Corp. (AMWL, Neutral, Closing Price: $1.18)
Sharecare, Inc. (SHCR, Buy, $5 PT;  Closing Price: $0.94)
Teladoc Health, Inc. (TDOC, Neutral, Closing Price: $19.10)
Uber Technologies, Inc. (UBER, Buy, $70 PT;  Closing Price: $62.72)



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, David Larsen, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

**Ratings Definitions**

**BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:**

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of August 18, 2023):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 257 | 61.0% | Buy | 74 | 28.8% |
| Neutral | 158 | 37.5% | Neutral | 23 | 14.6% |
| Sell | 6 | 1.4% | Sell | 0 | 0.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### DocGo, Inc. (DCGO, Buy, $15 PT)

**Valuation:** DCGO currently trades at EV / 1.2x 2024E sales. Our PT of $15 is based on the stock trading at EV / 2.0x 2024E sales. DCGO is trading below the payer facing subsector average of EV / 1.4x 2024E sales as well as below peers like Teladoc (TDOC, Neutral) trading at EV / 1.5x 2024E sales. Although DCGO does not have extremely high EBITDA or gross margins, margins have been resilient throughout the changing healthcare and financial dynamics. Currently, mobile health makes up ~64% of total revenue and transportation services make up the remaining ~36%, but it expects mobile health to make up 70%+ of revenue by 2023YE. DCGO is actively shifting its priorities and introducing new revenue segments. We like how DCGO provides value for stakeholders throughout the healthcare ecosystem, and our view is that it is making the correct decision to pursue health plans as the top client type to sell to given their scale and opportunities. DCGO has extensive technology powering its robust platform, and the company has shown its ability to continue to innovate and adapt to customer needs.

**BTIG**

HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH

**Risks:** DCGO faces competition from healthcare companies that offer solutions in areas that overlap with DCGO's, such as Teladoc (TDOC, Neutral) and Amwell (AMWL, Neutral) with offerings in telehealth and Oak Street (CVS, Not Rated) with in-person care options. Although the solutions that each of these competitors currently offers are fragmented, which differentiates DCGO, they may choose to create more comprehensive suites of solutions and introduce new offerings that can compete in each area against DCGO's. DCGO also faces pressure from technology companies that are increasingly getting involved in the healthcare space, including Amazon's (AMZN, Not Rated) acquisition of OneMedical and Uber's (UBER, Buy, $60 PT; Analyst: Jake Fuller) initiatives through Uber Health. Large tech companies have extensive resources and experience in developing complex technologies. If DCGO's services and solutions become less differentiated or if competitors develop technology that is similar, DCGO could have a significant decline in its competitive edge. DCGO relies on a strong retention rate as it pursues additional wins and introduces new offerings, so a crowded market with more options presented to customers may cause DCGO to lose share. A recession and macroeconomic instability may trigger hospitals to tighten budgets and rein in spending on health tech. They may lead health plans also to prioritize other areas. DCGO relies on continued trends of patients seeking out alternate care channels, whether in the home or virtually, so a return to fully in-person visits would negatively affect it. It is working through the concerns that have recently emerged related to its migrant settlement contract with the City of New York.



**DocGo, Inc. Rating History as of 08/17/2023**

American Well Corp. (AMWL, Neutral)

**Valuation:** We rate shares of AMWL Neutral. The stock is currently trading at (0.3x) EV / 2025E sales, which is below the health-tech payer group average of 1.2x. Our view is that many other stocks in the sector, such as Sharecare (SHCR, Buy, $5 PT), will deliver higher organic revenue growth, with higher margins. BTIG does not provide price targets on Neutral-rated stocks.
**Risks:** Amwell is a health-tech company that faces all of the standard risks for the industry. These include volatility in demand in telehealth due to the pandemic, a history of operating losses, the rapid rate of technology advancements, a highly competitive telehealth market, significant customer concentration, a complicated and evolving healthcare regulatory environment, protection of intellectual property, the risk of litigation, governance and control and internal controls and reporting.



**American Well Corp. Rating History as of 08/17/2023**



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## Teladoc Health, Inc. (TDOC, Neutral)

**Valuation:** TDOC is trading at EV / 9.1x our 2025E EBITDA, which compares to the sub-sector average of 14.1x. BTIG does not provide price targets for Neutral-rated stocks.

**Risks:** Teladoc faces a wide array of risks that are typical of healthcare technology firms. These include changes in laws that could threaten the business model and restrict services, changes in government and healthcare regulations, changes in reimbursement, the firm's reliance on a slew of third-party vendors and physicians, changes in exchange rates and international laws and rules, rapid changes in the technology industry, debt and business integration risk, a highly competitive industry, a long sales cycle, and software development, coding and R&D efforts.



## Uber Technologies, Inc. (UBER, Buy, $70 PT)

**Valuation:** Our $70 PT is based on the following: 1) 2023-2026 bookings CAGR of 14%; 2) 26% 2026 take-rate; 3) 19% 2026 EBITDA margin (5% on margin on bookings); 3) 18x 2026 EBITDA multiple and we discount back.

**Risks:** Risks to our estimates and price target include: 1) UBER faces a number of legal-regulatory challenges, including the employment status of drivers, which could have a significant impact on future earnings; 2) Investment to expand delivery operations into new categories could limit profitability over the next several years; 3) Competition in both the rideshare and delivery categories is intense, and that could present challenges to reaching long-term margin objectives.





**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: DocGo, Inc. (DCGO)

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: American Well Corp. (AMWL)

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Teladoc Health, Inc. (TDOC)

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Uber Technologies, Inc. (UBER)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or



**HEALTHCARE IT AND DIGITAL HEALTH EQUITY RESEARCH**

warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.