UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOE NACLERIO, Individually and on Behalf of All
Others Similarly Situated,

                Plaintiff,

    v.

DOCGO INC., STAN VASHOVSKY, ANTHONY
CAPONE, and ANDRE OBERHOLZER,

                Defendants.

                                      x
: No. 1:23-cv-09476-KPF
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION OF JASON J. MENDRO IN SUPPORT OF DEFENDANTS DOCGO
INC., VASHOVSKY, AND OBERHOLZER'S MOTION TO DISMISS THE AMENDED
COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

# EXHIBIT 4

## *DocGo CEO's comments on contracts appear inaccurate*

The Times-Union (Albany, NY)

September 10, 2023 Sunday

TimesUnion EDITION

Copyright 2023 The Hearst Corporation All Rights Reserved

**Section:** A; Pg. A001

**Length:** 2051 words

**Byline:** Joshua Solomon

## Body

ALBANY -- *DocGo* CEO Anthony Capone made apparent misstatements to investors about the publicly traded company's business dealings, including inflating the amount of a federal contract that it's pursuing to provide services for migrants at the southern border.

Interviews with federal and state officials, health care professionals and information provided by *DocGo*'s public relations firm indicate Capone also appeared to mischaracterize the company's strategy for "long-term revenue streams" that he tied to acquiring new patients through the migrant contract.

The CEO's questionable statements came as *DocGo* has faced increasing scrutiny for a $432 million no-bid contract that it signed with New York City to provide sheltering services to migrants beginning in May.

In recent weeks, that scrutiny has included an investigation by the state attorney general's office, allegations by New York's Department of State of "significant violations" by the company's security subcontractors, and the rejection of *DocGo*'s emergency contract by the New York City comptroller's office.

Despite the turmoil, New York City Mayor Eric Adams has reiterated his intention to stick with *DocGo*. "We can't change the rules in the middle of the game," Adams said Wednesday.

The focus of the inquiries into *DocGo*'s work has involved the services the company has provided for migrants, often with the company's defenders brushing off the issues as one-off problems with rogue actors.

At an investor conference last month, hosted by Canaccord Genuity, Capone explained why he was confident the company could avoid a revenue dip after its one-year migrant services contract with New York City expires. (A link to the video interview on *DocGo*'s website has since been taken down by the company.)

"There's a high degree of confidence," Capone said. "We did this, in large part, because it gave us all of the credibility to win the Border Patrol (contract), which we've been working on for seven to eight months. And that's a five-year contract worth over $4 billion."

"Almost a billion dollars a year that contract is worth and that one allows us to treat all of the asylum seekers as soon as they come across the border in that 72-hour stint," Capone continued. "And we've been working on that for a very long time. Now that we are one of the largest care providers for asylum seekers in the country it gives us enormous credibility."

But the five-year contract to provide medical services at the southern border for the U.S. Customs and Border Protection is far below the $4 billion Capone cited in his comments to investors, according to a spokeswoman for the agency.

DocGo CEO's comments on contracts appear inaccurate

And according to multiple sources familiar with the ongoing bidding process, the border medical services contract is valued at $2 billion, up from its initial, but later contested, award to a company in October for $1 billion. (An agency source said the only contract valued near $4 billion is for the construction of the border wall.)

"We recommend that you reconcile this number with the latest request for proposal documents,"Michael Padovano, a vice president for 5W Public Relations, which is responding to questions for *DocGo*, said in a statement.

The latest available public documents, from October, place the amount of the southern border contract at roughly $1 billion. Documents independently obtained by the Times Union, which are from December, reflect an increase in the amount of the contract associated with providing vaccines and "surge," but it does not indicate the amount will be close to $4 billion.

'Legal services are not included'

Earlier in the week, Padovano sought to clarify statements Capone made at the recent investor's conference that were reported by the Times Union. He reached out after the firm had not responded to requests for comment for the initial story.

Padovano's clarifications were sent to the newspaper the same day *DocGo* received a letter from New York City Comptroller Brad Lander informing the company the office planned to reject its $432 million migrant services contract. But it appears Adams will override the comptroller's actions.

Padovano said the company initially submitted its southern border contract bid in August 2022 and that a timeline from the federal government for its award has not been released. Capone had said "the award is supposed to come out in September."

A spokeswoman for the U.S. Customs and Border Protection last week said that it expects its five-year medical services contract at the southern border to be awarded in late October or early November.

Several other statements from Padovano seem to contradict what Capone told investors.

Capone said "to understand the financials of our one contract with New York City, yes, it's $432 million, that's over 12 months. Of that, about $120 million are for services that are not to the core of *DocGo* and we're not going to recognize as revenue."

"The city has asked us, hey, we also need you to provide food. That's ok, that's a pass-through reimbursement," Capone continued. "Food, laundry, legal services, stuff like that."

But Padovano said: "Legal services are not included in *DocGo*'s scope of services in its contract."

A source familiar with the contract said legal services are included in the scope of work of the contract. *DocGo* has declined to provide a copy of the contract; city and state officials have also declined to release copies of the contract, which is a public record.

Padovano added that the company, "collaborates with community-based organizations that provide these additional supplemental services when available," and "*DocGo* makes every effort to connect asylum seekers with resources and organizations providing these services in the community."

