UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated, | x : : : : : |
| Plaintiff, | : |
| v. | : No. 1:23-cv-09476-KPF |
| DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, and ANDRE OBERHOLZER, | : : : : |
| Defendants. | : x |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION OF JASON J. MENDRO IN SUPPORT OF DEFENDANTS DOCGO INC., VASHOVSKY, AND OBERHOLZER'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

# EXHIBIT 5



Services    News    Government

## Department of Health

**Individuals/Families**    **Providers/Professionals**    **Health Facilities**    **Health Data**    **About Us**

**Search**

Home Page > New York State Medicaid > How to Apply for NY Medicaid

# How to Apply for NY Medicaid

**You may apply for Medicaid in the following ways:**

- Through **NY State of Health: The Official Health Plan Marketplace**

  - **Enrollment Assistors** offer free personalized help.

  - To speak with the Marketplace Customer Service Center call **(855) 355-5777** (TTY: 1-800-662-1220)

- Through a Managed Care Organization (MCO)

- Call the Medicaid Helpline **(800) 541-2831**

- Through your **Local Department of Social Services Office**

Where you apply for Medicaid will depend on your category of eligibility. Certain applicants may apply through NY State of Health while others may need to apply through their Local Department of Social Service (LDSS). No matter where you start, representatives will help make sure you are able to apply in the correct location. For more information on determining your category of eligibility and where you should apply read on.

---

NY State of Health determines eligibility using Modified Adjusted Gross Income (MAGI) Rules. In general, income is counted with the same rules as the Internal Revenue Service (IRS) with minor variations. Individuals who are part of the *MAGI* eligibility groups listed below should apply with **NY State of Health** .

- Adults 19-64 years of age who are not eligible for Medicare,

- Children 1 - 18 years of age

- Infants (under age 1),

- Pregnant Individuals,

- Parents and Caretaker Relatives of any age, who may have Medicare.

Individuals who are part of the *non-MAGI* eligibility groups listed below should apply with their **Local**

**Department of Social Services (LDSS)** or a **Facilitated Enroller for the Aged, Blind and Disabled** .

- Individuals 65 years of age and older, who are not a parent or caretaker relative,

- Individuals who are blind or disabled who do not meet the criteria of any of the above MAGI eligibility groups, including those individuals with an immediate need for Personal Care Services (PCS) or Consumer Directed Personal Assistance Services (CDPAS),

- Residents of Adult Homes run by LDSS, OMH, Residential Care Centers/Community Residences,

- Individuals eligible for the following programs:

  - Medicare Savings Program (MSP)

  - COBRA

  - AIDS Health Insurance Program (AHIP)

  - Medicaid Buy-in Program for Working People with Disabilities

- Foster care and former foster care youth

- Individuals screened for Presumptive Eligibility (PE) with a provider

**Other factors that may affect your eligibility include:**

- State Residency

- Citizenship or Immigration Status

- Family or Household size

- Income

**Please Note:** *Applicants will be notified if proof of any of the above factors will be required to complete the processing of their application.*

## Medicaid Application for Non-MAGI Eligibility Group (DOH-4220)

This application (DOH-4220) should only be printed and completed if you are applying for Medicaid with your Local Department of Social Service (LDSS) and meet any of the criteria listed above for the "non-MAGI" eligibility group, or you are applying for Medicaid with a spenddown.

This application is currently available in the following languages:

English, Spanish, Chinese, Haitian Creole, Italian, Korean, Russian, Yiddish, Polish, Bengali, Arabic

## Supplement A (DOH-5178A)

This form (DOH-5178A) is a supplement to the Non-MAGI Medicaid Application (DOH-4220) above and completion is required for many applicants.

This form is currently available in the following languages:

English, Spanish, Chinese, Haitian Creole, Italian, Korean, Russian

---

## Of special interest to persons with disabilities:

If you think that you are disabled, but you do not have a certification of disability (e.g. from the Social Security Administration), you may be eligible for Medicaid even if your income is otherwise too high. You should apply at the Local Department of Social Services (LDSS). When you do, a referral will be made to the State Disability Review Unit (SDRU), where your medical information will be gathered in order to determine if you are certified disabled using the Social Security Administration's disability criteria. It may be necessary for you to have further examinations and/or tests for the disability to be determined. The cost of such examinations, consultations, and tests requested by the disability review unit, if not otherwise covered, will be covered by the LDSS or the State Disability Review Unit.

