UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated, | x : : : : : | |
| Plaintiff, | : : | No. 1:23-cv-09476-KPF |
| v. | : : | |
| DOCGO INC., STAN VASHOVSKY, ANTHONY CAPONE, and ANDRE OBERHOLZER, | : : : : | |
| Defendants. | : x | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION OF JASON J. MENDRO IN SUPPORT OF DEFENDANTS DOCGO INC., VASHOVSKY, AND OBERHOLZER'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

# EXHIBIT 6

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

DocGo Inc at Canaccord Genuity Growth Conference

EVENT DATE/TIME: AUGUST 09, 2023 / 12:30PM GMT

REFINITIV

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

## AUGUST 09, 2023 / 12:30PM GMT, DocGo Inc at Canaccord Genuity Growth Conference

### CORPORATE PARTICIPANTS

**Anthony Capone** *DocGo Inc. - CEO*

### CONFERENCE CALL PARTICIPANTS

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

### PRESENTATION

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Thank you again for attending Canaccord Genuity's Growth Conference. I'm Richard Close with Canaccord Genuity Research covering digital and tech-enabled health. We're excited to have DocGo with us today. It's, I definitely think, one of the most interesting companies in our coverage, one of our focus stock, a lot of investor interest for sure. And for the first time where we have CEO, Anthony Capone to dive into the story. So before we dive into a lot of the details, Anthony, maybe just give us the DocGo pitch and then we'll get into your background.

**Anthony Capone** *DocGo Inc. - CEO*

Sure. Yeah. Thank you for having us and having me here. High-level perspective, DocGo is probably the nation's largest fully mobile medical provider. Meaning that all of the medical care that we provide, which is primary urgent, preventative type care, is provided outside of the fixed four walls for traditional health care institutions. So outside of the hospital setting, outside of the sub-acute, outside of the nursing home. We provide that to people where they need it on their terms when they need it. And that's a big, big difference because majority of Americans have some barrier by which to get care. Whether that's socio-economic barrier, whether it's accessibility barrier, whether it's just a scheduling and time barrier. And those are different barriers relative to urgent preventive primary, but lots of barriers and we break those down.

The focus of DocGo, really, is on serving the underserved. This underserved can be those individuals who are underinsured or homeless. It could be the individuals who are Medicaid. It could be individuals who have our poly chronic and have mobility issues. All of those are kind of the individuals that we serve. But the key is that we use our large workforce of -- we have almost 6,000 employees, clinicians around the country that are providing care either in someone's home, in a homeless shelter, in the back of a mobile primary care clinic, in a Dollar General parking lot. They're providing care where those patients need it across 28 states, the US, Canada, and the UK.

70% of our business is what we call mobile health, which is where we bring care to patients. About 30% of our business is ambulance transportation, where we bring people to care. So we have the entire 360 of what a patient would need, which is whether we need to transport them and urgently, or we can treat them in their home or where they needed it. That's little about -- DocGo is about seven years old, a little over seven years old, headquartered in Midtown Manhattan.

I've been with the company since pretty much the beginning. But the most important thing to understand is why all of that works, why we can scale so rapidly at 30%, 40% growth year over year, why we can deliver care to some of the most difficult challenge populations. While we can do so with high degrees of efficiency and generating good returns for the investors that have taken risks on DocGo is because of our technology, and that's where I really came in originally.

We started the company. I was our Chief Technology Officer, my graduate degrees in computational learning theory, which is a subset of artificial intelligence and all of the tech that we have at DocGo whether that tech to distribute, dispersed, dispatch, thousands and thousands of people every single day to varying different settings across the entire globe, or whether that's the ability to pair together the medical necessity of a patient with a clinical competency of a provider, all of that is done with high sophistication, with our AI systems in order to need as little people as possible. So we have as little air as possible to deliver as much care as possible.

### QUESTIONS AND ANSWERS

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



2

**AUGUST 09, 2023 / 12:30PM GMT, DocGo Inc at Canaccord Genuity Growth Conference**

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

So you just reported on Monday, very strong results. What would you say is the biggest takeaway from the second quarter and updated guidance as we enter in 3Q here?

