UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| JOE NACLERIO, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:23-cv-09476-KPF |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| | : | DECLARATION OF CHRISTOPHER M. |
| | : | WOOD IN SUPPORT OF PLAINTIFF'S |
| vs. | : | CONSOLIDATED OPPOSITION TO |
| | : | DEFENDANTS DOCGO INC., |
| DOCGO INC., STAN VASHOVSKY, | : | VASHOVSKY, AND OBERHOLZER'S |
| ANTHONY CAPONE, and ANDRE | : | MEMORANDUM OF LAW IN SUPPORT |
| OBERHOLZER, | : | OF THEIR MOTION TO DISMISS THE |
| | : | AMENDED COMPLAINT FOR |
| Defendants. | : | VIOLATION OF THE FEDERAL |
| | x | SECURITIES LAWS AND DEFENDANT |
| | | ANTHONY CAPONE'S MOTION TO |
| | | DISMISS, JOINDER TO DOCGO INC., |
| | | STAN VASHOVSKY AND ANDRE |
| | | OBERHOLZER'S MEMORANDUM OF |
| | | LAW, AND ADDITIONAL STATEMENT |
| | | IN SUPPORT OF MOTION TO DISMISS |

4875-5680-8410.v1

I, Christopher M. Wood, declare as follows:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Plaintiff in this action.  I am duly admitted to practice in the States of California and Tennessee and am admitted *pro hac vice* before this Court.  I make this Declaration in support of Plaintiff's Consolidated Opposition to Defendants DocGo Inc., Vashovsky, and Oberholzer's Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint for Violation of the Federal Securities Laws and Defendant Anthony Capone's Motion to Dismiss, Joinder to DocGo Inc., Stan Vashovsky and Andre Oberholzer's Memorandum of Law, and Additional Statement in Support of Motion to Dismiss, and I have personal knowledge of the facts asserted herein.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Joshua Solomon, *DocGo CEO Anthony Capone admits he didn't earn graduate degree*, Times Union (September 15, 2023), https://www.timesunion.com/state/article/concerns-remain-docgo-shelters-migrants-face-18366896.php (*see* ECF 43, ¶¶45, 96);

Exhibit 2:    DocGo Inc. Form 8-K, filed with the U.S. Securities and Exchange Commission on October 13, 2023; and

Exhibit 3:    DocGo Inc. March 2021 Investor Presentation entitled: *Where Telehealth Stops, We Go* (attached to Motion Acquisition Corp., Current Report (Form 8-K) (Mar. 9, 2021)) (*see* ECF 43, ¶28).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 20, 2024, at Nashville, Tennessee.

s/ Christopher M. Wood

CHRISTOPHER M. WOOD

- 1 -

4875-5680-8410.v1