# EXHIBIT 1

# DocGo CEO Anthony Capone admits he didn't earn graduate degree

TU **timesunion.com**/state/article/concerns-remain-docgo-shelters-migrants-face-18366896.php

Joshua Solomon                                                                September 15, 2023



A security guard takes photos after seeing a photographer outside the Holiday Inn Express Albany where DocGo is housing migrants in Albany on Monday. (Lori Van Buren/Times Union)
Lori Van Buren/Times Union

**Update:** CEO Anthony Capone <u>resigned Friday afternoon</u>.

×

ALBANY — It was nightfall and a group of migrants began gathering on the balcony of the Red Roof Inn in Amherst, just outside of the University at Buffalo.

They quietly watched as police arrived at the hotel that has functioned as a shelter for them since August.

A woman with children was at the center of the emergency response.

She had been around the hotel since Sunday. One of her children was sick. She was seen leaving by foot in the rain, seeking medical care — possibly arriving at the children's hospital in the city.

While word of the incident has spread, public officials are left looking for answers to the same question they've been trying to answer for months: What services are DocGo supposed to provide as part of its taxpayer-funded contract?

The scope of the work DocGo is contractually required to provide remains unclear. City and state officials, along with the company, continue to refuse to release the contract, directing those requesting it to file Freedom of Information Law requests that are still not producing the public document.

Questions also have mounted about the assertions of DocGo and its top official, CEO Anthony Capone.

Last week, a Times Union story called into question prior statements made to investors by Capone, including the scope of a potential multibillion-dollar contract with the U.S. Customs and Border Protection. Capone had pegged the contract at about $4 billion, but government sources said it was never that high and is for about half that amount.

Michael Padovano, the company's spokesman, disputed that Capone misrepresented the contract by citing "facts" for which he declined to provide documentation because he said he was not at liberty to share them.

This week, the Times Union found another discrepancy involving DocGo: Anthony Capone has said he went to the State University of New York at Potsdam for his undergraduate degree, according to his biography on the company's website.

Capone's biography also says he received a graduate degree in artificial intelligence from Clarkson University, which has a campus in Potsdam. But a spokesman for Clarkson University said the school has no record of Anthony Capone enrolling in or completing a graduate degree at the university.

Late Thursday, Capone responded through his spokesman and admitted in a statement the information is false.

"I want to address a serious issue concerning incorrect information about my educational background. Specifically, it has come to my attention that my public biography erroneously states that I hold a bachelor's degree from Clarkson University," Capone said. "I must clarify immediately: I do not have a master's degree from Clarkson University, nor from any other institution. This inaccuracy should have been corrected, and I deeply apologize for this error. I do, however, have an undergraduate computer science degree with a focus in artificial intelligence from an accredited university."

Capone added that he takes "full responsibility and am making immediate corrections to all official bios, profiles, and any other materials where this incorrect information appears."

The questions about Capone's public assertions and professional biography come as the company's handling of New York City's migrants continue to mount.

In Amherst this week, when the woman with the sick child arrived back at the hotel on Tuesday, she was told by staff with DocGo, the private company in charge of New York City's relocated migrants, that she could not stay there, according to multiple people familiar with the situation.

Instead, if she wanted to remain in the Buffalo-area, the mother would need to make the 400-mile trip to New York City. She was instructed that in Manhattan, likely at the Roosevelt Hotel, she could be processed through the same system other migrants have gone through and officially enter into the care of DocGo, the publicly traded health care company that was awarded a $432 million no-bid migrant services contract in May.

It is unclear where she ended up, although sources familiar with the matter have heard the mother and her children were relocated to Niagara Falls.

Local police confirmed they responded to a call from a social worker about a woman who was not designated to stay at the hotel at 10:15 p.m. on Tuesday, a school night. By the time police left at 12:30 a.m., the woman had agreed to go to another hotel, according to Amherst Police Capt. Christopher T. Meyer.

The situation left at least some members of the immigrant community at the hotel alarmed. Some of those migrants, who had been interested in speaking with members of the media, stopped any communication.

Beth Garvey, an attorney with Greenberg Traurig, a well-known lobbying and law firm, recently enlisted by DocGo, has reached out to lawmakers about her representation of the company.

