UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────── x
GENESEE COUNTY EMPLOYEES'      : Civil Action No. 1:23-cv-09476-KPF
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : CLASS ACTION
                                :
              Plaintiff,        : NOTICE OF LEAD PLAINTIFF'S MOTION
                                : FOR AN ORDER: (1) CERTIFYING THIS
       vs.                      : ACTION AS A CLASS ACTION PURSUANT
                                : TO FEDERAL RULE OF CIVIL
DOCGO INC., and ANTHONY CAPONE, : PROCEDURE 23; (2) APPOINTING LEAD
                                : PLAINTIFF AS CLASS REPRESENTATIVE;
              Defendants.       : AND (3) APPOINTING ROBBINS GELLER
                                : RUDMAN & DOWD LLP AS CLASS
───────────────────────────────── x COUNSEL

4939-1975-4582.v1

PLEASE TAKE NOTICE that Lead Plaintiff Genesee County Employees' Retirement System ("Lead Plaintiff") will and hereby moves this Court for an order: (i) certifying this matter as a class action pursuant to Federal Rule of Civil Procedure 23; (ii) appointing Lead Plaintiff as Class Representative; and (iii) appointing Robbins Geller Rudman & Dowd LLP as Class Counsel.  In support of this Motion, Lead Plaintiff submits the accompanying Memorandum of Law, Declaration of Christopher M. Wood, and [Proposed] Order.

DATED:  July 21, 2025 ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD (admitted *pro hac vice*)

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

4939-1975-4582.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC I. NIEHAUS (admitted *pro hac vice*)
JOSEPH J. TULL (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
jtull@rgrdlaw.com

Lead Counsel for Lead Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

- 2 -

4939-1975-4582.v1