UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

   vs.

DOCGO INC., and ANTHONY CAPONE,

        Defendants.

---------------------------------x

Civil Action No. 1:23-cv-09476-KPF

CLASS ACTION

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR AN ORDER: (1) CERTIFYING THIS ACTION AS A CLASS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23; (2) APPOINTING LEAD PLAINTIFF AS CLASS REPRESENTATIVE; AND (3) APPOINTING ROBBINS GELLER RUDMAN & DOWD LLP AS CLASS COUNSEL

4923-5033-8134.v1

I, CHRISTOPHER M. WOOD, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Declaration of Tracy Khan, Vice Chair of Genesee County Employees' Retirement System, in Support of Lead Plaintiff's Motion for an Order: (1) Certifying this Action as a Class Action Pursuant to Federal Rule of Civil Procedure 23; (2) Appointing Lead Plaintiff as Class Representative; and (3) Appointing Robbins Geller Rudman & Dowd LLP as Class Counsel;

Exhibit 2:      Expert Report of Matthew D. Cain, Ph.D., dated July 21, 2025; and

Exhibit 3:      Firm Resume of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 21, 2025, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 1 -

4923-5033-8134.v1