# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

      vs.

DOCGO INC., and ANTHONY CAPONE,

                     Defendants.

———————————————————— x

Civil Action No. 1:23-cv-09476-KPF

CLASS ACTION

DECLARATION OF TRACY KHAN, VICE CHAIR OF GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR AN ORDER: (1) CERTIFYING THIS ACTION AS A CLASS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23; (2) APPOINTING LEAD PLAINTIFF AS CLASS REPRESENTATIVE; AND (3) APPOINTING ROBBINS GELLER RUDMAN & DOWD LLP AS CLASS COUNSEL

4924-4019-9510.v1

I, Tracy Khan, declare as follows:

1.      I respectfully submit this declaration in support of Lead Plaintiff's Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Vice-Chair of Genesee County Employees' Retirement System ("GCERS"), and am authorized to make this declaration on behalf of GCERS.  I have also been responsible for overseeing this litigation on behalf of GCERS.

3.      GCERS is a public pension fund organized for current and former employees of the County of Genesee in Flint, Michigan.  With over $250 million in assets, GCERS provides services and benefits to over 1,000 members.

4.      GCERS purchased thousands of shares of DocGo, Inc. ("DocGo") common stock during the period April 29, 2022 through September 15, 2023 (the "Class Period"), and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.  *See* GCERS' Certification Pursuant to Federal Securities Laws ("GCERS Certification") (ECF 17-2), incorporated by reference in the Amended Complaint for Violations of the Federal Securities Laws (ECF 43) ("Amended Complaint").

5.      GCERS was appointed as Lead Plaintiff in this action on January 17, 2024 (ECF 30) and now seeks appointment as class representative.

6.      As Lead Plaintiff, GCERS has reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and it will continue to do so if appointed class representative.  For example, GCERS has and will continue to regularly communicate with Robbins Geller about various aspects of this

- 1 -

4924-4019-9510.v1

litigation, including pleadings, motion practice, discovery, court orders, and other case developments.

7.      GCERS has also received and reviewed key documents in this case, including: (a) the Court's Order appointing GCERS as Lead Plaintiff; (b) draft and final versions of the Amended Complaint; (c) defendants' motion to dismiss the Amended Complaint; (d) draft and final versions of Lead Plaintiffs' opposition to defendants' motion to dismiss the Amended Complaint; (e) defendants' reply in support of their motion to dismiss; (f) the Court's Order largely denying defendants' motion to dismiss; and (g) a draft of Lead Plaintiff's Motion for Class Certification. GCERS has diligently participated in discovery, including by serving Federal Rule of Civil Procedure 26 disclosures and written responses to defendants' document requests and interrogatories, discussing defendants' document requests with Robbins Geller, and searching for responsive documents.

8.      GCERS understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. GCERS is willing and able to serve as class representative, and if appointed, will vigorously prosecute this litigation in order to maximize recovery for the proposed class.

9.      GCERS understands that it owes a fiduciary duty to class members to provide fair and adequate representation and will continue to work with Robbins Geller to obtain the best possible recovery for the proposed class, consistent with good faith, sound judgment, and meritorious advocacy.

10.     GCERS makes the accompanying motion to have Robbins Geller certified as class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. In addition, GCERS believes that Robbins Geller possesses the necessary financial and

- 2 -

human resources to effectively and successfully prosecute this case through trial and any post-trial appeals.

11.     GCERS will not accept any payment for serving as class representative beyond its *pro rata* share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the class as ordered and approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____17_____ day of July, 2025 at *Genesee County, Michigan* .

_____
TRACY KHAN
VICE-CHAIR OF GENESEE COUNTY
EMPLOYEES' RETIREMENT SYSTEM

- 3 -