UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:23-cv-09476-KPF  CLASS ACTION |
| Plaintiff, | : : | NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR |
| vs. | : : : | PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF THE |
| DOCGO INC., and ANTHONY CAPONE, | : : | CLASS, AND APPROVAL OF NOTICE TO THE CLASS |
| Defendants. | : : |  |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Christopher M. Wood, including the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiff Genesee County Employees' Retirement System, moves this Court, before the Honorable Katherine Polk Failla, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at such date and time as the Court may designate, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice to the Class, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) certifying the proposed Class for purposes of the settlement; (3) approving the form and manner of notice of the proposed settlement to the Class; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

- 1 -

4919-2077-6055.v1

DATED: November 12, 2025  Respectfully submitted,

                                                ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
                                                CHRISTOPHER M. WOOD (admitted *pro hac vice*)

                                                        *s/ Christopher M. Wood*
                                                     CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC I. NIEHAUS (admitted *pro hac vice*)
JOSEPH J. TULL (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
jtull@rgrdlaw.com

Lead Counsel for Lead Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

- 2 -

4919-2077-6055.v1