UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : | Civil Action No. 1:23-cv-09476-KPF <br><br> CLASS ACTION |
| Plaintiff, | : : : | DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF LEAD |
| vs. | : : : | PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF |
| DOCGO INC., and ANTHONY CAPONE, | : : : | SETTLEMENT, CERTIFICATION OF THE CLASS, AND APPROVAL OF NOTICE TO |
| Defendants. | : : | THE CLASS |

4899-2885-7972.v1

I, CHRISTOPHER M. WOOD, declare as follows:

1. I am a partner at the law firm of Robbins Geller Rudman & Dowd LLP, counsel to Lead Plaintiff Genesee County Employees' Retirement System in the above-captioned action, and am admitted *pro hac vice* to practice before this Court. I respectfully submit this Declaration in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Certification of the Class, and Approval of Notice to the Class.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Stipulation of Settlement, with annexed exhibits, dated November 12, 2025;

Exhibit 2: Excerpt of Transcript from *In re Am. Realty Capital Props., Inc. Litig.*, No. 1:15-mc-0040-AKH (S.D.N.Y. Jan. 23, 2020);

Exhibit 3: Laarni T. Bulan and Eric Tam, *Securities Class Action Settlements, 2024 Review & Analysis* (Cornerstone Research 2025); and

Exhibit 4: *Panther Partners Inc. v. Jianpu Tech. Inc.*, No. 1:18-cv-09848-PGG, ECF 130 (S.D.N.Y. May 12, 2022).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of November, 2025.

*s/ Christopher M. Wood*
CHRISTOPHER M. WOOD