UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

GENESEE COUNTY EMPLOYEES'      :  Civil Action No. 1:23-cv-09476-KPF
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated,      :  CLASS ACTION
                                              :
                    Plaintiff,                :  LEAD PLAINTIFF'S NOTICE OF MOTION
                                              :  FOR FINAL APPROVAL OF CLASS
        vs.                                   :  ACTION SETTLEMENT AND APPROVAL
                                              :  OF PLAN OF ALLOCATION
DOCGO INC. and ANTHONY CAPONE,                :
                                              :
                    Defendants.               :
                                              :
———————————————————————— x

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

        PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff, Genesee County Employees'

Retirement System, on behalf of the Class, by its undersigned counsel, will move this Court on

March 24, 2026, at 10:00 a.m., before the Honorable Katherine Polk Failla at the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, New York 10007, or as soon thereafter as

the parties can be heard, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a

Final Judgment approving the proposed Settlement as fair, reasonable, and adequate and for entry of

an Order approving the proposed Plan of Allocation for the proceeds of the Settlement as fair,

reasonable, and adequate.

        In support of this motion, Lead Plaintiff submits and is filing herewith: (i) the Memorandum

of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and

Approval of Plan of Allocation; (ii) the Declaration of Christopher M. Wood in Support of: (I) Lead

Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of

- 1 -

Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (iii) the

Declaration of Tracy Khan; and (iv) the Declaration of Ross D. Murray.

Proposed Orders will be submitted with Lead Plaintiff's reply submission on or before March

17, 2026, after the deadlines for objection and seeking exclusion have passed.

DATED:  February 17, 2026              Respectfully submitted,

                                       ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       CHRISTOPHER M. WOOD (admitted *pro hac vice*)


                                              *s/ Christopher M. Wood*
                                       CHRISTOPHER M. WOOD

                                       200 31st Avenue North
                                       Nashville, TN  37203
                                       Telephone:  615/244-2203
                                       615/252-3798 (fax)
                                       cwood@rgrdlaw.com

                                       ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       SAMUEL H. RUDMAN
                                       DAVID A. ROSENFELD
                                       58 South Service Road, Suite 200
                                       Melville, NY  11747
                                       Telephone:  631/367-7100
                                       631/367-1173 (fax)
                                       srudman@rgrdlaw.com
                                       drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART (admitted *pro hac vice*)
ERIC I. NIEHAUS (admitted *pro hac vice*)
JOSEPH J. TULL (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
ericn@rgrdlaw.com
jtull@rgrdlaw.com

Lead Counsel for Lead Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel