UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                         Plaintiff,

     vs.

DOCGO INC. and ANTHONY CAPONE,

                     Defendants.

---

Civil Action No. 1:23-cv-09476-KPF

<u>CLASS ACTION</u>

LEAD COUNSEL'S NOTICE OF MOTION
FOR AN AWARD OF ATTORNEYS' FEES
AND EXPENSES

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Robbins Geller Rudman & Dowd LLP, Court-appointed Lead Counsel in the above-captioned class action (the "Action"), will move this Court on March 24, 2026, at 10:00 a.m., before the Honorable Katherine Polk Failla at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, or as soon thereafter as the parties can be heard, for entry of an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) awarding attorneys' fees; and (ii) paying litigation expenses incurred in prosecuting the Action.

In support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (ii) the Declaration of Christopher M. Wood in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Tracy Khan; (iv) the Declaration of Ross D. Murray; and (v) the Declaration of Lead Counsel.

- 1 -

A proposed Order will be submitted with Lead Counsel's reply submission on or before March 17, 2026, after the deadline for objecting has passed.

DATED: February 17, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD (admitted *pro hac vice*)

s/ *Christopher M. Wood*

CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART (admitted *pro hac vice*)
ERIC I. NIEHAUS (admitted *pro hac vice*)
JOSEPH J. TULL (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
ericn@rgrdlaw.com
jtull@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel