UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

GENESEE COUNTY EMPLOYEES'          :   Civil Action No. 1:23-cv-09476-KPF
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated,  :   CLASS ACTION
                                   :
                   Plaintiff,      :   DECLARATION OF TRACY KHAN IN
                                   :   SUPPORT OF LEAD PLAINTIFF'S
    vs.                            :   MOTION FOR FINAL APPROVAL OF
                                   :   SETTLEMENT AND AWARD OF
DOCGO INC. and ANTHONY CAPONE,     :   ATTORNEYS' FEES AND EXPENSES
                                   :
                   Defendants.     :
                                   :
———————————————————— x

I, Tracy Khan, declare as follows:

1.     I am a trustee of Genesee County Employees' Retirement System ("GCERS"), and am authorized to make this declaration on behalf of GCERS. I previously served as the Vice Chair of GCERS and I have been responsible for overseeing this litigation on behalf of GCERS.

2.     I respectfully submit this declaration in support of final approval of the $12.5 million settlement ("Settlement"). I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.     GCERS is a public pension fund organized for current and former employees of the County of Genesee in Flint, Michigan. With over $250 million in assets, GCERS provides services and benefits to over 1,000 members.

4.     GCERS understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. As Lead Plaintiff, GCERS has monitored the progress of this Litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in its prosecution. In fulfillment of its responsibilities on behalf of all members of the Class, GCERS: (i) engaged in numerous meetings, phone conferences, and correspondence with Lead Counsel; (ii) participated in the Litigation and provided input into the prosecution of the case; (iii) searched for and provided documents and information responsive to Defendants' discovery requests; (iv) kept informed regarding case status; (v) reviewed documents filed in this action and opinions of the Court; (vi) consulted with counsel and provided input regarding litigation and settlement strategy; (vii) participated in and was kept informed about mediation and settlement negotiations; and (viii) considered and approved the proposed Settlement.

5.    GCERS authorized Lead Counsel to settle this action for $12.5 million. In making its determination that the $12.5 million Settlement represented a fair, reasonable, and adequate amount for the Class, GCERS weighed the substantial benefits to the Class against the significant risks and uncertainties of continued litigation. After doing so, GCERS believes that the Settlement represents an excellent recovery for the Class and a recovery that would not have been possible without the diligent efforts of Lead Counsel. GCERS believes the Settlement represents a fair, reasonable, and adequate recovery on behalf of the Class and that its approval is in the best interest of the Class.

6.    While I recognize that any determination of attorneys' fees is left to the Court, GCERS believes the fee application for 33% of the Settlement Amount and expenses in an amount not to exceed $200,000 is fair, reasonable, and appropriate given the facts and circumstances of this case, Lead Counsel's high quality representation and its diligence in prosecuting this Litigation, and fees awarded in similar cases.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 4 day of February, 2026, at _Flint, Michigan_

_Tracy Khan_

TRACY KHAN
TRUSTEE OF GENESEE COUNTY
EMPLOYEES' RETIREMENT SYSTEM

- 2 -