UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

DOCGO INC. and ANTHONY CAPONE,

                Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:23-cv-09476-KPF

CLASS ACTION

DECLARATION OF ROSS D. MURRAY REGARDING: (A) NOTICE DISSEMINATION; (B) PUBLICATION; (C) ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE; AND (D) REQUESTS FOR EXCLUSION RECEIVED TO DATE

---------------------------------------------------------x

I, ROSS D. MURRAY, declare and state as follows:

1.      I am employed as a Vice President of Securities by Verita Global ("Verita"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.  The following statements are based on my personal knowledge and information provided to me by others and if called to testify I could and would do so competently.

2.      Pursuant to the Court's November 18, 2025 Order Preliminarily Approving Settlement and Providing for Notice (ECF 106) (the "Notice Order"), Verita was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1]  I oversaw the notice services that Verita provided in accordance with the Notice Order.

3.      I submit this declaration in order to provide the Court and the parties to the Litigation with information regarding: (i) mailing and emailing of the Court-approved Postcard Notice (attached hereto as Exhibit A) and, if requested by potential Class Members, mailing of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit B); (ii) publication of the Summary Notice of Pendency and Proposed Settlement of Class Action (the "Summary Notice"); (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Class received to date by Verita.

**DISSEMINATION OF NOTICE**

4.      Pursuant to the Notice Order, Verita is responsible for disseminating notice of the Settlement to potential Class Members.  The Class consists of all Persons who purchased DocGo Inc. ("DocGo") publicly traded common stock between November 5, 2021, and September 15,

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated November 12, 2025 (ECF 101-1) (the "Stipulation"), which is available on the website established for the Litigation at www.DocGoSecuritiesSettlement.com.

DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE,  AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - 1:23-cv-09476-KPF                                                    - 1 -

2023, inclusive, and were damaged thereby.  Excluded from the Class are: (i) Defendants and Former Defendants and members of their immediate families; (ii) the officers and directors of DocGo during the Class Period and members of their immediate families; (iii) the legal representatives, heirs, successors, or assigns of any of the foregoing; and (iv) any entity in which any Defendant or Former Defendant has or had a controlling interest.  Also excluded from the Class is any Person who properly excludes himself, herself, itself, or themselves from the Class by submitting a valid and timely request for exclusion.

5.    Verita received a file via email from DocGo's transfer agent, which contained the names and addresses of potential Class Members.  The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of 93 unique names and addresses, and 22 email addresses.  Verita had the unique name and address data printed onto Postcard Notices, posted the Postcard Notices for First-Class Mail, postage prepaid, and delivered 93 Postcard Notices on December 9, 2025, to the United States Post Office for mailing.  Additionally, Verita emailed 22 Postcard Notices to potential Class Members with valid email addresses.

6.    On December 9, 2025, as part of its normal mailing procedures, Verita mailed, by First-Class Mail, Postcard Notices and cover letters to 256 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities.  The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case.  These Nominee Holders are included in a proprietary database created and maintained by Verita.  In our experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities.  The cover letter accompanying the Postcard Notices advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Postcard Notices to potential Class Members.  In the more than four decades that we have been providing notice and claims administration services in securities class actions, we have found the majority of potential class members hold their securities in street name

DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE,  AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - 1:23-cv-09476-KPF

and are notified through the Nominee Holders.  Verita also mailed Postcard Notices and cover letters to 4,413 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing.  A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit C.

7.    On December 9, 2025, Verita also delivered electronic copies of the Postcard Notice to 333 registered electronic filers who are qualified to submit electronic claims.  These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

8.    As part of the notice program for this Settlement, on December 9, 2025, Verita also caused electronic copies of the Claim Package and Postcard Notice to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS").  LENS enables the participating bank and broker nominees to review the Claim Package and Postcard Notice and contact Verita for copies of the Postcard Notice for their beneficial holders.

9.    Verita has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement.  In this regard, Verita has forwarded the Postcard Notice on request to nominees who purchased DocGo publicly traded common stock during the Class Period for the beneficial interest of other persons.  Verita Global has also forwarded the Postcard Notice directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

10.    Following the initial mailing, Verita received seven responses to the outreach efforts described above, which included computer files containing a total of 1,448 names and addresses and 19 email addresses of potential Class Members.  In addition, 28 institutions requested that Verita send them a total of 6,695 Postcard Notices for forwarding directly to their clients.  Verita has also mailed one Postcard Notice as a result of returned mail for which a new address was identified for re-mailing to that potential Class Member.  Verita also received four

requests for Claim Packages from potential Class Members. Each of these requests has been completed in a timely manner.

11. As of February 12, 2026, Verita has mailed or emailed a total of 13,280 Postcard Notices and four Claim Packages to potential Class Members and nominees. In addition, one institution reported that they anticipated sending Postcard Notices via email to 9,972 potential Class Members.

**PUBLICATION OF THE SUMMARY NOTICE**

12. In accordance with the Notice Order, on December 16, 2025, Verita caused the Summary Notice to be published in the national edition of *The Wall Street Journal* and transmitted over *Business Wire*, as shown in the confirmations of publication attached hereto as Exhibit D.

**ESTABLISHMENT OF CALL CENTER SERVICES AND SETTLEMENT WEBSITE**

13. On December 9, 2025, Verita established and continues to maintain a case-specific, toll-free telephone number, 1-888-808-8947, to accommodate potential Class Member inquiries. The toll-free telephone number is set forth in the Notice, Proof of Claim, Postcard Notice, Summary Notice, and on the case website. Verita has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.

14. On December 9, 2025, Verita established and continues to maintain a website dedicated to this Settlement (www.DocGoSecuritiesSettlement.com) to provide additional information to Class Members and to provide answers to frequently asked questions. The web address is set forth in the Notice, Proof of Claim, Postcard Notice, and Summary Notice. The website includes information regarding the Litigation and the Settlement, including the exclusion, objection, and claim filing deadlines, and details about the Court's Settlement Hearing. Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading. In addition, the website provides Class Members with the ability to submit their Proofs of Claim online.

**REQUESTS FOR EXCLUSION RECEIVED TO DATE**

15. The Notice informs potential Class Members that written requests for exclusion from the Class are to be sent to Verita, such that they are postmarked no later than March 3, 2026.

16. The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this declaration, Verita has not received any requests for exclusion.

17. Although the Notice Order (and the Notice) provides that Class Members who wish to file objections must file them with the Court and copy them to relevant counsel (rather than to Verita), I also note for the sake of completeness that as of the date of this declaration Verita has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 12th day of February, 2026, at San Rafael, California.

ROSS D. MURRAY

DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - 1:23-cv-09476-KPF                                          - 5 -