EXHIBIT C

**verita**

1 McInnis Parkway
Suite 250
San Rafael, CA 94903
P: (415) 458-3015

December 9, 2025

«FirstName» «LastName»
«Company»
«Addr1»
«Addr2»
South Bend, IN 46601
«FCountry»

Re: **DocGo Securities Settlement**

Dear «GENDER» «LastName»:

Please find enclosed the Postcard Notice for the above-referenced class action settlement. Please note both the Class Period and the designated eligible securities described on page one of the full Notice of Pendency and Proposed Settlement of Class Action ("Notice"), available on the settlement website, specifically the inclusion of all Persons who purchased DocGo Inc. ("DocGo") publicly traded common stock between November 5, 2021, and September 15, 2023, inclusive (the "Class Period"). In addition, **the Notice provides that the Exclusion Deadline is March 3, 2026 and the Claim Filing Deadline is March 9, 2026.**

Please pay particular attention to the "Special Notice to Securities Brokers and Other Nominees" on page thirteen of the Notice which states in part: Nominees who purchased DocGo publicly traded common stock during the Class Period for beneficial owners who are Class Members are directed to: (i) request within seven (7) calendar days of receipt of the Postcard Notice sufficient copies of the Postcard Notice from the Claims Administrator to forward via First Class Mail to all such beneficial owners; or (ii) send a list of the names and addresses (including email addresses if available) of such beneficial owners to the Claims Administrator within seven (7) calendar days after receipt of the Postcard Notice. If a nominee elects to send the Postcard Notice to beneficial owners, such nominee is directed to email or mail (where an email is unavailable) the Postcard Notice within seven (7) calendar days of receipt of those documents from the Claims Administrator, and upon such emailing or mailing, the nominee shall send a statement to the Claims Administrator confirming that the emailing or mailing was made as directed, and the nominee shall retain the list of names and addresses for use in connection with any possible future notice to the Class.

Please do not make your own copies of the Proof of Claim Form, as copies may not be accepted for processing. Additional copies of the appropriate documents may be requested by contacting us at the above address and/or phone number.

If we conduct the necessary mailing on your behalf, please submit names and addresses either via email to notifications@veritaglobal.com, via CD Rom to the above address or contact us to obtain secure FTP transmission instructions. Mailing labels will be accepted, but you may be requested to provide an additional copy of the address information you send.  Do not include any confidential information that should not appear on a mailing label.

The data provided must be in one of the following formats: ASCII Fixed Length file, ASCII Tab Delimited file, or Microsoft Excel spreadsheet. Your request must also specify the case name and Control Total(s) (for example, the total number of name and address records provided) for each file submission.

If you have any questions, please email notifications@veritaglobal.com.

Sincerely,

Verita Global