# EXHIBIT A

**EXHIBIT A**

*Genesee Cnty. Emps.' Ret. Sys. v. DocGo Inc. & Anthony Capone*,
Civil Action No. 1:23-cv-09476-KPF
Robbins Geller Rudman & Dowd LLP
Inception through December 17, 2025

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Bays, Lea M. | (P) | 17.30 | 1055 | $      18,251.50 |
| Gusikoff Stewart, Ellen A. | (P) | 43.30 | 1370 | 59,321.00 |
| Myers, Danielle S. | (P) | 6.60 | 1145 | 7,557.00 |
| Niehaus, Eric I. | (P) | 435.30 | 1070 | 465,771.00 |
| Rosenfeld, David A. | (P) | 24.70 | 1140 | 28,158.00 |
| Rudman, Samuel H. | (P) | 10.50 | 1600 | 16,800.00 |
| Wood, Christopher M. | (P) | 363.50 | 1070 | 388,945.00 |
| Bator, Henry S. | (A) | 266.80 | 425 | 113,390.00 |
| Dolitsky, Kenneth P. | (A) | 9.10 | 470 | 4,277.00 |
| Tull, Joseph J. | (A) | 211.20 | 540 | 114,048.00 |
| Barhoum, Anthony J. | (EA) | 8.60 | 485 | 4,171.00 |
| Hensley, Austin B. | (EA) | 8.00 | 315 | 2,520.00 |
| Topp, Jennifer M. | (EA) | 12.00 | 425 | 5,100.00 |
| Roelen, Scott R. | (RA) | 9.20 | 370 | 3,404.00 |
| McLaughlin, Mara A. | (I) | 196.40 | 405 | 79,542.00 |
| Peitler, Steven J. | (I) | 40.50 | 430 | 17,415.00 |
| Keita, Omar C. | (LS) | 19.50 | 350 | 6,825.00 |
| Peters, Camielle | (LS) | 7.70 | 240 | 1,848.00 |
| Paralegals | | 209.40 | 475 | 99,465.00 |
| Shareholder Relations | | 33.30 | 120 | 3,996.00 |
| TOTAL | | 1,932.90 | | $  1,440,804.50 |

(P) Partner
(A) Associate
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(LS) Litigation Support