# EXHIBIT B

**EXHIBIT B**

*Genesee Cnty. Emps.' Ret. Sys. v. DocGo Inc. & Anthony Capone*,
Civil Action No. 1:23-CV-09476-KPF
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through November 30, 2025

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing and Attorney Service Fees | | $     4,100.00 |
| Business Wire | | 155.00 |
| In-House Messenger | | 540.36 |
| Consultants/Experts | | 125,543.75 |
| Fideres USA Inc. | $  95,500.00 | |
| BVA Group LLC | 30,043.75 | |
| Outside Counsel for Third Party Subpoena (Zimmerman Reed, PLLP) | | 21,012.81 |
| Online Legal and Financial Research | | 3,064.86 |
| eDiscovery Database Hosting | | 797.30 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 28,262.50 |
| Miscellaneous (Publications/Subscriptions) | | 199.60 |
| *TOTAL* | | *$  183,676.18* |