# EXHIBIT C

**EXHIBIT C**

*Genesee Cnty. Emps.' Ret. Sys. v. DocGo Inc. & Anthony Capone*,
Civil Action No. 1:23-CV-09476-KPF
Robbins Geller Rudman & Dowd LLP

Filing and Attorney Service Fees: $4,100.00

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 01/24/24 | CLERK OF THE COURT | CERTIFICATE OF GOOD STANDING FOR C. WOOD |
| 02/03/24 | CLERK OF THE COURT | *PRO HAC VICE* FILING FEE FOR C. WOOD |
| 02/09/24 | CLERK OF THE COURT | CERTIFICATE OF GOOD STANDING FOR H. BATOR |
| 02/22/24 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | *PRO HAC VICE* APPLICATION FOR H. BATOR |
| 04/10/25 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | CERTIFICATE OF GOOD STANDING FOR J. TULL |
| 04/10/25 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | CERTIFICATE OF GOOD STANDING FOR E. NIEHAUS |
| 04/14/25 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | *PRO HAC VICE* FILING FEE FOR E. NIEHAUS |
| 04/14/25 | RGR&D LLP ELECTRONIC FILINGS ACCOUNT | *PRO HAC VICE* FILING FEE FOR J. TULL |
| 04/15/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: THE STATE UNIVERSITY OF NEW YORK AT POTSDAM - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 04/15/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CLARKSON UNIVERSITY - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 04/15/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: UNITEDHEALTH GROUP INCORPORATED - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 06/25/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CANACCORD GENUITY, LLC - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
|  |  | OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 06/25/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: NORTHLAND SECURITIES, INC. - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 06/25/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: STIFEL, NICOLAUS & COMPANY - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 06/25/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: BTIG, LLC - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 06/25/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: NEEDHAM & COMPANY, LLC - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 06/25/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: LIFESCI ADVISORS, LLC - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 06/25/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CANTOR FITZGERALD, L.P. - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 06/30/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: 5W PUBLIC RELATIONS, LLC - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 07/15/25 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: 5W PUBLIC RELATIONS, LLC - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 11/13/25 | CLERK OF THE COURT | *PRO HAC VICE* APPLICATION FOR E. GUSIKOFF STEWART |