**INDEX OF EXHIBITS TO LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTIONS FOR: (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (II) AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

| DOCUMENT | EXHIBIT |
|---|---|
| *In re XL Fleet Corp. Sec. Litig.*, No. 1:21-cv-02002-JLR, ECF 200 (S.D.N.Y. Apr. 30, 2024) | A |
| *In re Wells Fargo & Co. Sec. Litig.*, No. 1:20-cv-04494-JLR-SN, ECF 205 (S.D.N.Y. Sept. 8, 2023) | B |