# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

Case No. 1:20-cv-04494-JLR-SN

## ORDER APPROVING
## PLAN OF ALLOCATION OF NET SETTLEMENT FUND

This matter came on for hearing on September 8, 2023 (the "Settlement Hearing") on Lead

Plaintiffs' motion to approve the proposed plan of allocation ("Plan of Allocation") of the Net

Settlement Fund created under the Settlement in the above-captioned class action (the "Action").

The Court having considered all matters submitted to it at the Settlement Hearing and otherwise;

it appearing that: (i) the Notice of the Settlement Hearing (which included a summary of the

Settlement as well as the full text of the proposed Plan of Allocation) (the "Notice") was mailed

to all Settlement Class Members who or which could be identified with reasonable effort

substantially in the form approved by the Court and (ii) a summary notice of the hearing

substantially in the form approved by the Court was published in *The Wall Street Journal* and

*Investor's Business Daily* and released over *PR Newswire* pursuant to the specifications of the

Court; and the Court having considered and determined the fairness and reasonableness of the

proposed Plan of Allocation; and, for the reasons set forth on the record during the Settlement

Hearing,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      This Order approving the proposed Plan of Allocation incorporates by reference the

definitions in the Stipulation and Agreement of Settlement dated May 8, 2023 (Doc. 178-1), and

as amended on August 31, 2023 (the "Stipulation") and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.     The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Action and all Parties to the Action, including all Settlement Class Members.

3.     Notice of Lead Plaintiffs' motion for approval of the proposed Plan of Allocation was given to all Settlement Class Members who or which could be identified with reasonable effort.  The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, as amended; constituted the best notice practicable under the circumstances; and constituted due and sufficient notice to all persons and entities entitled thereto.

4.     Copies of the Notice, which included the Plan of Allocation, were mailed to over 1,835,000 potential Settlement Class Members and nominees, and no objections to the Plan of Allocation have been received.

5.     The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation mailed to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity.

3

6.      The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class.  Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiffs.

7.      Any appeal or any challenge affecting this Order approving the Plan of Allocation shall in no way disturb or affect the finality of the Judgment.

8.      There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

SO ORDERED this __8th___ day of __September_____ 2023.


_____
The Honorable Jennifer L. Rochon
United States District Judge