Migrants staying in the Capital Region have told the Times Union they have received sparse, if any, legal resources from *DocGo* while in its care since May.

Local providers, including Albany Law School, have sought at their own expense to help migrants with legal work that could assist them to gain lawful employment and no longer be reliant on shelter services.

Medicaid

DocGo CEO's comments on contracts appear inaccurate

At the investor conference, Capone said for the "first time" the company is showing the "municipal sector has long-term revenue opportunity in our payer vertical."

The *DocGo* CEO had been asked about his top takeaways from the financial quarter that had just closed. He described traditional fiscal challenges in the health provider sector.

"The biggest issue with usually acquiring patients is that you have to pay," Capone said. "You have a large customer acquisition cost to bring them in. We have none of that. Actually somebody pays us. The municipality pays us to treat these individuals."

Capone then provided details about the company's New York City migrant contract.

"We have already signed up over 3,000 asylum seekers onto New York state Medicaid through UnitedHealthcare," Capone said.

"Because we signed them up, now we have the ability to become their primary care provider and treat the preventable diseases on a long-term basis being able to eventually get this per member, per month reimbursement because we are now comprehensively taking their care," he countinued.

*DocGo*'s public relations firm sought to walk back those statements.

"*DocGo* does not enroll anyone in Medicaid programs, nor do we make any determinations regarding who qualifies for Medicaid programs," Padovano said.

He added: "*DocGo* does not 'sign up' anyone for Medicaid and assignment as a primary care provider is not a 'byproduct' of this process."

Migrants who are not yet state residents and have yet to formally apply for asylum may not be eligible to be enrolled onto the state's Medicaid managed care program, based on a review of state and New York City health insurance guidance.

"United has that manage Medicaid contract with New York state," Capone said. "We have that ability to enroll them in United's managed care program, but in doing so we become their attributed (primary care physician) and we can begin to provide care for them on a long term basis."

The company's public relations firm later corrected the statement to emphasize *DocGo* does not enroll anyone in Medicaid programs. A UnitedHealthcare representative cited a different point: The firm does not have a contract with *DocGo* in New York. A state Department of Health spokeswoman said a provider can only receive a per-member, per-month reimbursement from Medicaid through a contractual agreement with a managed care plan.

"We are committed to providing high-quality affordable care for the individuals we have the privilege to serve in New York and urge members to contact us if they have questions regarding their coverage," UnitedHealthcare's representative said in a statement.

Padovano said *DocGo* "provides mobile urgent care at the emergency sites with families with children through an onsite advanced practice provider," but for "primary care and other medical needs, we connect asylum seekers to federally qualified health centers."

He added, "in some instances, *DocGo* may become the designated primary care provider for individuals who enroll in Medicaid either because the individual affirmatively selects *DocGo* or because they are assigned to *DocGo* through the managed care attribution process."

Last month, *DocGo*'s marketing director, Amanda Jennings, told the Times Union that the company has "medical care, shelter, case management support, licensed social workers, onsite security and transportation" at the hotels it is using as shelters.

DocGo CEO's comments on contracts appear inaccurate

She also had said *DocGo* "places advanced practice providers and physician assistants on-site as directed by the city and as needed." Advanced practice providers typically are physician assistants or nurse practitioners.

Capone, during an earnings call last month, told investors *DocGo* was contracted by New York City to "provide primary care, urgent care, behavioral health, social work and other supporting services to migrant populations in New York."

Following the earnings call and the investor conference, *DocGo*'s stock price shot up.

It has since retreated and, following the rejection by the comptroller's office, it fell so quickly that it qualified for a momentary federal block on "short" dealings.

During the fluctuating market turmoil, migrants in the Capital Region have reported challenges in receiving adequate health care services while under *DocGo*'s care.

Advocates have detailed stories of taking care into their own hands while *DocGo* continues to report its best financial quarter in the company's history, buoyed by a wealth of government contracts.

*DocGo* officials, in a text thread with advocates last month, cautioned against allowing migrants to go to a Capital Region clothing drive because of "health concerns" at the shelters.

As advocates attempt to help out migrants -- heading to pharmacies to buy over-the-counter medicines for rashes, connecting a child with a local dentist for pro-bono work on a cavity, organizing transportation for care -- local physicians are finding needs not being met in the shelters.

"There's absolutely zero evidence that they're providing any primary care," Joe Gambino, CEO at Hometown Health Center in Schenectady, said in an interview last week.

His practice has taken on health needs of some migrants, particularly those at the Super 8 motel in Rotterdam. Gambino said through Sept. 1, individuals were coming in with no health insurance. Fidelis Care has recently begun signing up migrants at the shelters for health insurance, he said.

Gambino, who runs a federally qualified health center, said he has instructed his staff to take care of anyone that walks through the doors of his practice. Alongside the local health department and school district, they have been working to provide vaccinations for migrants, too.

"If they're ding health care, why would there be such a need?" said Gambino, who questioned whether health care providers are in fact on site as *DocGo* says there are at the facilities with families and children.

As for his own billing, Gambino said his practice has taken on the costs while he awaits further direction.

"I figured in the end the state may come up with something to say look if you did incur any costs, submit whatever you did, and there will be a reimbursement," Gambino said. "If there is, great. If there's not, so

be it."

**Load-Date:** September 10, 2023

---

**End of Document**