**Please Note:** *Persons who are denied for reasons of failure to meet the disability criteria are entitled to appeal the disability decision that led to the denial of their application. The decision notice will contain information about appeal rights. See also the section of this page entitled "*[What are my rights?](#)*". Any person dissatisfied with the appeal decision of the New York State Office of Temporary and Disability Assistance may also appeal to the court system.*

---

## You may be required to apply for Medicare as a condition of eligibility for Medicaid.

Please review the following information on who is required to apply for Medicare and how to apply: [OHIP-0112](#).

If you are blind or visually impaired many of DOH's forms are available in an [alternative format](#). You may also submit form DOH-5130 (Alternative Format Supplement) to request information in an alternate format if you are blind or visually impaired.

Form [DOH-5130](#) is available in the following languages:
[Arabic](#), [Bengali](#), [Spanish](#), [Chinese](#), [French](#), [Haitian Creole](#), [Italian](#), [Korean](#), [Polish](#), [Russian](#), [Urdu](#), [Yiddish](#)

### Need help applying for MEDICARE?

If you have Medicaid and need help apply for MEDICARE the New York State Department of Health has contracted with several agencies that can help you. Contact one of our Facilitated Enrollers who can help you apply for **MEDICARE**. Facilitated Enrollers provide free, in person help in your community. To find a Facilitated Enroller near you, please see the list below of agencies, their contact phone number and the counties they serve.

- [Contact List of Facilitated Enrollers](#)

---

# Frequently Asked Questions

Open All    Close All

## Eligibility

> **+**    **Learn about eligibility criteria for Medicaid, including income levels and what documents are required to apply.**

## Children and Pregnant Individuals

> **+**    **Learn about Medicaid eligibility for children and pregnant individuals.**

## Applicants who are Blind, Disabled, and/or Over 65 Years of Age

> **+**    **Learn about specific circumstances for certain categories of applicants.**

## Application Process and Fair Hearings

> **+**    **Learn about what happens when you apply for Medicaid and how you can request a *"fair hearing"* if needed.**

## Additional Programs and Resources

> **+**    **Learn where to find information on additional NY Medicaid administered programs.**

Questions or comments: medicaid@health.ny.gov                Revised: February 2024

**Department of Health**

**General Information**

| | | |
|---|---|---|
| James V. McDonald, M.D., M.P.H., Commissioner | About the Department of Health | Meetings & Webcasts |
| | Employment Opportunities | Wadsworth Center |
| AIDS Institute | New York State Veterans Homes | NY State of Health (Health Plan Marketplace) |
| New York State Public Health Corps | Contact | Councils and Boards |
| | Grants & Funding Opportunities | Laws & Regulations |
| Press Releases, Reports & Publications | Freedom of Information Law (FOIL) | Forms |

## Current Issues/Info

Abortion in NYS: Know Your Rights

Addressing the Opioid Epidemic

Cannabis

Climate Change and Health

COVID

Donate Life - Enroll Today!

Drinking Water Protection Program

Ending the Epidemic

Exposure to Smoke from Fires

Flu (Influenza)

Long COVID

Maternal Mortality

Master Plan for Aging

Measles

Medicaid in New York State

New York State Physician Profile

Outdoor Air and Health

Polio

RSV

Vaping and E-Cigarettes

Wastewater Surveillance

## Help

Help Increasing the Text Size in Your Web Browser

File Formats Used on this Web Site

Disclaimer

Privacy Policy

Accessibility

## Language Assistance

English

Español (Spanish)

中文 (Chinese)

Русский (Russian)

ইংরেজি (Bengali)

Italiano (Italian)

Kreyòl Ayisyen (Haitian-Creole)

한국어 (Korean)

ייִדיש (Yiddish)

العربية (Arabic)

Polski (Polish)

Français (French)

أردُو (Urdu)

Website Language Translations

--- CONNECT WITH US ---

FACEBOOK

TWITTER

YOUTUBE

PINTEREST

INSTAGRAM

FLICKR

LINKEDIN

THREADS

Agencies   App Directory   Counties   Events   Programs

Services

☐ **Translation Services**   This page is available in other languages