**Anthony Capone** *DocGo Inc. - CEO*

I think it would be a window into the future and understanding the relationship between the two of our largest segments of the business. One, you have is our government vertical, which is where we provide care for the underserved. So we're delivering -- we're usually contracting with municipalities, and we're treating tens, hundreds of thousands of people. I mean, just to give you a scope, DocGo has treated about 7.5 million people since we started the company.

Now connecting that government vertical back to our payer vertical, we announced our massive care gap closure program. We have over 73,000 patients that have now been attributed to us, that we're going out and closing care gaps for like a diabetic retinopathy exam, your annual A1c, diabetic foot exam, it could be a long list. It's about 83 [hess] measures, about half of those we can actually impact.

But the connection between the two, which was the subtle impact from when we announced our Q2 earnings is that the individuals that come in through our government vertical, we have the ability to then continue to provide care for on a long-term basis. So many of our programs when the individuals come in, they don't have a primary care provider. They're not getting treated for their preventable disease or they're not getting preventable care for a decompensation of their existing disease. And DocGo gets them. Every single day we're treating thousands and thousands of people. We don't have to pay for those. The biggest issue with usually acquiring patients is that you have to pay a large customer acquisition cost to bring that patient in. We have none of that.

Actually, somebody pays us. The municipality pays us to treat these individuals, to treat the homeless who are all eligible for Medicaid in most states, to treat people who are coming in, who are seeking asylum in this country. All of that coming out allows us to bring in more and more patients at a very rapid rate. Just in the one program that I mentioned, which was part of the reason why we raised our earnings was a migrant contract, that we have with New York City. We've already signed up over 3,000 asylum seekers onto New York State Medicaid through United Healthcare.

And now because we sign them up, now we have the ability to become their primary care provider and treat the preventable diseases on a long-term basis, being able to eventually get this per-member per-month reimbursement because we are now comprehensively taking their care. And in that particular case, you know they're coming into the country with no primary care provider and they have no health plan. Of course, they don't.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

So you're saying that you've transferred essentially from New York State to United Healthcare in terms of their Medicaid contract with the state? Or is that -- am I understanding that correctly?

**Anthony Capone** *DocGo Inc. - CEO*

Yes, it's right. United has that managed Medicaid contract in New York State. And so we have the ability to enroll them in United's managed care program. But in doing so, we become their attributed PCP and we can begin you to provide care for them on a long-term basis. So even post this municipal contract or this person's existence in that municipal contract, we can see long term revenue streams that come from it. And this is the first time we're really showing how the municipal sector has long term revenue opportunity in our payer vertical because it gives member attribution at no cost.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Okay. So let's dig into the asylum contract a little bit more. Obviously very political issue and whatnot. And then just based on what you're seeing now, is it safe to say that -- the contract was $432 million for a 12-month period I believe. You're not going to recognize all that revenue, obviously, and you can get into that. But the fear I think or the confusion or fear of some investors on a contract like that really dates back to where a ton of growth for DocGo came from initially and that was COVID testing, right? And that went away, you successfully replaced that. So should we have a high degree of confidence from the New York State contract that we're not going to see a revenue cliff?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV** 3

**AUGUST 09, 2023 / 12:30PM GMT, DocGo Inc at Canaccord Genuity Growth Conference**

**Anthony Capone** *DocGo Inc. - CEO*

Yeah, I would say high degree of confidence for a number of reasons. One is that you're not going to -- just look at the macro factors here. There's almost no chance that there's going to be federal legislation, which solves this problem, almost none. All you have to do is understand the dilemmas with each one of the solutions and know that it will not happen. It's certainly not happening before the next election cycle. But I doubt that it will happen ever. It's been 20 years since Doc had the last major immigration legislation. So that means you're going to have the same inflow. Actually, probably more of an inflow coming into the country, which means it's going to be the responsibility of the states and the cities to solve it.