In certain cases, lawmakers and their staff say Garvey — who had been a top counsel to former Gov. Andrew M. Cuomo — has informed them about the work DocGo is required to do, and noted that work does not include legal services or education funding.

Acknowledging a different understanding of facts, Adam Kramer, a spokesman for Republican state Sen. James Tedisco, said he told Garvey to "straighten out" what DocGo is supposed to provide.

Sources familiar with the contract have said it specifies that if New York City sees a need for legal services or education funding, it can be a part of the scope of the contract with DocGo.

A spokeswoman for the city's Housing Preservation and Development agency, which signed the contract with DocGo, referred questions to the office of Mayor Eric Adams, where officials did not respond to requests for comment.

The services provided at the hotels where DocGo is running migrant shelters upstate have varied. The company's work also has been plagued with controversy, including allegations that reporters are being prevented from interviewing migrants by private security guards used by DocGo, including some who may not be licensed.

In Amherst, the company entered into an agreement with Jericho Road Community Health Center, which says it runs the largest immigrant shelter in the country. The agreement was a byproduct of a meeting among officials from DocGo, Jericho Road, elected officials and New York City officials.

Jericho Road has been able to provide assistance with health care needs, but also immigration casework, including providing a road map to access legal services to seek asylum or apply for work authorization. Area groups, Journey's End Refugee Services and the Volunteer Lawyers Project, have also helped individuals with their limited resources as the pool of immigration lawyers to draw from remains scarce.

Capone, DocGo's CEO, told investors at a conference hosted by Morgan Stanley Wednesday that the company has developed a 50-step "highly sophisticated" software to help asylum-seekers move through the system and "exit the workflow."

He also said the company is responsible for social work, case management and medical care, and "trying to make sure they have the ability to graduate into a life where they're self-sufficient and they're able to be independent." The comments came as the company's stock was approaching its lowest value as it tumbled in recent days.

The Times Union previously reported DocGo, along with city and state officials, were not following prescribed state regulations for shelters that include sketching out a detailed plan for individuals in a shelter to leave the facility.

Jericho Road has also worked to make sure migrants have proper insurance. Some individuals they have processed have been signed up for a Medicaid managed care plan that they do not appear to be eligible for.

Capone told investors last month that "we have already signed up over 3,000 asylum-seekers onto New York state Medicaid through United Healthcare."

Padovano, who is with the public relations firm used by DocGo, said DocGo "does not enroll anyone in Medicaid programs." A United Healthcare representative said the insurance company does not have a contract with DocGo.

Padovano has said that any shelter with families has an "advanced care provider" on site, which typically means a nurse practitioner or a physician assistant. The Red Roof Inn in Amherst does not have a nurse practitioner on site, according to sources familiar with the situation.

In Amherst, the migrants have faced a series of challenges.

In the beginning, they were initially without shampoo, or toothbrushes or toothpaste, according to multiple people familiar with the situation.

In more recent instances, advocates have expressed concern over migrants receiving inadequate amounts of baby formula. Other times, they have voiced frustration about delayed health care services, including when a child sliced her finger, requiring stitches.

The voices are often uplifted by advocates and neighbors who are helping out on their own and are not constrained from sharing stories because of contractual agreements with DocGo.

"Regardless of their status, you allowed them in and you have them here and you have funding — it absolutely makes no sense that they would be living in these conditions," said Monica Graesser, who lives near the Red Roof Inn in Amherst.

"I was actually annoyed" when they were placed at the hotel, Graesser continued. It prompted her to look closer at the situation at the neighboring hotel and who was there. Soon enough, she had become a regular participant in helping those staying there. "These people need help. They really do."

One of the managers at the Red Roof Inn is Enrico Capone, who identified himself as the younger brother of the company's CEO. The family is from Erie County. Graesser said Capone has repeatedly expressed concern about drawing attention to the hotel, including when it was ordered to replace mattresses because they were littered with bed bugs — an allegation that was backed up with photos provided to the Times Union.

Sep 14, 2023|Updated Sep 15, 2023 6:51 p.m.



Joshua Solomon
Capitol Bureau

---

Joshua Solomon is a member of the Capitol Bureau team for the Times Union. He is from Queens, has spent time reporting in western Massachusetts, suburban Florida and now is back in New York. Solomon can be reached at joshua.solomon@timesunion.com or 518-454-5353.