We -- 85% of the individuals coming through this asylum contract are families with children. Nobody's putting a family with children on the streets. it's just not going to happen. Every day -- every week between 2,000 and 3,000 new asylum seekers arrive in New York. So the volume increase is significant and it takes two to three years today to get your asylum status actually adjudicated. This is a long-term problem. And they're in our care, nobody is going to just say all the sudden, one day they're in your care and you're caring for all of them; the next day, they no longer need care. That's crazy. So I think there's a high degree of confidence.

But even more confidence in the existing lines of business with just New York, New York City with multiple asylum seeking programs, we did this in large part because it gave us of the credibility to win the border patrol RFP, which we've been working on for seven to eight months. And that's a five-year contract worth our $4 billion that contract is. Almost $1 billion a year, that contract is worth. And that one allows us to treat all the asylum seekers as soon as they come across the border and that 72 hour stent, and we've been working on that for a very long time.

Now that we are one of the largest care providers for asylum seekers in the country, it gives us enormous credibility. And we have references from those city who handles the largest amount. New York city has 93,000 asylum seekers in it right now.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Wasn't the border patrol already awarded at some point last year, was that a different contract (multiple speakers) is using?

**Anthony Capone** *DocGo Inc. - CEO*

Same one. There was some question on behavior and the way that it was awarded, so it's protested and it was tossed out -- the person that awarded that. That actually worked to our benefit. At the time we were very frustrated because it kept getting protested, and this is a multibillion-dollar contracts so it's contentious. But now that we've been able to resubmit it -- and the resubmission, I think -- we just submitted and the award was to come out in September now. And that is -- we have all this expertise now. Now, when we resubmit our application, we've seen through our rival center, 20,000 plus asylees of varying degrees of clinical ability and clinical competencies that we need in order to provide. And so our application is a lot stronger.

Now to understand the financials of the one contract with New York City, yes, it's $432 million, that's over 12 months, all of that. About $120 million are for services that are not core to DocGo, and we're not going to recognize this revenue. Like the city as asked us, hey, we also need you to provide food; that's okay, just a pass-through reimbursements, not health care, it's not what we do. We did it as a way to make it easier for the city to quickly expand and grow. But again, it's not revenue that we're going to recognize, it's just a pass through cost, direct reimbursement, food, laundry, legal services, stuff like that.

The $300 million-ish, which we will recognize as revenue, which is of course from now over the next year, now that's a maximum awarded amount. When you looked at how much we have actually attributed to our both guidance and backlog, we've taken in about $150 million-ish, plus or minus a little bit there. We've increased our guidance this year by about $40 million, which is the predominantly in-large part due to that contract and then we added another $100 million, which we are confident we're going to get in revenue from this contract. We just don't know the exact date. So it could be next year, Q1, Q2 of next year or could be Q3, Q4 of this year.

And so we're estimating about a 50% of the contract value, we're going to be able to bring in with high confidence, which leaves another $150 million-ish of the maximum contracts value, which is really upside, which we very well could get at the current growth rate of 2,000 to 3,000 asylees coming in, in New York City every single week we will achieve.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**AUGUST 09, 2023 / 12:30PM GMT, DocGo Inc at Canaccord Genuity Growth Conference**

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Okay. Just to be clear, so of the, call it, $200 million in backlog announced on May 8, or something like I believe.

**Anthony Capone** *DocGo Inc. - CEO*

It's a little close about $325 million in total, we increased it by $120 million.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Okay. So like how much of that increase from the old number to the new number is this contract?

**Anthony Capone** *DocGo Inc. - CEO*

About $100 million.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Okay. $100 million.

**Anthony Capone** *DocGo Inc. - CEO*

Yeah.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Okay. One of the things -- much of the investor focus and questions I get is on the mobile health business and you talked about the government and all the opportunities here. You talked a little bit about the care gap. And obviously your business is rapidly evolving, right? You've stepped in on COVID, now you're stepping in here on asylum, but people get confused on what the mobile health business is. And we've heard in the past, is this home health, and that's really not accurate.

Just talk a little bit about the different businesses. We understand the asylum business and maybe some of these government contracts, but you also do mobile health for health systems, you do the care gaps for payers, some other stuff for payers. So how should we think about the mobile health business evolving over time?

**Anthony Capone** *DocGo Inc. - CEO*

Yeah. First, I would recommend when you look at DocGo and you analyze it, it's not so much the focus on exactly what clinical service is being done, but more importantly, who is doing it. We look at ourselves much as a utility. So we built a very, very large workforce built on a very sophisticated technology stack of a lower-level provider. That's like an LPN who when they are doing the clinical encounter is being supervised by an independent licensed practitioners like a PA or an NP. That gives us significant cost savings and allows us to deliver care to people who are normally the reimbursement would not allow that care.

Now that individual that's physically on site is a Jack Jill of all trades. So they can do specialty care, they can do preventative care, urgent care. They can do all of that because they're being supervised by somebody who is a specialist in that area, who might be in emergency medicine trained NP, or a pediatric trained NP, or a psychiatric trained NP. So they can give specialized care because the person physically on site is a Jack Jill of all trades. So we think about ourselves like a utility.

So it's less about, I have this health system contracts, which I'm going to do transition of care for, or I have this asylum seeking program, or I have this mobile clinic in the Dollar General parking lot to try and solve rural health care for payers. It's less about exactly what the application is, and more about is the clinical service, which is being requested of us fitting into that simple product of a lower-level clinician on-site and higher-level clinician off-site. So we are going to see us continue to expand in many other areas and you may think where's the focus. Focus is on, does our product work, can the product of that clinical model be applied to whatever somebody's asking us to do. And if the answer is yes, then great.

Obviously, within margin profile and then they protect our downside because our reimbursement model is not fee-for-service. We like fixed margins where we have the ability to predict. So somebody pays us per day, per team, per person, however, it is. They give us that fixed margin because we don't like to take risks. And when you see us grow increasingly, the most exciting part about what we

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

announced in Q2 was that care gap closure. So now it's part of that same model with that same clinical workforce with that same product -- with that same clinical product. We now have 73,000 lives attributed to us where we're going to be doing those care gap closures.

And in doing those care gap closures, our niche in this whole market is you have patients that are probably chronic, who have not seen their PCP in over a year, which means that you likely have mobility issues, they likely -- they are not willing to go to the doctor. That's a wonderful opportunity for somebody to go to them. And they're already, they have the largest healthcare wallets because they're probably chronic. Average person is going to be between $20,000 and $30,000 per year in reimbursement for their kind of MA live.

So we have the ability to then take those care gap closures, become the PCP on a record for these thousands, tens of thousands of members, and then eventually move into something where we can take on increasing upside opportunity for delivering positive patient outcomes. So that's kind of the pathway, the vision for DocGo is to start at this massive care gap closure with our very hard-to-build a clinical workforce and take on the primary care responsibilities -- more of the comprehensive care responsibilities and then eventually get a part of the savings, which we're truly delivering.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

All right. Any thoughts in terms of the 73,000 that you have on care gap now that you can target? What that number could be, ultimately?

**Anthony Capone** *DocGo Inc. - CEO*

How many we could?

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Yeah.

**Anthony Capone** *DocGo Inc. - CEO*

Well, average for a managed care plan, about 20% of those individuals have care gaps and about 25% of an average Medicare plan does not have an attributed PCP. So that is where I would say we want to focus. We don't want to focus on the whole thing. We want to focus on those individuals who are the sickest, the most acute, who also are not seeing a doctor. When I am trying to go in there and still alive from an existing PCP, where they have a good relationship and they're healthy, that's not us. We want to go in and we want that live who really is not getting care and they are sick. And so we can impact their care, the largest amount possible.

You take somebody who has -- and like, we announced the large strategic partnership for our company with Fresenius Medical, that gives us access to hundreds of thousands of patients with chronic kidney disease. If you take somebody who has chronic kidney disease stage 3 and you can delay their crashing into ESRD by six months, by a year, the savings are in the hundred thousands of dollars range. All right and that's where we can impact because we can go on site. We have the ability to do their remote patient monitoring, their chronic care management, that preventative care program so that they actually do not decompensated and they can actually get healthier.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

So in the last five minutes that we have here, I do want to spend some time on margin. There's been a lot of focus on that, mostly in the mobile health business. You've targeted 40% plus margins in mobile health. You talk about, it's not utilization base necessarily. You have this rapid normalization program that you implemented in the first quarter. You're seeing some benefits there. Just talk a little bit about the process of rapid normalization, what you've actually done? It's Phase 1, what's the Phase 2 look like and how confident you can keep the 40% gross margins on mobile health long term?

**Anthony Capone** *DocGo Inc. - CEO*

Great question. So in our Q1 earnings call, we talked about the reasons for margin compression was purely because of start-up related costs, start-up costs because we ramped very quickly with our projects. And so as a result of that, we have higher. Overtime, we were a lot more reliant on staffing agencies. We were using things like rental cars versus leases, a number of things we iterated through. And we

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

hit it hard. We instituted what we call our rapid normalization projects, basically reducing the start-up time from 120 days to 60 days and we were super successful at that. We increased our margin by over 500 basis points from Q1 to Q2, and that's almost entirely attributed to the success of the rapid normalization project.

And the change we made weren't one-time. It wasn't just like all, we decreased the number of staffing agencies that we had, people that -- percentage that we're using staffing agencies. What we did was we changed the relationship with them. So now we have the ability with those staffing agencies to convert a staffing agency employee to a DocGo employee in half the time. Thus, we've cut that time period by which we're paying a premium for that employee in half. We've also taken down what the rates are, we no longer pay for overtime staffing agencies. It's a number of blocking and tackling items one by one that gives you 30 basis points here and a full point there and 50 basis points there. And that's how we got that 500-basis point increase Q1 over Q2.

We're not -- we weren't even done it really even Phase 1 of rapid normalization is coming to fruition through June 3. We'll begin in Q4, and we'll see the benefits in Q1 of Phase 2. And Phase 2 is probably another few points, which are going to be able to improve our margin. And it has a combination of factors that are related in large part to the staffing model that we have. But the biggest component that I would say in trying to achieve that is also bringing in higher margin business.

So as you've seen in our investor presentation, we are growing rapidly in the RPM and CCM space. That's remote patient monitoring and chronic care management, hoping to have 50,000 patients that we're monitoring or managing by the end of this year. That business is even higher. That's like a 55% gross margin business. So as that becomes a larger portion of overall revenue, it will drive our consolidated margin up and we'll start beginning in our Q3 earnings call, giving more statistics on where we are with RPM and CCM and likely some time in '24, we'll begin reporting that as its own segment and operating income.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Playing devil's advocate here. If you have success in the border patrol. I mean, RPM revenue can grow, but like as a percentage of the overall revenue, if you'd sign big contracts in border patrol, it's not going to be essentially that meaningful. How do you think about that?

**Anthony Capone** *DocGo Inc. - CEO*

Very good point. The biggest thing on their is staff. Staff is like 75% of our COGS. And so that's really what it comes down to. The border patrol federal contracts tend to be at a higher margin, right off the bat, than a local municipal contract. So that one, I'm not overly concerned about the margin profile there, I think it'll still get to the 40%. But even in that one, the reason why we are one of the only people that could truly do the border patrol RFP ourselves is because we have this network of staffing agencies that feed into us, that for us represent over 1 million clinicians. And so we can rapidly start.

But again, those staffing agencies that we use are on those new contracts with those shorter conversion periods so that we have the ability to get more accretion on every single employee that they give us. So we get that seven agency employee, we'll announce it, it will be a big deal. It will come with its own original startup costs, but nowhere near on a per capita basis, per employee basis. The kind of start-up costs that we saw at the end of 2022 and beginning of '23.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Well, I think we're about out of time. I didn't get through all my questions, and I think it's an interesting company yet. Most of the companies I cover have one growth channel, right? You've got government, you have payers, you have providers, health systems. So a very interesting story.

**Anthony Capone** *DocGo Inc. - CEO*

Yeah.

**Richard Close** *Canaccord Genuity Group Inc. - Analyst*

Thanks for being with us.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Anthony Capone** *DocGo Inc. - CEO*

Richard, thank you so much.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.